**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of Maine

Case number (*If known*): _____ Chapter _____ 11

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| 1. **Debtor's name** | American Unagi, Inc. |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | American Unagi, LLC |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 47-2865308 |

4. **Debtor's address**

**Principal place of business**

186 One Pie Road
Number        Street

Waldoboro        ME    04572
City                    State    ZIP Code

Lincoln County
County

**Mailing address, if different from principal place of business**

Number        Street

P.O. Box

City                    State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                    State    ZIP Code

5. **Debtor's website** (URL)    https://americanunagi.com/

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

| Debtor | American Unagi, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

1125

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ / _____ / _____ Case number _____
MM / DD / YYYY

District _____ When _____ / _____ / _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____ / _____ / _____
MM / DD / YYYY

Case number, if known _____

| Debtor | American Unagi, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in _this district_?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

| 186 One Pie Road | |
|---|---|
| Number          Street | |
| | |
| Waldoboro | ME          04572 |
| City | State          ZIP Code |

**Is the property insured?**

☐ No
☑ Yes. Insurance agency    One Group

Contact name    Andrew Gregory, 201 Edgewater Dr., Ste. 293, Wakefield, MA 01880

Phone    (781) 435-6080

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

| Debtor | American Unagi, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0–$50,000
- ☐ $50,001–$100,000
- ☐ $100,001–$500,000
- ☐ $500,001–$1 million
- ☐ $1,000,001–$10 million
- ☑ $10,000,001–$50 million
- ☐ $50,000,001–$100 million
- ☐ $100,000,001–$500 million
- ☐ $500,000,001–$1 billion
- ☐ $1,000,000,001–$10 billion
- ☐ $10,000,000,001–$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    09 / 29 / 2025
                MM  / DD  / YYYY

**✗** _[signature]_                              Sara Rademaker
Signature of authorized representative of debtor     Printed name

Title Chief Executive Officer and Authorized Party

**18. Signature of attorney**

**✗** _[signature]_                              Date    09 / 29 / 2025
Signature of attorney for debtor                          MM  / DD  / YYYY

D. Sam Anderson
Printed name

Bernstein Shur Sawyer & Nelson, P.A.
Firm name

100 Middle Street P.O. Box 9729
Number        Street

Portland                                      ME        04101
City                                          State      ZIP Code

2077741200                                    sanderson@bernsteinshur.com
Contact phone                                 Email address

9809                                          ME
Bar number                                    State

---

**AMERICAN UNAGI, INC.**

**CERTIFICATION OF BOARD AND SHAREHOLDER VOTES**

The undersigned, Sara Rademaker, being the Chief Executive Officer, Founder, and duly authorized representative of American Unagi, Inc. (the "**Company**"), and being personally familiar with the matters and votes set forth herein and authorized to certify as set forth herein on behalf of the Company, and in accordance with the article of incorporation and bylaws of the Company, hereby certifies on behalf of and in the name of the Company that the following resolutions of the Company were unanimously adopted by a vote of the Company's board of directors on September 11, 2025, and were approved by the holders of more than 60% of the outstanding shares of Series A Preferred Stock and Series A-1 Preferred Stock of the Company through votes conducted between September 22, 2025, and September 29, 2025:

**RESOLVED:**    That the Company be and hereby is authorized and empowered to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Maine or any other appropriate bankruptcy court (the "**Bankruptcy Court**") at such time as the Company shall determine and in such form or forms as the Company may approve, and to elect to proceed as a debtor and debtor-in-possession under Chapter 11;

**RESOLVED:**    That Sara Rademaker (the "**Authorized Party**"), be and hereby is authorized on behalf of, and in the name of, the Company to execute and file any and all petitions, schedules, motions, lists, applications, pleadings and other papers, to take any and all such other and further actions which the Company or its legal counsel may deem necessary or appropriate to file the voluntary petition for relief under Chapter 11, and to take and perform any and all further acts and deeds which she deems necessary, proper and desirable in connection with the Chapter 11 case, with a view to the successful prosecution of such case, including, without limitation, seeking authority to borrow under a pre- or post-petition credit facility, to grant liens and other security therefor, to sell assets, and/or to file and prosecute a plan of reorganization or liquidation; and further,

**RESOLVED:**    That the Authorized Party is hereby authorized and directed to take such actions and to make, sign, execute, acknowledge and deliver (and record in a relevant office of the county clerk, if necessary) any and all such documents listed above (including exhibits thereto), including any and all affidavits, orders, directions, certificates, requests, receipts, financing statements, bills of sale, assignment agreements, leases, or other instruments as may reasonably be required to give effect to these Resolutions, and to execute and deliver such agreements (including exhibits thereto) and related

documents, and to fully perform the terms and provisions thereof; and further,

**RESOLVED:**    That the Company be and hereby is authorized to retain the law firm of Bernstein, Shur, Sawyer & Nelson, P.A. ("**BSSN**") as general bankruptcy counsel to the Company in connection with the Chapter 11 proceedings if the Company determines that the filing of a voluntary petition for relief is appropriate, and to pay BSSN at its standard hourly rates in connection with its representation of the Company, and to provide BSSN with a retainer in an amount to be agreed upon by BSSN and the Company, and to reimburse BSSN for any actual expenses incurred in connection with its employment by the Company, and that the Company is authorized to retain and compensate such other professionals in addition to BSSN in the Chapter 11 case as may be determined by the Company; and further,

**RESOLVED**    That any and all actions taken in relation to the matters authorized by these Resolutions, but taken prior to the date of these Resolutions, are hereby ratified and confirmed in all respects.

Date: September 29, 2025                     **AMERICAN UNAGI, INC.**


By: Sara Rademaker
Its: Chief Executive Officer and Founder

**United States Bankruptcy Court**

**IN RE:**                                                                 Case No. _____

American Unagi, Inc.                                                              11
_____ Chapter _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| See attachment | | |

| Name | Common (CS) | Series A-1 Preferred (PSA1) | Series A-1 Preferred (PSA1) 1:1 Conversion Ratio | Series A Preferred (PSA) | Series A Preferred (PSA) 1:1 Conversion Ratio | Outstanding Shares | Fully Diluted Shares | Outstanding Ownership | Fully Diluted Ownership |
|---|---|---|---|---|---|---|---|---|---|
| Mosaix Research LLC | | | | 109,982 | 109,982 | 109,982 | 109,982 | 0.989% | 0.944% |
| Barbara Lamont | | 869 | 869 | 18,382 | 18,382 | 19,251 | 19,251 | 0.173% | 0.165% |
| Coastal Enterprises, Inc. | | | | 98,244 | 98,244 | 98,244 | 98,244 | 0.883% | 0.843% |
| David Stein and Elizabeth March | | 4,727 | 4,727 | 100,000 | 100,000 | 104,727 | 104,727 | 0.942% | 0.899% |
| DFI LLC | | 7,272 | 7,272 | 73,529 | 73,529 | 80,801 | 80,801 | 0.726% | 0.693% |
| Dingo Angel Fund I LLC | | | | 147,058 | 147,058 | 147,058 | 147,058 | 1.322% | 1.262% |
| Drew Sawyer Trust (dated 10.25.2001) | | 3,475 | 3,475 | 73,529 | 73,529 | 77,004 | 77,004 | 0.692% | 0.661% |
| Elizabeth A. Rademaker & Edward G. Rademaker, joint tenants | | 48,606 | 48,606 | 105,136 | 105,136 | 153,742 | 153,742 | 1.382% | 1.319% |
| Elizabeth C. Saltonstall | | | | 24,233 | 24,233 | 24,233 | 24,233 | 0.218% | 0.208% |
| Equity@mainetechnology.org | | | | 229,167 | 229,167 | 229,167 | 229,167 | 2.060% | 1.967% |
| Eric D. Lister, Trustee of the Eric D. Lister Amended and Restated Living Trust | | 4,513 | 4,513 | 18,551 | 18,551 | 23,064 | 23,064 | 0.207% | 0.198% |
| Finance Authority of Maine | | | | | | | 126,824 | 0.000% | 1.088% |
| Fortunat and Shoshana Mueller, Joint Tenants | | 869 | 869 | 18,382 | 18,382 | 19,251 | 19,251 | 0.173% | 0.165% |
| Frank Simon II | | 869 | 869 | 18,382 | 18,382 | 19,251 | 19,251 | 0.173% | 0.165% |
| Geraldine R. Canning | | 10,909 | 10,909 | 140,186 | 140,186 | 151,095 | 151,095 | 1.358% | 1.297% |
| Indian Township Enterprises, LLC | | 54,837 | 54,837 | 1,160,018 | 1,160,018 | 1,214,855 | 1,214,855 | 10.922% | 10.425% |
| James B. Wyeth | | | | 73,529 | 73,529 | 73,529 | 73,529 | 0.661% | 0.631% |
| Jeff & Gavin Watson | | 7,272 | 7,272 | 22,058 | 22,058 | 29,330 | 29,330 | 0.264% | 0.251% |
| Leslie Stepper | | | | 32,032 | 32,032 | 32,032 | 32,032 | 0.288% | 0.275% |
| Katherine Pope | | 869 | 869 | 18,382 | 18,382 | 19,251 | 19,251 | 0.173% | 0.165% |
| JLO | | 869 | 869 | 18,382 | 18,382 | 19,251 | 19,251 | 0.173% | 0.165% |
| MacGero & Michael Gero, tenants in common | | 2,405 | 2,405 | 50,884 | 50,884 | 53,289 | 53,289 | 0.479% | 0.457% |
| Margret W. & Christopher Bradley, joint tenants | | | | 32,011 | 32,011 | 32,011 | 32,011 | 0.288% | 0.275% |
| Mark B. Dvorozniak, Trustee of the Mark S. Dvorozniak Trust - 1995 | | | | 32,011 | 32,011 | 32,011 | 32,011 | 0.288% | 0.275% |
| Marian Hanson, LLC | | 29,090 | 29,090 | 30,000 | 30,000 | 59,090 | 59,090 | 0.531% | 0.507% |
| Ohera Corporation | | 3,475 | 3,475 | 73,529 | 73,529 | 77,004 | 77,004 | 0.692% | 0.661% |
| Parramatta, LLC | | 13,903 | 13,903 | 294,117 | 294,117 | 308,020 | 308,020 | 2.769% | 2.643% |
| Pavan Enterprises, LLC | 618,910 | | | 98,192 | 98,192 | 717,102 | 717,102 | 6.447% | 6.154% |
| Richard McGodrick | | 72,727 | 72,727 | 148,056 | 148,056 | 220,783 | 220,783 | 1.985% | 1.895% |
| Robert G. Hirsch & Kathleen Hirsch, joint tenants | | 3,636 | 3,636 | 19,000 | 19,000 | 22,636 | 22,636 | 0.204% | 0.194% |
| Robert H Gordon | | | | 52,565 | 52,565 | 52,565 | 52,565 | 0.473% | 0.451% |
| Scott T. Kelley | | | | 55,512 | 55,512 | 55,512 | 55,512 | 0.499% | 0.476% |
| Sondra Stone | | | | 68,803 | 68,803 | 68,803 | 68,803 | 0.618% | 0.591% |
| Douglas Rademaker | 5,570,190 | 12,482 | 12,482 | | | 5,582,672 | 5,582,672 | 50.190% | 47.907% |
| Stonehill Enterprise Growth Fund d/b/a Maine Venture Fund | | 12,727 | 12,727 | 283,823 | 283,823 | 296,550 | 296,550 | 2.666% | 2.545% |
| Stanley Chao | | 1,166 | 1,166 | 24,683 | 24,683 | 25,849 | 25,849 | 0.232% | 0.222% |
| Stephen M Stroud Trust for Descendants (dated 12/12/12) | | 1,755 | 1,755 | 37,127 | 37,127 | 38,882 | 38,882 | 0.350% | 0.334% |
| Stephen M. Stroud | | 7,020 | 7,020 | 148,509 | 148,509 | 155,529 | 155,529 | 1.398% | 1.335% |
| Other common holders | 749,218 | | | | | 749,218 | 749,218 | 6.736% | 6.429% |
| Options and RSU's issued and outstanding | | | | | | | 403,425 | | 3.462% |
| Total Shares outstanding | 6,938,318 | 373,808 | 373,808 | 3,810,883 | 3,810,883 | 11,123,009 | 11,653,258 | 100.000% | 100.000% |
| Fully diluted shares | | | | | | | 11,653,258 | | 100.000% |
| Percentage shares outstanding | 62.376% | 3.361% | 3.208% | 34.261% | 32.702% | 100.000% | | | |
| Fully diluted ownership | 59.540% | | | | | | 100.000% | | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case and this filing:</strong></td></tr>
</table>

Debtor Name        American Unagi, Inc.
_____

United States Bankruptcy Court for the:    District of Maine
_____

Case number (*If known*):    _____

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors        12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* _____

☑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   09/28/2025          ✗ _S. R_____    _____
              MM / DD / YYYY          Signature of individual signing on behalf of debtor

                                        Sara Rademaker
                                        _____
                                        Printed name

                                        Authorized Party
                                        _____
                                        Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name _____American Unagi, Inc._____

United States Bankruptcy Court for the: __District of Maine_____

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | RuralWorks Impact Partners 1, L.P. Attn: Ski Wyer 1155 Cider Mill Road Cornwall, VT 05753 | skip@ruralworkspartners.com | Convertible Note | | | | 3,352,898.63 |
| 2 | Pavan Enterprises, LLC d/b/a Altezza Advisors Kendall St Laurent 133 Audubon Road Warwick, RI 02888 | pavantracey@gmail.com; kpst.laurent@gmail.com; | Convertible Note | | | | 895,993.66 |
| 3 | One Group d/b/a Thomas Gregory Associates Insurance Brokers 201 Edgewater Drive 293 Wakefield, MA, 01880 | mciccolo@onegroup.com | Services | | | | 21,368.42 |
| 4 | Central Maine Power P.O. Box 847810 Boston, MA, 02284-7810 | CMPBankruptcy@cmpco.com; collections@cmpco.com | Services | | | | 39,534.36 |
| 5 | Richard McGoldrick 100 Silver Street Portland, ME 04101 | ktwohig@cpm207.com | Convertible Note | | | | 32,799.84 |
| 6 | Ruprecht - Kilcoy Global Foods 1301 Allanson Road Mundelein, IL, 60060 | lstork@kilcoyglobalfoods.com | Suppliers or Vendors | | | | 32,076.00 |
| 7 | Viridian Law 204 Main Street Ellsworth, ME, 04605 | Jbaroletti@viridian.law | Services | | | | 29,800.71 |
| 8 | Wipfli LLP 30 Long Creek Suite 100 Brunswick, ME, 04011 | christian.smith@wipfli.com | Services | | | | 26,843.30 |

| Debtor | American Unagi, Inc. | | Case number (*if known*) |
|---|---|---|---|
| | Name | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Stephen M. Stroud P.O. Box 598 Northeast Harbor, ME 04662 | stephenstroud@me.com; stephenstroud@mac.com | Convertible Note | | | | 22,449.07 |
| 10 | Capital One 1680 Capital One Drive McLean, VA 22102 | bankruptcy.operations@capitalone.com | Credit Card Debt | | | | 20,900.23 |
| 11 | Rustin Taylor P.O. Box 582 Mount Desert, ME, 04660 | rustintaylor955@gmail.com | Services | | | | 20,000.00 |
| 12 | Jamie Robbins 16 Russell Lane Warren, ME 04864 | 5086paint@gmail.com | Services | | | | 19,089.62 |
| 13 | Mid-Coast Energy Systems Inc. 33 Midcoast Road P.O. Box 1118 Damariscotta, ME, 04543 | info@midcoastenergysystems.com | Services | | | | 17,651.18 |
| 14 | Maine Oxy 100 Washington Street N Auburn, ME, 04210 | auburnstore@maineoxy.com | Services | | | | 15,857.81 |
| 15 | Town of Waldoboro 1600 Atlantic Hwy P.O. Box J Waldoboro, ME, 04572 | taxcollector@waldoboromaine.org; 2078326061@fax.bssn.com | Taxes | | | | 15,744.34 |
| 16 | Lou Dana 71 Otuhk Road Indian Township, ME 04668 | loudana2@gmail.com | Services | | | | 15,121.27 |
| 17 | Travis Atwood P.O. Box 511 Bucksport, ME, 04416 | wadeatwood420@yahoo.com | Services | | | | 14,950.00 |
| 18 | David Stein and Elizabeth March 728 Tremont Street Boston, MA 02119 | davidestein@comcast.net | Convertible Note | | | | 14,632.39 |
| 19 | Coastal Enterprises, Inc. 30 Federal Street Suite 100 Brunswick, ME, 04011 | amy.leshure@ceimaine.org | Convertible Note | | | | 14,558.84 |
| 20 | ReVision Community Impact Partners LLC 758 Westbrook Street South Portland, ME 04106 | hello@revisionenergy.com; nminzy@revisionenergy.com | Services | | | | 11,512.54 |

United States Bankruptcy Court

District of Maine

In re:  American Unagi, Inc.

                                        Case No.

                                        Chapter    11

                Debtor(s)

### Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____09/29/2025_____        _____
                                        Signature of Individual signing on behalf of debtor

                                        _Chief Executive Officer and Authorized Party_
                                        Position or relationship to debtor

A&L Laboratory
22 Manchester Road
Unit 2
Derry, NH 03038


Aca Freight Forwarding Inc.
324 Bryant Ave
Bronx, NY 10474


Alpha Chemical Services Inc.
46 Morton Street
Stoughton, MA 02072


Americold Logistics
10 Glenlake Parkway
Suite 600, South Tower
Atlanta, GA 30328


Araho Transfer
7 Fid Kennedy Ave
Boston, MA 02210


Aspara Research LLC
445 Hamilton Ave
Suite 1102
White Plains, NY 10601-1832


Beaver Enterprises Inc.
204 Park Street
Rockland, ME 04841


Berkshire Refrigerated Warehousing, LLC
4550 S Packers Ave
Chicago, IL 60609


Capital One
1680 Capital One Drive

McLean, VA 22102


Central Maine Power
P.O. Box 847810
Boston, MA 02284-7810


Clark Interim LLC
101 Fieldstone Estates Road
York, ME 03909


Coastal Enterprises, Inc.
30 Federal Street
Suite 100
Brunswick, ME 04011


David Stein and Elizabeth March
728 Tremont Street
Boston, MA 02119


David Swain Associates Inc.
6 Lyberty Way
Suite 101
Westford, MA 01886


Dead River Company
P.O. Box 467
Scarborough, ME 04070-0467


Delaware Secretary of State
401 Federal St
Suite 300
Dover, DE 19901


EMEC North America Corp.
5 Cheryl Ln
Boonton Township, NJ 07005

ERGOS Technology Partners, Inc.
6110 Clarkson Ln
Houston, TX 77055


Eurofins Environment Testing Northeast LLC f/k/a Maine Environmental Laboratory
1 Main STreet
Yarmouth, ME


Finance Authority of Maine
5 Community Drive
Augusta, ME 04332-0949


FFE Transportation Services Inc.
P.O. Box 847576
Dallas, TX 75284-7576


G & H Wood Products
110 North 2nd Street
Olean, NY 14760


Gartley & Dorsky Engineering Surveying
59 Union Street
Unit 1
Camden, ME 04843


General Alum New England Corp
34 Kidder Point Road
Searsport, ME 04974


Glen Melvin
P.O. Box 969
Waldoboro, ME    04572


Gorham Savings Bank

10 Wentworth Drive
Gorham, ME 04038


HARCROS CHEMICALS INC.
P.O. Box 74583
Chicago, IL 60696



Humana Insurance
P.O. Box 4600
Carol Stream    IL     60197



Ice Cube Logistics LLC-FR1
481 Currant Road
Fall River      MA     02720



Indian Township Enterprises, LLC
8 Kennebasis St
Princeton, ME 04668



Interstate Septic Systems Inc.
10 Gordon Drive
Rockland        ME     04841



Internal Revenue Service
Attn: Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346



Jamie Robbins
16 Russell Lane
Warren, ME 04864



John W. Taylor
11 Pond Road
Newcastle, ME 04553

Joseph Drago Consulting
1071 Washington Street
Bath    ME       04530


Jumo Process Control Inc.
6724 Joy Road
East Syracuse    NY       13057


Katahdin Analytical Services LLC
P.O. Box 540
Scarborough       ME       04070


Kennebec River Biosciences, Inc.
P.O. Box 93
Bangor   ME       04402


Lou Dana
71 Otuhk Road
Indian Township, ME 04668


Maine Community Bank
P.O. Box 558
Westbrook, ME 04098


Maine Oxy
100 Washington Street N
Auburn, ME 04210


Maine Revenue Services
51 Commerce Drive
Augusta, ME 04333

Maine Printing and Embroidery
456 Camden Road
Warren  ME      04864


Memic
P.O. Box 6900
Lewiston        ME      04243-6900


Mid-Coast Energy Systems Inc.
33 Midcoast Road
P.O. Box 1118
Damariscotta, ME 04543


Modern Pest Services LLC
100 Pleasant Street
Brunswick       ME      04011


Mook Sea Farm Inc.
321 State Route
Walpole ME      04573


Nationwide Insurance
P.O. Box 856824
Minneapolis     MN      55485


Nextgen Hanson LLC
7 Sherburn Ln
Falmouth, ME 04105


O'Hara Corporation
120 Tillson Ave
Suite 100
Rockland, ME 04841


Office of the U.S. Attorney
537 Congress Street

Suite 300
Portland, ME 04101-3490


One Group d/b/a Thomas Gregory Associates Insurance Brokers
201 Edgewater Drive 293
Wakefield, MA 01880


PackEdge
955 Portland Road
Saco    ME      04072-9675


Pavan Enterprises, LLC d/b/a Altezza Advisors
Kendall St. Laurent
133 Audubon Road
Warwick, RI 02888


ReVision Community Impact Partners LLC
758 Westbrook Street
South Portland, ME 04106


Richard McGoldrick
100 Silver Street
Portland, ME 04101


Ripcord Consulting LLC
8 Fredric Way
Hinesburg      VT      05461


Roberts Chemical Co. Inc.
330-B Victor Road
Attleboro      MA      02703


Ruprecht-Kilcoy Global Foods
1301 Allanson Road

Mundelein, IL 60060


RuralWorks Impact Partners 1, L.P.
Attn: Ski Wyer
1155 Cider Mill Road
Cornwall, VT 05753


Rustin Taylor
P.O. Box 582
Mount Desert, ME 04660


Sara Rademaker
186 One Pie Road
Waldoboro, ME 04572


Small Enterprise Growth Fund d/b/a Maine Venture Fund
P.O. Box 63
Newport, ME 04953


Stephen M. Stroud
P.O. Box 598
Northeast Harbor, ME 04662


Tablecloth Inc.
1325 Pacific Highway
#1005
San Diego        CA        92101


Tony Davis
P.O. Box 130
Princeton, ME 04668


Town of Waldoboro
1600 Atlantic Hwy
P.O. Box J
Waldoboro, ME 04572

Travis Atwood
P.O. Box 511
Bucksport, ME 04416


Uline
Attn: Accounts Receivable
P.O. Box 88741
Chicago IL      60680-1741


Viridian Law
204 Main Street
Ellsworth, ME 04605


Waldoboro Business Park
One Pie Lane
Waldoboro, ME 04572


Water Quality & Compliance Services, Inc.
47 Gardiner Road
Wiscasset      ME      04578


Wells Fargo
P.O. Box 51174
Los Angeles      CA      90051-5475


Wipfli LLP
30 Long Creek
Suite 100
Brunswick, ME 04011