## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

|  |  |
|---|---|
| In re: | Chapter 11 |
| AMERICAN UNAGI, INC., | Case No. 25-10180 |
| Debtor. | |

### CORPORATE OWNERSHIP STATEMENT PURSUANT TO
### FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007 AND 7007.1

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedures, American Unagi, Inc. respectfully represents that the following individuals and/or corporations directly or indirectly own 10% or more of any class of American Unagi, Inc.'s equity interests:

1. Indian Township Enterprises, LLC

2. Sara Rademaker

Dated:   September 29, 2025

Respectfully submitted,
**BERNSTEIN, SHUR, SAWYER & NELSON, P.A.**

*/s/ Adam R. Prescott*
Adam R. Prescott, Esq.
100 Middle Street
PO Box 9729
Portland, Maine 04104
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
aprescott@bernsteinshur.com

*Proposed Counsel to the Debtor and Debtor in Possession*