## **CERTIFICATE OF SERVICE**

     I hereby certify that I have served the foregoing Corporate Ownership Statement via this Court's CM/ECF system on all parties requesting CM/ECF notice in this case.

| | |
|---|---|
| Dated: September 29, 2025 | Respectfully submitted,<br>**BERNSTEIN, SHUR, SAWYER & NELSON, P.A.**<br><br>*/s/ Adam R. Prescott*<br>Adam R. Prescott, Esq.<br>100 Middle Street<br>P.O. Box 9729<br>Portland, Maine 04104<br>Telephone: (207) 774-1200<br>Facsimile: (207) 774-1127<br>arprescott@bernsteinshur.com |