# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

In re:

AMERICAN UNAGI, INC.,

　　　　　Debtor.

Chapter 11

Case No. 25-10180

## NOTICE OF EXPEDITED HEARING

On September 29, 2025, American Unagi, Inc., the above-captioned debtor and debtor-in-possession (the "**Debtor**"), filed the following motions, each requesting expedited determination:

(a)　*Motion of Debtor for Entry of an Order on an Interim and Then Final Basis: (I) Authorizing Debtor to Obtain Postpetition Financing Pursuant to § 364 of the Bankruptcy Code; (II) Authorizing the Use of Cash Collateral Pursuant to § 363 of the Bankruptcy Code; (III) Granting Liens and Super-Priority Claims; (IV) Granting Adequate Protection; (V) Granting Request for Expedited Determination and Request for Limitation of Notice Regarding the First Hearing Thereon; and (VI) Scheduling a Final Hearing* [Dkt. No. 2] (the "**Cash Collateral/DIP Motion**");

(b)　*Motion of Debtor (A) for Entry of an Order on an Interim and Then Final Basis: (I) Authorizing Continued Use of the Debtor's Existing Bank Accounts and Cash Management Procedures; (II) Authorizing Continued Use of the Debtor's Existing Business Forms and Checks; and (III) Granting Related Relief; and (B) for Expedited Consideration* [Dkt. No. 3] (the "**Cash Management Motion**"); and

(c)　*Motion of Debtor for Entry of an Order: (I) Authorizing the Debtor to: (A) Pay PrePetition Employee Compensation; (B) Pay Related Payroll Obligations; and (C) Continue Insurance and Employee Benefit Programs; and (II) Request for Expedited Determination and Limitation of Notice* [Dkt. No. 4] (the "**Payroll Motion**").

A hearing to consider the Cash Collateral/DIP Motion (on an interim basis), Cash Management Motion (on an interim basis), and the Payroll Motion is scheduled to take place at United States Bankruptcy Court for the District of Maine, 202 Harlow Street, Bangor, Maine on **October 2, 2025, at 1:00 p.m.** (the "**Hearing**"). Parties may participate in the hearing in person in the Bangor Courtroom, by video from the Portland Courtroom, or by telephone. Anyone who anticipates introducing evidence, appearing as a witness, or cross-examining a witness, however, may not participate by phone. You are encouraged to participate in the Hearing, either directly or through your attorney, as appropriate. If you intend to participate in the Hearing via telephone, you are required to register with CourtCall at 1-866-582-6878.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

**Written objections are <u>not</u> required. Objections to the Cash Collateral/DIP Motion (on an interim basis), Cash Management Motion (on an interim basis), and the Payroll Motion may be raised at the Hearing.** In addition, you or your attorney may file a written response up until the Hearing explaining your position with the Court via the CM/ECF filing system. If you are not able to access the CM/ECF filing system, your response should be served upon the Court at:

Monica M. Bigley, Clerk of Court
United States Bankruptcy Court for the District of Maine
MC Smith Federal Building
202 Harlow Street, 3rd Floor
Bangor, Maine 04401

- and –

Adam R. Prescott, Esq.
Bernstein, Shur, Sawyer & Nelson, P.A.
100 Middle Street, P.O. Box 9729
Portland, ME 04104-5029

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Cash Collateral/DIP Motion (on an interim basis), Cash Management Motion (on an interim basis), or Payroll Motion and may enter an order granting the requested relief without further notice or hearing.

| | |
|---|---|
| Dated: September 30, 2025 | **BERNSTEIN, SHUR, SAWYER & NELSON, P.A.** |
| | |
| | */s/ Adam R. Prescott* |
| | Adam R. Prescott, Esq. |
| | Sam Anderson, Esq. |
| | 100 Middle Street |
| | PO Box 9729, Portland, Maine 04104 |
| | Telephone: (207) 774-1200 |
| | aprescott@bernsteinshur.com |
| | sanderson@bernsteinshur.com |
| | |
| | *Proposed Counsel to the Debtor and Debtor-in-Possession* |