*RELIEF REQUESTED WITHOUT A HEARING*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>**AMERICAN UNAGI, INC.,**[1]<br><br>Debtor. | **Chapter 11**<br><br>**Case No. 25-10180** |

### DEBTOR'S MOTION TO SHORTEN CERTAIN NOTICE PERIODS REGARDING PROPOSED BID PROCEDURES RELIEF IN DEBTOR'S BID PROCEDURES MOTION

American Unagi, Inc., the above-captioned debtor and debtor-in-possession (the "**Debtor**"), by and through its undersigned proposed counsel, moves this Court for entry of an order shortening: (a) the minimum 21-day period from filing date to hearing date and (b) the 7-day period between the objection deadline and the hearing as to the Debtor's pending motion for approval of bid procedures and certain related relief [Docket No. 16] (the "**Bid Procedures Motion**"). In support of this motion, the Debtor states as follows:

### BACKGROUND

1. On September 29, 2025 (the "**Petition Date**"), the Debtor commenced its chapter 11 case by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code with this Court.

2. The Debtor filed the Bid Procedures Motion on October 1, 2025. Pursuant to the RSA,[2] it is a milestone with the Lenders that the Debtor obtain approval of the bid procedures relief in the Bid Procedures Motion within ten (10) business days of filing of the Bid Procedures

---

[1] The last four digits of American Unagi, Inc.'s federal taxpayer identification number are 5308, and its principal place of business is 186 One Pie Road, Waldoboro, Maine 04572.
[2] Capitalized terms as defined in the Bid Procedures Motion.

Motion, which date is October 16, 2025. Further, as set forth in the Bid Procedures Motion and in the RSA, the Debtor contemplates a robust marketing process over the next approximately 45-60 days, which such effort began prepetition. Thus, in order to support CFA's marketing efforts and to provide early and clear guidance to interested parties, the Debtor seeks to establish the Bid Procedures on less than 21 days' notice and in accordance with the RSA, and, more specifically, with a hearing to consider the bid procedures relief only on October 16, 2025.

3. Such date, moreover, is a milestone under the RSA and, therefore, also implicates the Debtor's access to postpetition borrowing and use of cash collateral, both of which are vital to the Debtor's ongoing operations and going-concern sale strategy. Any Court approval of a sale of assets or assignment of contracts will not occur until a sale hearing upon full and sufficient notice to all parties (as such dates are to be established under the bid procedures order). Thus, the Debtor submits that no party will be prejudiced by shortened periods on the Bid Procedures (including because all sale rights will be reserved for the sale hearing), but rather all parties will benefit from timely approval of the bid procedures so that CFA can provide clear guidance on deadlines and bid requirements to all interested parties as they engage in diligence in the upcoming weeks.

4. Accordingly, to comply with the RSA and facilitate the commencement of a marketing process under the required timeline, the Debtor requests entry of an order shortening the period from the filing of the Bid Procedures Motion (only as to the bid procedures relief therein) to the hearing from the minimum of 21 days to 15 days (with a proposed October 16, 2025 hearing date) and the period from the objection deadline to the hearing date to 1 day (with a proposed October 15, 2025 objection deadline). See Local Rule 9013-1(b)(2) ("Unless provided otherwise in the Local Rules, the hearing date for a motion shall be no less than 21 days from the

2

date on which the motion was filed. The response date shall be no less than 14 days from the date the motion is filed, and the response date shall not be less than seven calendar days prior to the hearing date."). The relief requested will ensure that parties in interest receive the full 14 days to object to the Bid Procedures Motion, while affording the Debtor an opportunity to comply with the RSA and begin implementing its marketing process (if the bid procedures relief is granted).

5. The Debtor submits that because parties will be afforded the full 14-day objection period, no party will be prejudiced by the relief requested herein but rather will benefit from a timely and robust marketing process upon approval of the bid procedures relief.

WHEREFORE, the Debtor respectfully requests that this Court enter an order shortening the notice periods as proposed herein and granting such other and further relief as this Court deems just and proper.

Dated: October 1, 2025

Respectfully submitted,
**BERNSTEIN, SHUR, SAWYER & NELSON, P.A.**

*/s/ Adam R. Prescott*
Adam R. Prescott
Sam Anderson
100 Middle Street
PO Box 9729
Portland, Maine 04104
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
aprescott@bernsteinshur.com
sanderson@bernsteinshur.com

*Proposed Counsel to the Debtor and Debtor in Possession*