**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>AMERICAN UNAGI, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 25-10180 |

**ORDER GRANTING DEBTOR'S MOTION TO SHORTEN CERTAIN NOTICE PERIODS REGARDING PROPOSED BID PROCEDURES RELIEF IN DEBTOR'S BID PROCEDURES MOTION**

Upon the above-referenced motion [Dkt. No. __] (the "**Motion**") filed by the Debtor,[2] and after deliberation and sufficient cause appearing therefor, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The Motion is **GRANTED** as set forth herein.

2. As to the bid procedures relief in the Bid Procedures Motion, the periods in Local Rule 9013-1(b)(2) are hereby shortened such that the Debtor may notice the hearing on the bid procedures relief in the Bid Procedures Motion for October 16, 2025, at 1:00 PM, with a 14-day objection deadline of October 15, 2025.

3. This Order shall become final in fourteen (14) days unless a party in interest sooner objects, in which case the matter shall be set for hearing and considered by the Court as if this Order had not been entered.

Dated: _____

_____
Michael A. Fagone
United States Bankruptcy Judge
District of Maine

---

[1] The last four digits of American Unagi, Inc.'s federal taxpayer identification number are 5308, and its principal place of business is 186 One Pie Road, Waldoboro, Maine 04572.

[2] Capitalized terms used, but not otherwise defined herein, shall have the meaning ascribed to such terms in the Motion.