## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing motion and proposed order via this Court's CM/ECF system on all parties requesting CM/ECF notice in the chapter 11 case.

Dated:   October 1, 2025

Respectfully submitted,
**BERNSTEIN, SHUR, SAWYER & NELSON, P.A.**

*/s/ Adam R. Prescott*
Adam R. Prescott
100 Middle Street
PO Box 9729
Portland, Maine 04104
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
aprescott@bernsteinshur.com