**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>American Unagi, Inc.,<br><br>Debtor | Chapter 11<br>Case No. 25-10180 |

**ORDER SETTING HEARING ON**
**DEBTOR'S MOTION TO SHORTEN TIME [DKT. NO. 17]**

On October 1, 2025, the debtor American Unagi, Inc., filed a Motion to Shorten Certain Notice Periods Regarding Proposed Bid Procedures Relief [Dkt. No. 17], which relates to part of the relief requested in a separate motion that was contemporaneously filed by the debtor [Dkt. No. 16].   Along with other matters already scheduled to be heard in this case, the Court will hold a nonevidentiary hearing on the motion that seeks to shorten notice periods on October 2, 2025, at 1:00 p.m., at the United States Bankruptcy Court, 202 Harlow Street, Bangor, Maine.   Parties may participate in the hearing in person in the Bangor Courtroom, by video from the Portland Courtroom, or by telephone.

Given the shortened time to file objections before the hearing, written responses are not required.   Objections may be raised at the hearing.

Dated:  October 2, 2025

_____
Michael A. Fagone
United States Bankruptcy Judge
District of Maine

1