**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

In re:

AMERICAN UNAGI, INC.,[1]

Debtor.

Chapter 11

Case No. 25-10180

**ORDER GRANTING DEBTOR'S MOTION TO SHORTEN CERTAIN NOTICE PERIODS REGARDING PROPOSED BID PROCEDURES RELIEF IN DEBTOR'S BID PROCEDURES MOTION**

Upon the above-referenced motion [Dkt. No. 17] (the "**Motion**") filed by the Debtor,[2] and after deliberation and sufficient cause appearing therefor, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The Motion is **GRANTED** as set forth herein.

2. As to the Debtor's motion seeking to sell substantially all of the assets of the Debtor [Dkt. No. 16], the periods in Local Rule 9013-1(b)(2) are hereby shortened such that the Debtor may notice the hearing on the bid procedures relief requested in that motion for October 16, 2025, at 1:00 PM, with an objection deadline of October 15, 2025, at 12:00 p.m. (noon).

Dated: October 3, 2025

Michael A. Fagone
United States Bankruptcy Judge
District of Maine

---

[1] The last four digits of American Unagi, Inc.'s federal taxpayer identification number are 5308, and its principal place of business is 186 One Pie Road, Waldoboro, Maine 04572.
[2] Capitalized terms used, but not otherwise defined herein, shall have the meaning ascribed to such terms in the Motion.