# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

|  |  |
|---|---|
| In re:<br><br>**AMERICAN UNAGI, INC.,**[1]<br><br>Debtor. | **Chapter 11**<br><br>**Case No. 25-10180** |

## NOTICE OF FINAL HEARING

On September 29, 2025, American Unagi, Inc., the above-captioned debtor and debtor-in-possession (the "**Debtor**"), filed the *Motion of Debtor for Entry of an Order on an Interim and Then Final Basis: (I) Authorizing Debtor to Obtain Postpetition Financing Pursuant to § 364 of the Bankruptcy Code; (II) Authorizing the Use of Cash Collateral Pursuant to § 363 of the Bankruptcy Code; (III) Granting Liens and Super-Priority Claims; (IV) Granting Adequate Protection; (V) Granting Request for Expedited Determination and Request for Limitation of Notice Regarding the First Hearing Thereon; and (VI) Scheduling a Final Hearing* [Dkt. No. 2] (the "**Cash Collateral/DIP Motion**").  The Bankruptcy Court granted the Cash Collateral/DIP Motion on an interim basis on October 2, 2025.

A final hearing on the relief sought in the Cash Collateral/DIP Motion will take place at the United States Bankruptcy Court, 202 Harlow Street, Bangor, Maine, on **October 16, 2025, at 1:00 p.m.** (the "**Hearing**").  Any party wishing to participate in the Hearing may do so (a) in person in the courtroom in Bangor; (b) by video from the United States Bankruptcy Court located at 537 Congress Street, Portland, Maine, or (c) by telephone pursuant to the Court's Administrative Procedures for Telephonic Participation set forth in Appendix B to the Court's Local Rules.  If you intend to participate in the Hearing via telephone, you are required to register with CourtCall at 1-866-582-6878.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)  FURTHER, ALL PARTIES ARE ADVISED THAT THE FINAL ORDER GRANTING THE CASH COLLATERAL/DIP MOTION MAY CONTAIN CERTAIN STIPULATIONS, WAIVERS, AND OTHER SIMILAR PROVISIONS, INCLUDING AS SET FORTH IN EXHIBIT A HERETO.**

If you do not want the Court to grant the Cash Collateral/DIP Motion on a final basis, then on or before **October 14, 2025**, you or your attorney must file a written response explaining your

---

[1] The last four digits of American Unagi, Inc.'s federal taxpayer identification number are 5308, and its principal place of business is 186 One Pie Road, Waldoboro, Maine 04572.

position with the Court via the CM/ECF filing system. If you are not able to access the CM/ECF filing system, your response should be served upon the Court at:

> Monica M. Bigley, Clerk of Court
> United States Bankruptcy Court for the District of Maine
> 202 Harlow Street, 3rd Floor
> Bangor, ME 04401

> - and –

> Adam R. Prescott, Esq.
> Bernstein, Shur, Sawyer & Nelson, P.A.
> 100 Middle Street, P.O. Box 9729
> Portland, ME 04104-5029

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief in the Cash Collateral/DIP Motion being granted on a final basis and may enter an order granting the requested relief without further notice or hearing.

Dated: October 3, 2025

Respectfully Submitted,

**BERNSTEIN, SHUR, SAWYER & NELSON, P.A.**

*/s/ Adam R. Prescott*
Adam R. Prescott, Esq.
Sam Anderson, Esq.
100 Middle Street
PO Box 9729
Portland, Maine 04104
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
aprescott@bernsteinshur.com
sanderson@bernsteinshur.com

*Proposed Counsel to the Debtor and Debtor in Possession*

**Exhibit A**

THE DEBTOR, ON BEHALF OF ITSELF AND ITS ESTATE, STIPULATES AND AGREES TO THE FOLLOWING AS TO THE DIP LENDER [MAINE COMMUNITY BANK]:

(i) As of September 23, 2025, the Debtor was indebted to the DIP Lender in the following amounts (exclusive of collection costs): (x) Term Loan - **$2,543,403.50**, (y) First LOC - **$2,342,216.61**, and (z) Second LOC - **$596,862.42**; and

(ii) Prior to the Petition Date, to secure the Term Loan, the First LOC, and the Second LOC, the Debtor granted to the DIP Lender (in its capacity as prepetition lender), and the DIP Lender held, valid, binding, perfected, and non-avoidable first, second, and fourth priority liens, respectively, on all of the Debtor's property as existed immediately prior to the Petition Date, including Cash Collateral.

THE DEBTOR, ON BEHALF OF ITSELF AND ITS ESTATE, STIPULATES AND AGREES TO THE FOLLOWING AS TO FAME [FINANCE AUTHORITY OF MAINE]:

(i) As of September 23, 2025, the Debtor was indebted to FAME in the amount of **$967,401.59** (exclusive of collection costs); and

(ii) Prior to the Petition Date, to secure FAME's direct loan, the Debtor granted to FAME, and FAME held, valid, binding, perfected, and non-avoidable third priority liens on all of the Debtor's property as existed immediately prior to the Petition Date, including Cash Collateral.

**Waivers**. **THE DEBTOR, ON BEHALF OF ITSELF AND ITS ESTATE, (A) WAIVES ANY AND ALL RIGHTS TO SURCHARGE THE COLLATERAL OF THE LENDERS UNDER BANKRUPTCY CODE SECTION 506(C), (B) WAIVES THE RIGHT TO ASSERT THE DOCTRINE OF MARSHALING RELATING TO THE LENDERS, AND (C) WAIVES THE "EQUITIES OF THE CASE" EXCEPTION UNDER BANKRUPTCY CODE SECTION 552(B) AS TO THE LENDERS.**