**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN UNAGI, INC.,[1] | Case No. 25-10180 |
| Debtor. | |

**NOTICE OF FINAL HEARING**

On September 29, 2025, American Unagi, Inc., the above-captioned debtor and debtor-in-possession (the "**Debtor**"), filed the *Motion of Debtor (A) for Entry of an Order on an Interim and Then Final Basis: (I) Authorizing Continued Use of the Debtor's Existing Bank Accounts and Cash Management Procedures; (II) Authorizing Continued Use of the Debtor's Existing Business Forms and Checks; and (III) Granting Related Relief; and (B) for Expedited Consideration* [Dkt. No. 3] (the "**Cash Management Motion**"). The Bankruptcy Court granted the Cash Management Motion on an interim basis on October 2, 2025.

A final hearing on the relief sought in the Cash Management Motion will take place at the United States Bankruptcy Court, 202 Harlow Street, Bangor, Maine, on **October 30, 2025, at 1:00 p.m.** (the "**Hearing**"). Any party wishing to participate in the Hearing may do so (a) in person in the courtroom in Bangor; (b) by video from the United States Bankruptcy Court located at 537 Congress Street, Portland, Maine, or (c) by telephone pursuant to the Court's Administrative Procedures for Telephonic Participation set forth in Appendix B to the Court's Local Rules. If you intend to participate in the Hearing via telephone, you are required to register with CourtCall at 1-866-582-6878.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the Cash Management Motion on a final basis, then on or before **October 28, 2025**, you or your attorney must file a written response explaining your position with the Court via the CM/ECF filing system. If you are not able to access the CM/ECF filing system, your response should be served upon the Court at:

Monica M. Bigley, Clerk of Court
United States Bankruptcy Court for the District of Maine
202 Harlow Street, 3rd Floor
Bangor, ME 04401

---

[1] The last four digits of American Unagi, Inc.'s federal taxpayer identification number are 5308, and its principal place of business is 186 One Pie Road, Waldoboro, Maine 04572.

- and –

Adam R. Prescott, Esq.
Bernstein, Shur, Sawyer & Nelson, P.A.
100 Middle Street, P.O. Box 9729
Portland, ME 04104-5029

    If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief in the Cash Management Motion being granted on a final basis and may enter an order granting the requested relief without further notice or hearing.

Dated: October 3, 2025　　　　　　　　　　Respectfully Submitted,

                                                  **BERNSTEIN, SHUR, SAWYER & NELSON, P.A.**

                                                  */s/ Adam R. Prescott*
Adam R. Prescott, Esq.
Sam Anderson, Esq.
100 Middle Street
PO Box 9729
Portland, Maine 04104
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
aprescott@bernsteinshur.com
sanderson@bernsteinshur.com

*Proposed Counsel to the Debtor and Debtor in Possession*