**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>American Unagi, Inc.,<br><br>Debtor | Chapter 11<br>Case No. 25-10180 |

**ORDER GRANTING, IN PART, MOTION OF THE DEBTOR FOR AN ORDER PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE AND GRANTING RELATED RELIEF**

On October 3, 2025, the Debtor filed its Motion of the Debtor for an Order: (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services; (II) Approving the Form of Adequate Assurance Proposed by the Debtor; (III) Establishing Procedures for Resolving Certain Disputes Regarding Utilities; and (IV) Granting Expedited Relief and/or Specially Set Hearing Date [Dkt. No. 35] (the "Motion"). In light of the time constraints imposed by 11 U.S.C. § 366, the Court will grant the Motion in part, as set forth below, and defer consideration of the remainder of the relief sought by the Motion until sufficient notice and opportunity for hearing have been provided.

Accordingly, the Court will hold a hearing on the Motion on October 28, 2025, at 10:00 a.m., at the United States Bankruptcy Court, 202 Harlow Street, Bangor, Maine. Parties may participate in the hearing in person in the Bangor Courtroom, by video from the Portland Courtroom, or by telephone. The hearing will be a preliminary hearing and not one at which witnesses may testify. If there are material issues of facts genuinely in dispute with respect to the Motion, the Court will schedule a subsequent hearing for a later date and the parties will be afforded an opportunity to construct an evidentiary record upon which the Motion will be determined.

1

    Objections, if any, to the remainder of the relief sought by the Motion are due on or before October 21, 2025. Late objections may be summarily overruled.

    No later than October 9, 2025, the Debtor must serve a copy of this Order upon all creditors and interested parties, including, without limitation, the utility providers identified in the Motion. No later than October 14, 2025, the Debtor must file a certificate of such service.

Dated: October 7, 2025

                                                      Michael A. Fagone
                                                      United States Bankruptcy Judge
                                                      District of Maine