## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MAINE

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **AMERICAN UNAGI, INC.,** | **Case No. 25-10180** |
| **Debtor.**[1] | |

### CERTIFICATE OF SERVICE

I, Katherine Flynn, being over the age of eighteen and an employee of Bernstein, Shur, Sawyer & Nelson, P.A., in Portland, Maine, hereby certify that on October 8, 2025, the *Notice of Hearing* [Docket No. 54] was filed via the Court's CM/ECF electronic filing system ("**CM/ECF**"), which sent notice to all parties receiving notification through the CM/ECF.

I further certify that on October 8, 2025, I caused to be mailed the Notice of Hearing and the *Motion of the Debtor for an Order: (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services; (II) Approving the Form of Adequate Assurance Proposed by the Debtor; (III) Establishing Procedures for Resolving Certain Disputes Regarding Utilities; and (IV) Granting Expedited Relief and/or Specially Set Hearing Date* [Docket No. 35] ("**Utility Motion**") via U.S. First Class Mail upon the service parties set forth in the attachment hereto.

I further certify that on October 8, 2025, I served the Notice of Hearing and Utility Motion as indicated on the attached Email Service list.

Dated: October 8, 2025

/s/ Katherine Flynn
Katherine Flynn
BERNSTEIN, SHUR, SAWYER & NELSON, P.A.
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029

[1] The last four digits of American Unagi, Inc.'s federal taxpayer identification number are 5308, and its principal place of business is 186 One Pie Road, Waldoboro, Maine 04572.

Tel: (207) 774-1200

## <u>SERVICE LIST</u>

**The Notice of Hearing and Utility Motion were served upon the following parties via electronic mail or facsimile (as stated below) on October 8, 2025:**

| NAME | SERVICE CONTACT (EMAIL or FAX) | DATE OF SERVICE |
|---|---|---|
| Maine Revenue Service | compliancebk.mrs@maine.gov; john.burke@maine.gov; | 10/08/2025 |
| Office of the U.S. Attorney | 2077803304@fax.bssn.com; | 10/08/2025 |
| Internal Revenue Service | 18553839723@fax.bssn.com; scott.miller@irs.gov; | 10/08/2025 |
| Maine Community Bank | ksuchecki@maine.bank; asparks@ddlaw.com; | 10/08/2025 |
| Finance Authority of Maine | croney@famemaine.com; kkunesh@famemaine.com; jfischer@dwmlaw.com; kfisher@dwmlaw.com; | 10/08/2025 |
| Office of the U.S. Trustee: Ann Marie Dirsa, Esq. | Ann.marie.dirsa@usdoj.gov; | 10/08/2025 |
| A&L Laboratory | aforaca321@aol.com; 7188615558@fax.bssn.com; | 10/08/2025 |
| Aca Freight Forwarding Inc. | rlabranche@granitestateanalytical.com; | 10/08/2025 |
| Americold Logistics | info@americold.com; cashapplications@americold.com; | 10/08/2025 |
| Araho Transfer | billing@arahotransfer.com; | 10/08/2025 |
| Capital One | bankruptcy.operations@capitalone.com; | 10/08/2025 |
| Central Maine Power | CMPBankruptcy@cmpco.com; collections@cmpco.com; | 10/08/2025 |
| Clark Interim LLC | clarkinterim@gmail.com; | 10/08/2025 |
| Coastal Enterprises | amy.leshure@ceimaine.org; | 10/08/2025 |
| Dave Swain Associates Inc. | 9783928431@fax.bssn.com; | 10/08/2025 |

| David Stein and Elizabeth March | davidestein@comcast.net; | 10/08/2025 |
|---|---|---|
| Dead River Company | heidi.broker@deadriver.com; | 10/08/2025 |
| DFI, LLC | daviesestuart@gmail.com; | 10/08/2025 |
| EMEC North America Corp. | order.us@emecpumps.com; | 10/08/2025 |
| Eric D. Lister, Trustee of the Eric D. Lister Amended and Restated Living Trust | kiassoc@aol.com; | 10/08/2025 |
| Eurofins Environment Testing Northeast LLC f/k/a Maine Environmental Laboratory | info@mel-lab.com; | 10/08/2025 |
| Frank Simon II | frank@frankandlibby.com; | 10/08/2025 |
| General Alum New England Corp | customerservice@gacchemical.com; | 10/08/2025 |
| HARCROS CHEMICALS INC. | dbmail@harcros.com; ar@harcros.com; | 10/08/2025 |
| Karl Nicholas | kjnicholas81@gmail.com; | 10/08/2025 |
| Jack Downing | jdowning84@gmail.com; | 10/08/2025 |
| Jamie Robbins | 5086paint@gmail.com; | 10/08/2025 |
| John W. Taylor | 048taylorj@gmail.com; | 10/08/2025 |
| Lance Geidel | smgeidel@tds.net; | 10/08/2025 |
| Lou Dana | loudana2@gmail.com; | 10/08/2025 |
| Matthew Dana | kukec.dana@gmail.com; | 10/08/2025 |
| Rustin Taylor | rustintaylor955@gmail.com; | 10/08/2025 |
| Shelly Geidel | smgeidel@tds.net; | 10/08/2025 |
| Suzanne Smith | smsscorpio49@gmail.com; | 10/08/2025 |
| Travis Atwood | wadeatwood420@yahoo.com; | 10/08/2025 |

| Ice Cube Logistics LlC-FR1 | rosemarie@icecubcoldstorage.com; | 10/08/2025 |
|---|---|---|
| John Gavin Watson | gwatson03@snet.net; | 10/08/2025 |
| June Sleeper | june.sleeper@gmail.com; | 10/08/2025 |
| Katahdin Analytical Services LLC | accounting@katahdinlab.com; | 10/08/2025 |
| Maine Oxy | auburnstore@maineoxy.com; | 10/08/2025 |
| Maine Printing and Embroidery | 2maineprinting@gmail.com; | 10/08/2025 |
| Mark S Dvorozniak, Trustee of the Mark S. Dvorozniak Trust | marksdvorozniak@gmail.com; | 10/08/2025 |
| Mid-Coast Energy Systems, Inc. | info@midcoastenergysystems.com; | 10/08/2025 |
| Mook Sea Farm Inc. | accounting@mookseafarm.com; | 10/08/2025 |
| One Group d/b/a Thomas Gregory Associates | mciccolo@onegroup.com; | 10/08/2025 |
| PackEdge | eatkins@packedgeinc.com; orders@packedgeinc.com; | 10/08/2025 |
| Pavan Enterprises, LLC | pavantracey@gmail.com; kpst.laurent@gmail.com; | 10/08/2025 |
| ReVision Community Impact Partners LLC | hello@revisionenergy.com; nminzy@revisionenergy.com; | 10/08/2025 |
| Richard McGoldrick | ktwohig@cpm207.com; | 10/08/2025 |
| Ripcord Consulting LLC | ashley.wainer@ripcord.consulting; | 10/08/2025 |
| Roberts Chemical Co. Inc. | 5082222752@fax.bssn.com; | 10/08/2025 |
| Robert G. Hirsch & Kathleen Hirsh | rghirsch@roadrunner.com; | 10/08/2025 |
| Robert T. Kelley | rkelley@virtualagora.com; | 10/08/2025 |
| RuralWorks Impact Partners 1, L.P. | skip@ruralworkspartners.com; | 10/08/2025 |

| Ruprecht - Kilcoy Global Foods | lstork@kilcoyglobalfoods.com; | 10/08/2025 |
|---|---|---|
| Sandra Stone | sstone456@gmail.com; | 10/08/2025 |
| Sara Rademaker | sara@americanunagi.com | 10/08/2025 |
| Stephen M. Stroud | stephenstroud@me.com; stephenstroud@mac.com; | 10/08/2025 |
| Tablecloth Inc. | ar@tablecloth.io; | 10/08/2025 |
| Town of Waldoboro | taxcollector@waldoboromaine.org; 2078326061@fax.bssn.com; | 10/08/2025 |
| Uline | info@uline.com; | 10/08/2025 |
| Victoria Sorobasin | vsocobasin22@gmail.com; | 10/08/2025 |
| Viridian Law | Jbaroletti@viridian.law; | 10/08/2025 |
| Water Quality & Compliance Services, Inc. | info@waterqualityme.com; | 10/08/2025 |
| Wipfli LLP | christian.smith@wipfli.com; | 10/08/2025 |

**The Notice of Hearing was served upon the following parties via U.S. First Class Mail on October 8, 2025:**

See attached matrix.

A&L Laboratory
22 Manchester Road
Unit 2
Derry, NH 03038

Aca Freight Forwarding Inc.
324 Bryant Ave
Bronx, NY 10474

Alpha Chemical Services Inc.
46 Morton Street
Stoughton, MA 02072

Americold Logistics
10 Glenlake Parkway
Suite 600, South Tower
Atlanta, GA 30328

Araho Transfer
7 Fid Kennedy Ave
Boston, MA 02210

Aspara Research LLC
445 Hamilton Ave
Suite 1102
White Plains, NY 10601-1832

Beaver Enterprises Inc.
204 Park Street
Rockland, ME 04841

Berkshire Refrigerated Warehousing, LLC
4550 S Packers Ave
Chicago, IL 60609

Capital One
1680 Capital One Drive
McLean, VA 22102

Central Maine Power
P.O. Box 847810
Boston, MA 02284-7810

Clark Interim LLC
101 Fieldstone Estates Road
York, ME 03909

Coastal Enterprises, Inc.
30 Federal Street
Suite 100
Brunswick, ME 04011

David Stein and Elizabeth March
728 Tremont Street
Boston, MA 02119

David Swain Associates Inc.
6 Lyberty Way
Suite 101
Westford, MA 01886

Dead River Company
P.O. Box 467
Scarborough, ME        04070-0467

Delaware Secretary of State
401 Federal St
Suite 300
Dover, DE 19901

EMEC North America Corp.
5 Cheryl Ln
Boonton Township, NJ 07005

ERGOS Technology Partners, Inc.
6110 Clarkson Ln
Houston, TX 77055

Eurofins Environment Testing Northeast LLC
f/k/a Maine Environmental Laboratory
1 Main STreet
Yarmouth, ME

Finance Authority of Maine
5 Community Drive
Augusta, ME 04332-0949

FFE Transportation Services Inc.
P.O. Box 847576
Dallas, TX 75284-7576

G & H Wood Products
110 North 2nd Street
Olean, NY 14760

Gartley & Dorsky Engineering Surveying
59 Union Street
Unit 1
Camden, ME 04843

General Alum New England Corp
34 Kidder Point Road
Searsport, ME 04974

Glen Melvin
P.O. Box 969
Waldoboro, ME 04572

Gorham Savings Bank
10 Wentworth Drive
Gorham, ME 04038

HARCROS CHEMICALS INC.
P.O. Box 74583
Chicago, IL 60696

Humana Insurance
P.O. Box 4600
Carol Stream      IL        60197

Ice Cube Logistics LLC-FR1
481 Currant Road
Fall River        MA        02720

Indian Township Enterprises, LLC
8 Kennebasis St
Princeton, ME 04668

Interstate Septic Systems Inc.
10 Gordon Drive

Rockland          ME          04841

Internal Revenue Service

Attn: Centralized Insolvency Operation

P.O. Box 7346
Philadelphia, PA 19101-7346

Jamie Robbins
16 Russell Lane

Warren, ME 04864


John W. Taylor

11 Pond Road

Newcastle, ME 04553

Joseph Drago Consulting

1071 Washington Street

Bath     ME      04530

Jumo Process Control Inc.

6724 Joy Road

East Syracuse , NY          13057


Katahdin Analytical Services LLC

P.O. Box 540

Scarborough      ME        04070

Kennebec River Biosciences, Inc.

P.O. Box 93

Bangor ME        04402

Lou Dana

71 Otuhk Road

Indian Township, ME 04668


Maine Community Bank

P.O. Box 558

Westbrook, ME 04098

Maine Oxy

100 Washington Street N

Auburn, ME 04210

Maine Revenue Services

51 Commerce Drive

Augusta, ME 04333


Maine Printing and Embroidery

456 Camden Road

Warren ME        04864

Memic

P.O. Box 6900

Lewiston        ME      04243-6900

Mid-Coast Energy Systems Inc.

33 Midcoast Road

P.O. Box 1118

Damariscotta, ME 04543


Modern Pest Services LLC

100 Pleasant Street

Brunswick, ME 04011

Mook Sea Farm Inc.

321 State Route

Walpole, ME      04573

Nationwide Insurance

P.O. Box 856824

Minneapolis, MN          55485


Nextgen Hanson LLC

7 Sherburn Ln

Falmouth, ME 04105

O'Hara Corporation

120 Tillson Ave

Suite 100

Rockland, ME 04841

Office of the U.S. Attorney

537 Congress Street

Suite 300

Portland, ME 04101-3490


One Group d/b/a Thomas Gregory
Associates Insurance Brokers

201 Edgewater Drive 293

Wakefield, MA 01880

PackEdge

955 Portland Road

Saco, ME        04072-9675

Pavan Enterprises, LLC d/b/a Altezza Advisors

Kendall St. Laurent

133 Audubon Road

Warwick, RI 02888


ReVision Community Impact Partners LLC

758 Westbrook Street

South Portland, ME 04106

Richard McGoldrick

100 Silver Street

Portland, ME 04101

Ripcord Consulting LLC

8 Fredric Way

Hinesburg, VT   05461


Roberts Chemical Co. Inc.

330-B Victor Road

Attleboro, MA   02703

Ruprecht-Kilcoy Global Foods

1301 Allanson Road

Mundelein, IL 60060

RuralWorks Impact Partners 1, L.P.

Attn: Ski Wyer

1155 Cider Mill Road

Cornwall, VT 05753

Rustin Taylor
P.O. Box 582
Mount Desert, ME 04660

Stephen M. Stroud
P.O. Box 598
Northeast Harbor, ME 04662

Town of Waldoboro
1600 Atlantic Hwy
P.O. Box J
Waldoboro, ME 04572

Viridian Law
204 Main Street
Ellsworth, ME 04605

Wells Fargo
P.O. Box 51174
Los Angeles, CA  90051-5475

Drummond Woodsum
ATTN: Jeremy R. Fischer, Esq.
84 Marginal Way, Suite 600
Portland, ME 04101-2480

Sara Rademaker
186 One Pie Road
Waldoboro, ME 04572

Tablecloth Inc.
1325 Pacific Highway
#1005
San Diego, CA  92101

Travis Atwood
P.O. Box 511
Bucksport, ME 04416

Waldoboro Business Park
One Pie Lane
Waldoboro, ME 04572

Wipfli LLP
30 Long Creek
Suite 100
Brunswick, ME 04011

Drummond Woodsum
ATTN: Kellie W. Fisher, Esq.
84 Marginal Way, Suite 600
Portland, ME 04101-2480

Small Enterprise Growth Fund d/b/a Maine
Venture Fund
P.O. Box 63
Newport, ME 04953

Tony Davis
P.O. Box 130
Princeton, ME 04668

Uline
Attn: Accounts Receivable
P.O. Box 88741
Chicago, IL      60680-1741

Water Quality & Compliance Services, Inc.
47 Gardiner Road
Wiscasset, ME    04578

Drummond & Drummond, LLP
ATTN: Andrew Sparks, Esq.
One Monument Way
Portland, ME 04101