**Exhibit A**
**Budget**

| American Unagi | WEEK 1 | WEEK 2 | WEEK 3 | WEEK 4 | WEEK 5 | WEEK 6 | WEEK 7 | WEEK 8 | WEEK 9 | WEEK 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Week Number (Post-Petition) | | | | | | | | | | |
| Fiscal Period | 2025-40 | 2025-41 | 2025-42 | 2025-43 | 2025-44 | 2025-45 | 2025-46 | 2025-47 | 2025-48 | 2025-49 |
| For Week Ending Friday: | 3-Oct | 10-Oct | 17-Oct | 24-Oct | 31-Oct | 7-Nov | 14-Nov | 21-Nov | 28-Nov | 5-Dec |
| Beginning Cash Balance | 17,137.03 | 30,249.26 | 19,711.83 | 29,335.13 | 26,706.39 | 36,643.17 | 34,368.12 | 26,901.07 | 28,822.22 | 27,247.37 |
| **Cash Outflows:** | | | | | | | | | | |
| **Key Payments** | | | | | | | | | | |
| Feed (purchasing locally by the pallet) | 5,000 | | 15,000 | | | 15,000 | | | 15,000 | |
| Roberts Chemicals, Alpha Chemicals, Harcrocs Chemicals | 1,363 | 4,988 | 3,000 | | 4,988 | 3,000 | | | 3,000 | 3,001 |
| Centrail Maine Power Regular Bill | | | | 11,450 | | | 10,605 | | | |
| Central Maine Power Deposit, Water & Sewer | | | | 10,000 | | | | | | |
| Dead River (Fuel - pay as we go) | | | 2,000 | | | | 2,000 | | | |
| Maine Oxy (Oxogen; usage and rental) | 7,000 | | | | | 7,000 | | | | |
| Revision Community Impact Partners (Solar) | | | 10,152 | | | | | | | |
| Interstate (Pump out of waste from the fish - approx. every other week) | 1,500 | | 1,500 | | 1,500 | | 1,500 | | 1,500 | |
| Water Quality Compliance & Maine Environmental Labs | 450 | | | | | 450 | | | | |
| Americold Logistics/Ice Cube (Freezer Storage) | | | 800 | | | 800 | | | | |
| Packedge (packaging for forzen product) | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 |
| Town of Waldoboro (Property Taxes) | | | | | | | 15,750 | | | |
| Waldoboro Business Park (Property Lease) | 2,500 | | | | | 2,500 | | | | 2,500 |
| Memic (Workers Compensation) | | | | | | | 3,491 | | | |
| Nationwide (Commerical Property, Commerical Package, Commerical Umbrella) | | 4,421 | | | | 4,421 | | | | 4,421 |
| One Group (Mortality Insurance) | | 20,929 | | | | | | | | |
| Anthem/Humana (Health Insurance) | 4,550 | 546 | | | | 4,550 | 546 | | | 4,550 |
| Payroll ( All inclusive) | - | 24,004 | - | 24,004 | - | 24,004 | | 24,004 | | 24,004 |
| Mook Seafarm (Transport Truck) - May may require to transport to a customer | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| Ocean Express (Transport Truck) - May may require to transport to a customer | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| FFE (Transport Truck) - May may require to transport to a customer, as needed. | | 475 | | | | 475 | | | | 475 |
| Ripcord Consulting - Contract CFO (Estimated Hourly Billing, Weekly Invoices) | | 10,500 | | 10,500 | | 10,500 | - | 10,500 | - | 10,500 |
| Special Counsel (Placeholder Row) | | | | | | | | | | |
| Sales Commissions (For live or bait sales of eel) | 3,500 | | 3,500 | | | 3,500 | | | 3,500 | |
| Fisherman Payments | | | | | | | | | | |
| **Total Key Payments** | 27,463 | 67,463 | 37,552 | 57,554 | 8,088 | 77,800 | 35,492 | 36,104 | 24,600 | 51,051 |
| | | | | | | | | | | |
| Bankruptcy  - Ch 11 Counsel (Bernstein Shur) | | | 50,000 | | | 50,000 | | | | 50,000 |
| Bankruptcy - US Trustee Fees (Quarterly) | | | 250 | | | | | | | |
| Broker for Sale of Business (success fee not included in  budget) | | | 7,500 | | | 7,500 | | | | 7,500 |
| **Bankruptcy & Broker Sale Costs** | - | - | 57,750 | - | - | 57,500 | - | - | - | 57,500 |
| | | | | | | | | | | |
| Credit Card moving to ACH/Checks | 1,325 | 1,325 | 1,325 | 1,325 | 1,325 | 1,325 | 1,325 | 1,325 | 1,325 | 1,325 |
| **General Supplies & Subscriptions** | 1,325 | 1,325 | 1,325 | 1,325 | 1,325 | 1,325 | 1,325 | 1,325 | 1,325 | 1,325 |
| **Subtotal Cash Outflows** | 28,788 | 68,788 | 96,627 | 58,879 | 9,413 | 136,625 | 36,817 | 37,429 | 25,925 | 109,876 |
| Available Cash Before Receipts | (11,651) | (38,539) | (76,915) | (29,544) | 17,293 | (99,982) | (2,449) | (10,528) | 2,897 | (82,629) |
| **Cash Inflows:** | | | | | | | | | | |
| Accounts Receivable Collections | - | - | - | - | - | - | - | - | - | - |
| Sales (Normal Course of Business) | | 19,350 | 19,350 | 19,350 | 19,350 | 19,350 | 19,350 | 19,350 | 19,350 | 19,350 |
| Holiday Sales Push (Due Upon Receipt) | | | | | | | | | | 30,000 |
| Adjustments (Uncollectable A/R) | 6,901 | 6,901 | 6,901 | 6,901 | | | | | | |
| **Subtotal Cash Inflows** | 6,901 | 26,251 | 26,251 | 26,251 | 19,350 | 19,350 | 19,350 | 19,350 | 19,350 | 49,350 |
| *Beginning line of credit balance (DIP Loan)* | 150,000 | 185,000 | 217,000 | 297,000 | 327,000 | 327,000 | 442,000 | 452,000 | 472,000 | 477,000 |
| + Debt Draw (DIP Loan) | 35,000 | 32,000 | 80,000 | 30,000 | - | 115,000 | 10,000 | 20,000 | 5,000 | 49,000 |
| - Debt Paydown | - | - | - | - | - | - | - | - | - | - |
| **Ending DIP Loan Balance** | 185,000 | 217,000 | 297,000 | 327,000 | 327,000 | 442,000 | 452,000 | 472,000 | 477,000 | 526,000 |
| Ending Cash Balance | 30,249 | 19,712 | 29,335 | 26,706 | 36,643 | 34,368 | 26,901 | 28,822 | 27,247 | 15,721 |