UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

|  |  |
|---|---|
| IN RE: ) ) ) **AMERICAN UNAGI, INC.**, ) ) Debtor. ) ) | Bankruptcy Case #25-10180 Chapter 11 |

### APPOINTMENT OF OFFICIAL COMMITTEE
### OF UNSECURED CREDITORS

Pursuant to 28 U.S.C. 586(a)(3), 11 U.S.C. 1102 and Fed. R. Bankr. P. 2007, the United States Trustee appoints the following creditors to the Official Committee of Unsecured Creditors in the above-referenced case:

RuralWorks Impact Partners 1, L.P.
c/o Glenn Wyer
802 Nicolette Mall
Minneapolis, MN 55402
E-mail: skip@ruralworkspartners.com.
Phone #: (612) 281-1313

Maine Oxy – Acetylene Supply Co., Inc.
c/o Amanda Sochia
100 Washington St N
Auburn, ME  04210
E-mail: asochia@maineoxy.com
Phone #: (207) 514-1518

Rustin Taylor
P.O. Box 582
Mount Desert, ME  04660
E-mail: rustintaylor955@gmail.com
Phone #: (207) 266-9651

Respectfully submitted,
WILLIAM K. HARRINGTON
The United States Trustee

Dated: October 10, 2025        By:  /s/ *Sandra Nicholls*
                                    Sandra Nicholls
                                    Acting Assistant U.S. Trustee
                                    U.S. Department of Justice
                                    Office of the U.S. Trustee

U.S. Courthouse
One Exchange Terrace, Suite 431
Providence, RI  02903

401-528-5553
sandra.nicholls@usdoj.gov

### CERTIFICATION OF SERVICE

I hereby certify that on October 10, 2025, I electronically filed the above Notice with the Clerk of the Bankruptcy Court for the District of Maine using the CM/ECF System. True and correct copies of the foregoing appointment were served via CM/ECF only upon the individuals who have filed notices of appearance in the Court's CM/ECF database, and by email to the committee members identified above.

/s/ *Sandra Nicholls*
Sandra Nicholls