United States Bankruptcy Court

District of Maine

In re: American Unagi, Inc.

Case No. 25-10180

Chapter 11

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 10/14/2025

/s/ Sara Rademaker
Signature of Individual signing on behalf of debtor

Authorized Party
Position or relationship to debtor

Barbara Lamont
45 Eastern Promenade
3J
Portland, ME 04101


Charlie Walsh
22 Knox Street
Apt 1
Thomaston, ME 04861


Christopher Bradley
P.O. Box 274
Belgrade Lakes, ME 04918


Chris Herring
1679 Friendship Rd
Waldoboro, ME 04572


Comerica Bank & Trust NA
TT Stephen Stroud for Descendants
P.O. Box 598
Northeast Harbor, ME 04662


Dale Newell
P.O. Box 534
Princeton, ME 04668


DFI, LLC
14 Squirrel Hill Rd
Wayland, MA 01778


Dirigo Angel Fund
11 Debeck St
Suite B
Holden, ME 04429


Drew Sawyer
38 Hillcrest Rd
Belmont, MA 02478

Edward and Elizabeth Rademaker
5128 Lakerit Lane
Fort Wayne, IN 46804


Eric D. Lister
40 Eastern Promenade
Portland, ME 04101


Elizabeth C. Saltonstall
7 Lexington Ln
Rockport, ME 04856


Fortunat Mueller
220 Gray Rd
North Yarmouth, ME 04097


Frank Simon II
319 Crabtree Rd
Hope, ME 04847


Geraldine Canning
22 Austin St
Portland, ME 04103


Heidi Hood Sappier
31 Lakeside Place
Princeton, ME 04668


Jack Downing
P.O. Box 633
Princeton, ME 04668


James B. Wyeth
701 Smithbridge Rd
Wilmington, DE 19807


John Gavin Watson
70 Crescent Dr
Ridgefield, CT 06871

June Sleeper
97 Kezar Heights
Bridgton, ME 04062


Katherine Pope
43 Waites Landing
Falmouth, ME 04105


Kathleen Marciano
P.O. Box 1003
Damariscotta, ME 04543


Karl Nicholas
P.O. Box 672
Princeton, ME 04668


Lance Geidel
795 Mercer Rd
Norridgewock, ME 04957


Maine Technology Institute
8 Venture Ave
Brunswick, ME 04011


Margaret Bradley
P.O. Box 274
Belgrade Lakes, ME 04918


Mark S. Dvorozniak
6 Webster Farm Rd
Cape Elizabeth, ME 04107


Matthew Dana
P.O. Box 533
Princeton, ME 04668


Michael and Mal Diana Gero
35 Prince Street
Jamaica Plain, MA 02130

Parramatta, LLC
2165 Bayberry Ln
Westfield, NJ 07090


Robert G. Hirsch and Kathleen Hirsch
19 Knowlton Ave
Owls Head, ME 04854


Robert H. Gordon
215 Broadway Ave
Wilmette, IL 60091


Robert T. Kelley
P.O. Box 285
Port Clyde, ME 04855


Sandra Stone
16 Sea Cove Rd
Cumberland Foreside, ME 04110


Sara Rademaker
499 Atlantic Hwy
Waldoboro, ME 04572


Shelly Geidel
795 Mercer Rd
Norridgewock, ME 04957


Shoshanna Mueller
220 Gray Rd
North Yarmouth, ME 04097


Stanley Chao
6818 Alta Vista Dr
Rancho Palos Verde, CA 90275


Suzanne Smith
264 Sproul Hill Rd
Bristol, ME 04539

```
Victoria Socobasin
43 Jesse's Way
Princeton, ME 04668


Wabanaki Unagi, LLC
P.O. Box 8
Princeton, ME 04668
```