**Fill in this information to identify the case and this filing:**

Debtor Name ___American Unagi, Inc._____

United States Bankruptcy Court for the: ___District of Maine_____

Case number (*If known*): ___25-10180_____

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___10/14/2025___
MM / DD / YYYY

✖ ___/s/ Sara Rademaker_____
Signature of individual signing on behalf of debtor

___Sara Rademaker_____
Printed name

___Authorized Party_____
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name _____American Unagi, Inc._____

United States Bankruptcy Court for the: ___District of Maine___

Case number (If known): ___25-10180___

(State)

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:**   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ..................................................

   $ 4,932,718.72

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................

   $ 7,540,680.58

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ..................................................

   $ 12,473,399.30

---

**Part 2:**   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ................................................

   $ 6,449,884.12

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*..........................................................

   $ 15,744.34

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ................................................

   +$ 5,450,706.04

4. **Total liabilities** ..............................................................................................
   Lines 2 + 3a + 3b

   $ 11,916,334.50

---

**Fill in this information to identify the case:**

Debtor name ____American Unagi, Inc._____

United States Bankruptcy Court for the: ___District of Maine_____

Case number (If known): ___25-10180_____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property     **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**     $ 248.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Maine Community Bank | Checking | 1   0   8   3 | $ 536.00 |
| 3.2. | Maine Community Bank | Checking | 2   2   4   1 | $ 59,116.57 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____   $_____
   4.2. _____   $_____

5. **Total of Part 1**     $ 59,900.57

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. _____   $_____
   7.2. _____   $_____

Debtor  American Unagi, Inc.
    Name

Case number *(if known)* 25-10180

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. Waldoboro Business Park        $ 97,252.00

8.2.        $

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.        $ 97,252.00

---

**Part 3:**   Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

|  | | | Current value of debtor's interest |
|---|---|---|---|
| 11. **Accounts receivable** | | | |
| 11a. 90 days old or less: | 73,667.60 <br> face amount | − 3,683.38 <br> doubtful or uncollectible accounts | = ........→   $ 69,984.22 |
| 11b. Over 90 days old: | 6,855.76 <br> face amount | − 0.00 <br> doubtful or uncollectible accounts | = ........→   $ 6,855.76 |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.        $ 76,839.98

---

**Part 4:**   Investments

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

☒ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 14.1. 25% Ownership in Wabanaki Unagi, Inc. Future Processing Facility | Net Book Value | $ Unknown |
| 14.2. | | $ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| 15.1. | % | | $ |
| 15.2. | % | | $ |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1. | | $ |
|---|---|---|
| 16.2. | | $ |

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.        $ 0.00

---

Official Form 206A/B      **Schedule A/B: Assets — Real and Personal Property**      page 2

Debtor ___American Unagi, Inc._____   Case number (if known) ___25-10180___
         Name

---

### Part 5:   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** <br> Whole Frozen Eels | ___ MM / DD / YYYY | $ 123,987.06 | Net Book Value | $ 123,987.06 |
| **20. Work in progress** | ___ MM / DD / YYYY | $ | | $ |
| **21. Finished goods, including goods held for resale** <br> Processed Eel | ___ MM / DD / YYYY | $ 439,099.64 | Net Book Value | $ 439,090.64 |
| **22. Other inventory or supplies** | ___ MM / DD / YYYY | $ | | $ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.      $ 563,077.70

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☑ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____   Valuation method _____   Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

### Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No. Go to Part 7.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | $ | | $ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish <br> Eels | $ 2,456,401.00 | Standard Cost | $ 2,456,401.00 |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) <br> See continuation sheet and attachment | $ 3,076,591.50 | Net Book Value | $ 3,076,591.50 |
| **31. Farm and fishing supplies, chemicals, and feed** <br> Feed | $ 57,840.58 | Net Book Value | $ 57,840.58 |
| **32. Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

Debtor   American Unagi, Inc.
Name

Case number (if known) 25-10180

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ 5,590,833.08

**34. Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☑ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** Miscellaneous office furniture (computers, desks, decor, etc.) | $ 11,789.91 | Net Book Value | $ 11,789.91 |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| **42. Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | · $_____ | |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 11,789.91

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 8:**  Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐  No. Go to Part 9.

☑  Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1  Ford 250 Extended Bed | $ 5,310.34 | Net Book Value | $ 5,310.34 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| **49.  Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $ | | $ |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 5,310.34

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐  No

☑  Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑  No

☐  Yes

Debtor    American Unagi, Inc.                                                    Case number (if known) 25-10180
          Name

---

| **Part 9:** | Real property |

54. **Does the debtor own or lease any real property?**
   ☐ No. Go to Part 10.
   ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 186 One Pie Road, Waldoboro, ME 04572: owner and land lease with purchase option | Owner and Lease Hold Interest | $ 4,932,718.72 | Net Book Value | $ 4,932,718.72 |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**                                                                                    $ 4,932,718.72
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☐ No
   ☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☐ No
   ☑ Yes

---

| **Part 10:** | Intangibles and intellectual property |

59. **Does the debtor have any interests in intangibles or intellectual property?**
   ☐ No. Go to Part 11.
   ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>See continuation sheet | $ 0.00 | Owner Estimate | $ 0.00 |
| 61. **Internet domain names and websites**<br>See continuation sheet | $ 0.00 | Owner Estimate | $ 0.00 |
| 62. **Licenses, franchises, and royalties**<br>Aquaculture License for purchase of 200 pound quota of glass eel e | $ 0.00 | Owner Estimate | $ 0.00 |
| 63. **Customer lists, mailing lists, or other compilations**<br>Customer lists | $ 0.00 | Owner Estimate | $ 0.00 |
| 64. **Other intangibles, or intellectual property** | $_____ | _____ | $_____ |
| 65. **Goodwill** | $_____ | _____ | $_____ |

66. **Total of Part 10.**                                                                                    $ 0.00
   Add lines 60 through 65. Copy the total to line 89.

---

Debtor   American Unagi, Inc.

Name

Case number *(if known)* 25-10180

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

- ☑ No
- ☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

- ☑ No
- ☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

- ☑ No
- ☐ Yes

**Part 11:   All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No. Go to Part 12.
- ☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

**71. Notes receivable**

Description (include name of obligor)

_____   0.00   — 0.00   = ➡   $ 0.00
                                 Total face amount   doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

2024 Tax Return _____   Tax year 2023   $ 1,135,677.00

_____   Tax year _____   $_____

_____   Tax year _____   $_____

**73. Interests in insurance policies or annuities**

_____   $_____

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   $_____

Nature of claim   _____

Amount requested   $_____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $_____

Nature of claim   _____

Amount requested   $_____

**76. Trusts, equitable or future interests in property**

_____   $_____

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____   $_____

_____   $_____

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   $ 1,135,677.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

- ☑ No
- ☐ Yes

Debtor      American Unagi, Inc.
_____      Case number _(if known)_ 25-10180
          Name

---

**Part 12:      Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** _Copy line 5, Part 1._ | $ 59,900.57 | |
| 81. **Deposits and prepayments.** _Copy line 9, Part 2._ | $ 97,252.00 | |
| 82. **Accounts receivable.** _Copy line 12, Part 3._ | $ 76,839.98 | |
| 83. **Investments.** _Copy line 17, Part 4._ | $ 0.00 | |
| 84. **Inventory.** _Copy line 23, Part 5._ | $ 563,077.70 | |
| 85. **Farming and fishing-related assets.** _Copy line 33, Part 6._ | $ 5,590,833.08 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** _Copy line 43, Part 7._ | $ 11,789.91 | |
| 87. **Machinery, equipment, and vehicles.** _Copy line 51, Part 8._ | $ 5,310.34 | |
| 88. **Real property.** _Copy line 56, Part 9._ . ............................................................➜ | | $ 4,932,718.72 |
| 89. **Intangibles and intellectual property.** _Copy line 66, Part 10._ | $ 0.00 | |
| 90. **All other assets.** _Copy line 78, Part 11._ | + $ 1,135,677.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 7,540,680.58 | + 91b. $ 4,932,718.72 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. ..................................................................      12,473,399.30      $ 12,473,399.30

| Debtor 1 | American Unagi, Inc. | | | | 25-10180 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* | |

## Continuation Sheet for Official Form 206 A/B

**30) Farm machinery and equipment (Other than titled motor vehicles)**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| Processing Equipment | 490,191.93 | Net Book Value | 490,191.93 |
| ACE Aquaculture Equipment | 2,551,513.71 | Net Book Value | 2,551,513.71 |
| Farm Equipment | 34,885.86 | Net Book Value | 34,885.86 |

**60) Patents, copyrights, trademarks, and trade secrets**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| Trademark Application Serial #98811497 - Trademark for Euro Unagi | | | 0.00 |
| Trademark Application Serial # 98811476 - Trademark for American Unagi | | | 0.00 |

**61) Internet domain names and websites**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| www.EuroUnagi.com (domain only) | | | 0.00 |
| www.AmericanUnagi.com (domain and website) | | | 0.00 |
| www.wildunagi.com (domain only) | | | 0.00 |

Part 6: Farming and Fishing-Related Assets
Farm Machinery Attachment

- Smoker
- Walk-in Cooler
- Recirculating Aquaculture System
- Eel Processing Machine
- Stainless Steel Sink, Hoses and EPOX
- Equipment
- Pallet Racks
- PRM Woltman Helix Style 3 Inch Flan
- Silicone Heating Blanker 120V
- Food Grade Mixer 120V #450DD
- Mortarthane Red Epoxy for Processing
- Manitowoc Model SY0454A Ice Machine
- Compact Airless Foamer
- Sanitizing Footbath Mat
- Profiwork Fishstunner 300
- Vakpak Machine
- Desliming Mixer
- Tires for Generator Trailer
- Generator
- Drum Roller
- Wire Racks
- Fork Lift (used 2009 Toyota)
- Fork Lift TBC

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | American Unagi, Inc. |
| United States Bankruptcy Court for the: | District of Maine |
| Case number (If known): | 25-10180 |

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1 Creditor's name**<br>Finance Authority of Maine<br><br>**Creditor's mailing address**<br>5 Community Drive<br>Augusta, ME 04332-0949<br><br>**Creditor's email address, if known**<br>croney@famemaine.com; kkunesh@famem<br><br>**Date debt was incurred** 03/22/2023<br>**Last 4 digits of account number**<br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor,<br><br>Maine Community Bank | **Describe debtor's property that is subject to a lien**<br>All business assets<br><br><br>**Describe the lien**<br>Security Agreement<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).<br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 967,401.59 | $ 12,473,399.30 |
| **2.2 Creditor's name**<br>Maine Community Bank<br><br>**Creditor's mailing address**<br>P.O. Box 558<br>Westbrook, ME 04098<br><br>**Creditor's email address, if known**<br>ksuchecki@maine.bank;<br><br>**Date debt was incurred** 08/26/2021<br>**Last 4 digits of account number**<br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Have you already specified the relative priority?<br>  ☐ No. Specify each creditor, including this creditor, and its relative priority.<br><br>Finance Authority of Maine<br><br>  ☐ Yes. The relative priority of creditors is specified on lines _____ | **Describe debtor's property that is subject to a lien**<br>All business assets<br><br><br>**Describe the lien**<br>Security agreement, Term loan<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).<br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,543,403.50 | $12,473,399.30 |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $ 6,449,884.12

Debtor  American Unagi, Inc.
Name

Case number (if known)  25-10180

---

## Part 1:   Additional Page

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

### 2.3

**Creditor's name**
Maine Community Bank

**Describe debtor's property that is subject to a lien**

All business assets

$596,862.42          $12,473,399.30

**Creditor's mailing address**

P.O. Box 558
Westbrook, ME 04098

**Creditor's email address, if known**

ksuchecki@maine.bank;

**Date debt was incurred**   08/26/2021
**Last 4 digits of account number**

**Describe the lien**

Security agreement, Second line of credit

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

Finance Authority of Maine

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

### 2.4

**Creditor's name**
Maine Community Bank

**Describe debtor's property that is subject to a lien**

All business assets

$2,342,216.61          $ 12,473,399.30

**Creditor's mailing address**

P.O. Box 558
Westbrook, ME 04098

**Creditor's email address, if known**

ksuchecki@maine.bank;

**Date debt was incurred**   08/26/2021
**Last 4 digits of account number**

**Describe the lien**

Security agreement, First line of credit

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

Finance Authority of Maine

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor   American Unagi, Inc.                                                    Case number (*if known*)   25-10180
         Name

---

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Jeremy Fischer on behalf of Finance Authority of Maine jfischer@dwmlaw.com; | Line 2. _1_ | _____ |
| Kellie Fisher on behalf of Finance Authority of Maine kfisher@dwmlaw.com; | Line 2. _1_ | _____ |
| Andrew Sparks on behalf of Maine Community Bank asparks@ddlaw.com; | Line 2. _2_ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>American Unagi, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of Maine</td></tr>
<tr><td>Case number<br>(if known)</td><td>25-10180</td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>Town of Waldoboro<br>1600 Atlantic Hwy<br>P.O. Box J<br>Waldoboro, ME 04572 | As of the petition filing date, the claim is: $ 15,744.34<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ |
|  | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:** | |
|  | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
|  | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___) | | |
| **2.2** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: $_____<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $_____ |
|  | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:** | |
|  | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
|  | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___) | | |
| **2.3** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: $_____<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $_____ |
|  | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:** | |
|  | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
|  | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___) | | |

| Debtor | American Craigh, Inc. | Case number (if known) 25-10180 |
|---|---|---|
| | Name | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

### 3.1
**Nonpriority creditor's name and mailing address**
A&L Laboratory
22 Manchester Road
Unit 2
Derry, NH 03038

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 120.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.2
**Nonpriority creditor's name and mailing address**
Aca Freight Forwarding Inc.
324 Bryant Ave
Bronx, NY 10474

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 36.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.3
**Nonpriority creditor's name and mailing address**
Alpha Chemical Services Inc.
46 Morton Street
Stoughton, MA 02072

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 888.67

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.4
**Nonpriority creditor's name and mailing address**
Americold Logistics
10 Glenlake Parkway
Suite 600, South Tower
Atlanta, GA 30328

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 4,237.19

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.5
**Nonpriority creditor's name and mailing address**
Araho Transfer
7 Fid Kennedy Ave
Boston, MA 02210

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.6
**Nonpriority creditor's name and mailing address**
Beaver Enterprises Inc.
204 Park Street
Rockland, ME 04841

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | American Crafts, Inc. | | Case number *(if known)* | 25-10180 |
|---|---|---|---|---|
| | Name | | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.7**   **Nonpriority creditor's name and mailing address**

Berkshire Refrigerated Warehousing, LLC
4550 S Packers Ave
Chicago, IL 60609

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 214.50

---

**3.8**   **Nonpriority creditor's name and mailing address**

Capital One
1680 Capital One Drive
McLean, VA 22102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 20,900.23

---

**3.9**   **Nonpriority creditor's name and mailing address**

Central Maine Power
P.O. Box 847810
Boston, MA 02284-7810

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 39,534.36

---

**3.10**   **Nonpriority creditor's name and mailing address**

Central Maine Power - Solar
P.O. Box 847810
Boston, MA 02284-7810

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 202.25

---

**3.11**   **Nonpriority creditor's name and mailing address**

Clark Interim LLC
101 Fieldstone Estates Road
York, ME 03909

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,995.00

---

| Debtor | American Oragin, Inc. | Case number *(if known)* | 25-10180 |
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.12  Nonpriority creditor's name and mailing address**

Coastal Enterprises, Inc.
30 Federal Street
Suite 100
Brunswick, ME 04011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertible Note

$ 14,558.84

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.13  Nonpriority creditor's name and mailing address**

Comerica Bank & Trust NA, TT Stephen Stroud
for Descendants uad 12/12/2012
P.O. Box 598
Northeast Harbor, ME 04662

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertible Note

$ 5,767.49

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.14  Nonpriority creditor's name and mailing address**

Dale Newell
P.O. Box 534
Princeton, ME 04688

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 10,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.15  Nonpriority creditor's name and mailing address**

Dave Swain Associates Inc.
6 Lyberty Way
Suite 101
Westford, MA 01886

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 0.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.16  Nonpriority creditor's name and mailing address**

David Stein and Elizabeth March
728 Tremont Street
Boston, MA 02119

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertible Note

$ 14,632.39

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | American Dragt, Inc. | | Case number *(if known)* | 25-10180 |
|---|---|---|---|---|
| | Name | | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17**   **Nonpriority creditor's name and mailing address**

Dead River Company
2 Industrial Parkway
Brunswick, ME 04011

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 493.55

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

---

**3.18**   **Nonpriority creditor's name and mailing address**

Delaware Secretary of State
John G. Townsend Bldg.
401 Federal St, Suite 3
Dover, DE 19901

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,593.22

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

---

**3.19**   **Nonpriority creditor's name and mailing address**

DFI, LLC
14 Squirrel Hill Rd
Wayland, MA 01778

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertible Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 11,990.08

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

---

**3.20**   **Nonpriority creditor's name and mailing address**

Edward and Elizabeth Rademaker
5128 Lakerit Lane
Fort Wayne, IN 46804

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Short Term Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 200,000.00

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

---

**3.21**   **Nonpriority creditor's name and mailing address**

EMEC North America Corp.
5 Cheryl Lane
Boonton, NJ 07005

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,099.72

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

---

| **Part 2:** | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.22**  Nonpriority creditor's name and mailing address

ERGOS Technology Partners, Inc.
6110 Clarkson Ln
Houston, TX 77055

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,224.96

---

**3.23**  Nonpriority creditor's name and mailing address

Eric D. Lister
40 Eastern Promenade
Portland, ME 04101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertible Note

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,426.42

---

**3.24**  Nonpriority creditor's name and mailing address

Eurofins Environment Testing Northeast LLC f/k/a
Maine Environmental Laboratory
1 Main Street
Yarmouth, ME 04096

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.25**  Nonpriority creditor's name and mailing address

FFE Transportation Services Inc.
3400 Stonewall Street
Lancaster, TX 75134

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,019.26

---

**3.26**  Nonpriority creditor's name and mailing address

Finance Authority of Maine
5 Community Drive
P.O. Box 949
Augusta, ME 04332-0949

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 300.00

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 27  **Nonpriority creditor's name and mailing address**

Frank Simon II
319 Crabtree Rd
Hope, ME 04847

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertible Note

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,859.95

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 28  **Nonpriority creditor's name and mailing address**

G&H Wood Products
110 North 2nd Street
Olean, NY 14760

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 271.10

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 29  **Nonpriority creditor's name and mailing address**

Gartley & Dorsky Engineering Surveying
59 Union Street
Unit 1
Camden, ME 04843

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,509.70

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 30  **Nonpriority creditor's name and mailing address**

General Alum New England Corp.
34 Kidder Point Road
Searsport, ME 04974

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,868.76

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 31  **Nonpriority creditor's name and mailing address**

Glen Melvin
P.O. Box 969
Waldoboro, ME 04572

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9,000.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

| **Part 2:** | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.** 32   **Nonpriority creditor's name and mailing address**

Harcros Chemicals Inc.
P.O. Box 74583
Chicago, IL 60696

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 11,318.53

---

**3.** 33   **Nonpriority creditor's name and mailing address**

Heidi Hood Sappier
31 Lakeside Place
Princeton, ME 04668

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 8,854.00

---

**3.** 34   **Nonpriority creditor's name and mailing address**

Humana Insurance
P.O. Box 4600
Carol Stream, IL 60197

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,640.28

---

**3.** 35   **Nonpriority creditor's name and mailing address**

Ice Cube, Logistics, LLC
481 Currant Road
Fall River, MA 02720

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 67.50

---

**3.** 36   **Nonpriority creditor's name and mailing address**

Ice Cube, Logistics, LLC-FR1
451 Currant Road
Fall River, MA 02720

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,046.23

---

Debtor   American Draigh, Inc.

Name

Case number (if known)   25-10180

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.37** Nonpriority creditor's name and mailing address

Indian Township Enterprises, LLC
8 Kennebasis Street
Princeton, ME 04668

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 320,652.33

---

**3.38** Nonpriority creditor's name and mailing address

Interstate Septic Systems Inc.
10 Gordon Drive
Rockland, ME 04841

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,420.00

---

**3.39** Nonpriority creditor's name and mailing address

Jack Downing
P.O. Box 633
Princeton, ME 04668

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 10,082.19

---

**3.40** Nonpriority creditor's name and mailing address

Jamie Robbins
16 Russell Lane
Warren, ME 04864

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 19,089.62

---

**3.41** Nonpriority creditor's name and mailing address

John Gavin Watson
70 Crescent Dr
Ridgefield, CT 06871

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Convertible Note

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,356.47

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.42** **Nonpriority creditor's name and mailing address**

John W. Taylor
11 Pond Road
Newcastle, ME 04553

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12,098.63

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.43** **Nonpriority creditor's name and mailing address**

Joseph Drago Consulting
1071 Washington Street
Bath, ME 04530

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8,400.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.44** **Nonpriority creditor's name and mailing address**

Jumo Process Control Inc.
6724 Joy Road
East Syracuse, NY 13057

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 561.90

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.45** **Nonpriority creditor's name and mailing address**

June Sleeper
97 Kezar Heights
Bridgton, ME 04062

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertible Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,561.10

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.46** **Nonpriority creditor's name and mailing address**

Karl Nicholas
P.O. Box 672
Princeton, ME 04668

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10,082.19

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** <sup>47</sup>  **Nonpriority creditor's name and mailing address**

Katahdin Analytical Services, LLC
P.O. Box 540
Scarborough, ME 04070

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 111.00

---

**3.** <sup>48</sup>  **Nonpriority creditor's name and mailing address**

Kennebec River Biosciences Inc.
41 Main Street
Richmond, ME 04357

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,132.50

---

**3.** <sup>49</sup>  **Nonpriority creditor's name and mailing address**

Lance Geidel
795 Mercer Rd
Norridgewock, ME 04957

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10,082.19

---

**3.** <sup>50</sup>  **Nonpriority creditor's name and mailing address**

Lou Dana
71 Otuhk Road
Princeton, ME 04668

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 15,121.27

---

**3.** <sup>51</sup>  **Nonpriority creditor's name and mailing address**

Maine Environmental Lab Inc.
1 Main Street
Yarmouth, ME 04096

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 662.50

| Debtor | American Unagi, Inc. | | Case number (if known) | 25-10180 |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | |

---

**3.52   Nonpriority creditor's name and mailing address**

Maine Oxy
100 Washington Street N
Auburn, ME 04210

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 15,857.81

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.53   Nonpriority creditor's name and mailing address**

Maine Printing and Embroidery
456 Camden Road
Warren, ME 04864

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,008.16

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.54   Nonpriority creditor's name and mailing address**

Mark S. Dvorozniak, Trustee of the Mark S.
Dvorozniak Trust - 1995
6 Webster Farm Rd
Cape Elizabeth, ME 04107

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Convertible Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,906.05

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.55   Nonpriority creditor's name and mailing address**

Matthew Dana
P.O. Box 533
Princeton, ME 04668

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9,957.17

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.56   Nonpriority creditor's name and mailing address**

Mid-Coast Energy Systems Inc.
33 Midcoast Road
P.O. Box 1118
Damariscotta, ME 04543

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 17,651.18

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    American Craft, Inc.    Case number (if known)    25-10180
          Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.57** | **Nonpriority creditor's name and mailing address**

Modern Pest Services LLC
100 Pleasant Street
Brunswick, ME 04011

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 262.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address**

Mook Sea Farm Inc.
321 State Route
Walpole, ME 04573

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 374.70

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address**

Nationwide Insurance
P.O. Box 856824
Minneapolis, MN 55485

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 4,421.20

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address**

One Group d/b/a Thomas Gregory Associates
Insurance Brokers
201 Edgewater Drive
293
Wakefield, MA 01880

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 44,368.42

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address**

PackEdge
955 Portland Road
Saco, ME 04072-9675

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 1,660.09

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Craft, Inc. | Case number (if known) 25-10180 |
|---|---|---|
| | Name | |

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.62   Nonpriority creditor's name and mailing address**

Pavan Enterprises, LLC d/b/a Altezza Advisors
Kendall St. Laurent
133 Audubon Road
Warwick, RI 02888

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** NDN

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 895,993.67

---

**3.63   Nonpriority creditor's name and mailing address**

ReVision Community Impact Partners LLC
758 Westbrook Street
South Portland, ME 04106

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 11,512.54

---

**3.64   Nonpriority creditor's name and mailing address**

Richard McGoldrick
100 Silver Street
Portland, ME 04101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertible Note

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 32,799.84

---

**3.65   Nonpriority creditor's name and mailing address**

Robert G. Hirsch & Kathleen Hirsch, joint tenants
29 Knowlton Ave
Owls Head, ME 04854

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertible Note

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,362.84

---

**3.66   Nonpriority creditor's name and mailing address**

Robert T. Kelley
P.O. Box 285
Port Clyde, ME 04855

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertible Note

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 10,701.50

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.67** Nonpriority creditor's name and mailing address

Roberts Chemical Co., Inc.
330-B Victor Road
Attleboro, MA 02703

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7,060.40

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.68** Nonpriority creditor's name and mailing address

Ruprecht - Kilcoy Global Foods
1301 Allanson Road
Mundelein, IL 60060

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32,076.00

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.69** Nonpriority creditor's name and mailing address

RuralWorks Impact Partners 1, L.P.
1155 Cider Mill Road
Middlebury, VT 05753

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,352,898.63

Basis for the claim: Convertible Note

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.70** Nonpriority creditor's name and mailing address

Rustin Taylor
P.O. Box 582
Mount Desert, ME 04660

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 20,000.00

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.71** Nonpriority creditor's name and mailing address

Sandra Stone
16 Sea Cove Rd
Cumberland Foreside, ME 04110

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8,232.69

Basis for the claim: Convertible Note

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.72** **Nonpriority creditor's name and mailing address**

Sara Rademaker
499 Atlantic Hwy
Waldoboro, ME 04572

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 21,275.31

---

**3.73** **Nonpriority creditor's name and mailing address**

Shelly Geidel
795 Mercer Rd
Norridgewock, ME 04957

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 10,082.19

---

**3.74** **Nonpriority creditor's name and mailing address**

Stephen M. Stroud
P.O. Box 598
Northeast Harbor, ME 04662

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertible Note

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 22,449.07

---

**3.75** **Nonpriority creditor's name and mailing address**

Suzanne Smith
264 Sproul Hill Rd
Bristol, ME 04539

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 10,082.19

---

**3.76** **Nonpriority creditor's name and mailing address**

Tablecloth Inc.
1325 Pacific Highway
#1005
San Diego, CA 92101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 6,060.00

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.77** Nonpriority creditor's name and mailing address

Tony Davis
P.O. Box 130
Princeton, ME 04668

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 10,189.06

---

**3.78** Nonpriority creditor's name and mailing address

Travis Atwood
P.O. Box 511
Bucksport, ME 04416

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 14,950.00

---

**3.79** Nonpriority creditor's name and mailing address

Uline
Attn: Accounts Receivable
P.O. Box 88741
Chicago, IL 60680-1741

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.80** Nonpriority creditor's name and mailing address

Victoria Sorobasin
43 Jesse's Way
Princeton, ME 04668

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,000.00

---

**3.81** Nonpriority creditor's name and mailing address

Viridian Law
204 Main Street
Ellsworth, ME 04605

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 29,800.71

---

| Debtor | American Draigt, Inc. | Case number (if known) | 25-10180 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.82  Nonpriority creditor's name and mailing address**

Waldoboro Business Park
One Pie Lane
Waldoboro, ME 04572

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.83  Nonpriority creditor's name and mailing address**

Water Quality & Compliance Services Inc.
47 Gardiner Road
Wiscasset, ME 04578

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,329.70

---

**3.84  Nonpriority creditor's name and mailing address**

Wells Fargo
P.O. Box 070241
Philadelphia, PA 19176-0241

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 6,455.55

---

**3.85  Nonpriority creditor's name and mailing address**

Wipfli LLP
30 Long Creek
Suite 100
Brunswick, ME 04011

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 26,843.30

---

**3.____  Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$

---

Debtor   American Eagle Mor    Case number *(if known)*   25-10180
         Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 15,744.34 |
| 5b. **Total claims from Part 2** | 5b. + | $ 5,450,706.04 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 5,466,450.38 |

**Fill in this information to identify the case:**

Debtor name __American Unagi, Inc.__

United States Bankruptcy Court for the: __District of Maine__

Case number (If known): __25-10180__          Chapter __11__

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest: Solar / Lessee<br><br>State the term remaining: 06/22/2048<br><br>List the contract number of any government contract: | ReVision Energy<br>758 Westbrook Street<br>South Portland, ME, 04106-1929 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest: Co-packing / Lessee<br><br>State the term remaining: 09/26/2026<br><br>List the contract number of any government contract: | Ruprecht-Kilcoy Global Foods<br>1301 Allanson Road<br>Mundelein, IL, 60060 |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest: Use of facilities / Lessee<br><br>State the term remaining: 10/17/2025<br><br>List the contract number of any government contract: | Maine Garum Company<br>79 Bassick Rd<br>South Thomaston Rd, ME, 04858-3306 |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest: Generator Maintenance Contract / Lessee<br><br>State the term remaining: 06/02/2028<br><br>List the contract number of any government contract: | Cummins Sales and Service<br>10 Gibson Rd<br>Scarborough, ME, 04074 |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest: Land Lease / Lessee<br><br>State the term remaining: 03/21/2119<br><br>List the contract number of any government contract: | Waldoboro Business Park<br>One Pie Lane<br>Waldoboro, ME, 04572 |

**Fill in this information to identify the case:**

Debtor name __American Unagi, Inc._____

United States Bankruptcy Court for the: __District of Maine_____

Case number (If known): __25-10180_____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

    ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Sara Rademaker | 186 One Pie Road<br>Waldoboro, ME 04572 | Maine Community Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 Sara Rademaker | 186 One Pie Road<br>Waldoboro, ME 04572 | Maine Community Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 Sara Rademaker | 186 One Pie Road<br>Waldoboro, ME 04572 | Maine Community Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 Sara Rademaker | 186 One Pie Road<br>Waldoboro, ME 04572 | Finance Authority of Maine | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name _American Unagi, Inc._____

United States Bankruptcy Court for the: _District of Maine_

Case number (If known): ___25-10180_____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

### Part 1:   Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2025<br><sub>MM / DD / YYYY</sub> to | Filing date | ☑ Operating a business<br>☐ Other | $ 899,100.65 |
| **For prior year:** | From 01/01/2024<br><sub>MM / DD / YYYY</sub> to | 12/31/2024<br><sub>MM / DD / YYYY</sub> | ☑ Operating a business<br>☐ Other | $ 1,239,083.45 |
| **For the year before that:** | From 01/01/2023<br><sub>MM / DD / YYYY</sub> to | 12/31/2023<br><sub>MM / DD / YYYY</sub> | ☑ Operating a business<br>☐ Other | $ 833,231.49 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____<br><sub>MM / DD / YYYY</sub> to | Filing date | _____ | $ _____ |
| **For prior year:** | From _____<br><sub>MM / DD / YYYY</sub> to | _____<br><sub>MM / DD / YYYY</sub> | _____ | $ _____ |
| **For the year before that:** | From _____<br><sub>MM / DD / YYYY</sub> to | _____<br><sub>MM / DD / YYYY</sub> | _____ | $ _____ |

---

| Debtor | American Unagi, Inc. | Case number *(if known)* | 25-10180 |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See Attached SOFA Part 2, Question 3<br>Creditor's name | | $ 254,951.01 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name | | $ _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Sara Rademaker<br>Insider's name<br>499 Atlantic Hwy<br>Waldoboro, ME 04572 | ___ | $ 51,430.72 | Gross Salary ($49,230.72) and Reimbursement ($2,200) |
| | **Relationship to debtor**<br>Chief Executive Officer | | | |
| 4.2. | _____<br>Insider's name | ___ | $ _____ | |
| | **Relationship to debtor**<br>_____ | | | |

---

Debtor __American Unagi, Inc._____     Case number *(if known)* __25-10180_____
     Name

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____ <br> Creditor's name | | _____ | $_____ |
| 5.2. | _____ <br> Creditor's name | | _____ | $_____ |

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ <br> Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | | | | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number | | | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number | | | |

| Debtor | American Unagi, Inc. | Case number *(if known)* 25-10180 |
|---|---|---|
| | Name | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

## Part 4:  Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | _____ | | _____ | $_____ |
| | Recipient's name | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |
| 9.2. | _____ | | _____ | $_____ |
| | Recipient's name | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

---

## Part 5:  Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

Debtor    American Unagi, Inc.
_____      Case number *(if known)*_ 25-10180
          Name

---

| Part 6: | Certain Payments or Transfers |

### 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Bernstein, Shur, Sawyer & Nelson, P.A. | | 09/26/2025 | $ 30,000.00 |
| | **Address** | | | |
| | 100 Middle Street<br>Portland, ME 04101 | | | |
| | **Email or website address**<br>https://www.bernsteinshur.com/ | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Trustee** | | | |

---

Debtor    American Unagi, Inc.
_____    Case number *(if known)* 25-10180
          Name

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1. | 33 Salmon Road<br>Franklin, ME 04634 | From | 07/2018 | To 11/2022 |
| 14.2. | | From | _____ | To _____ |

---

Debtor    American Unagi, Inc.
_____
Name

Case number (if known)_25-10180_____

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ <br> Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? <br><br> *Check all that apply:* <br><br> ☐ Electronically <br> ☐ Paper |
| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. _____ <br> Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? <br><br> *Check all that apply:* <br><br> ☐ Electronically <br> ☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

---

Debtor    American Unagi, Inc.
_____    Case number *(if known)* 25-10180
Name

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Berkshire Refrigerated Warehousing, LLC<br>Name<br>4550 S Packers Ave<br>Chicago, IL 60609<br><br>Address | Berkshire Staff | Kabayaki Eel | ☐ No<br>☑ Yes |

| | |
|---|---|
| Debtor | American Unagi, Inc. |
| | Name |

Case number *(if known)* 25-10180

---

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Nounemorac | Americold | Whole frozen eels | $237,757.44 |
| Name | | | |
| Quartier Industriel Municipal Lot N°71 et 72 KENITRA - MAROC | | | |

---

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |

---

| Debtor | American Unagi, Inc. | Case number *(if known)* 25-10180 |
|---|---|---|
| | Name | |

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Wabanaki Unagi, LLC<br>Name<br>P.O. Box 8, Princeton ME 04668 | | EIN: _____<br>**Dates business existed**<br><br>From _11/18/2021_  To _Present_ |
| 25.2. | **Business name and address**<br>_____<br>Name | **Describe the nature of the business** | EIN: _____<br>**Dates business existed**<br><br>From _____  To _____ |
| 25.3. | **Business name and address**<br>_____<br>Name | **Describe the nature of the business** | EIN: _____<br>**Dates business existed**<br><br>From _____  To _____ |

---

Debtor    American Unagi, Inc.
_____    Case number (*if known*) __25-10180__
Name

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Ripcord Consulting <br> Name <br> 8 Fredric Way, Hinesburg, VT 05461 | From 2025 <br> To Present |

| Name and address | Dates of service |
|---|---|
| 26a.2. <br> Name | From _____ <br> To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Wipfli LLP <br> Name <br> 30 Long Creek, Suite 100, Brunswick ME | From 2021 <br> To Present |

| Name and address | Dates of service |
|---|---|
| 26b.2. Ripcord Consulting <br> Name <br> 8 Fredric Way, Hinesburg, VT 05461 | From 2025 <br> To Present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Ripcord Consulting <br> Name <br> 8 Fredric Way, Hinesburg, VT 05461 | |

---

Debtor   American Unagi, Inc.
_____
Name

Case number (*if known*) 25-10180
_____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2. _____
Name

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1.   Maine Community Bank
_____
Name
P.O. Box 558, Westbrook, ME 04098

| Name and address |
|---|

26d.2.   Finance Authority of Maine
_____
Name
5 Community Dr, Augusta, ME 04332

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1. _____
Name

| Debtor | American Unagi, Inc. | Case number (if known) | 25-10180 |
|---|---|---|---|
| | Name | | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| Name and address of the person who has possession of inventory records |
|---|

27.2. _____
Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Sara Rademaker | 186 One Pie Road, Waldoboro, ME 04572 | Shareholder | 50 |
| Indian Township Enterprises, LLC | 8 Kennebasis St, Princeton, ME 04668 | Shareholder | 10.9 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Sara Rademaker | $51,430.72 | _____ | Gross Salary ($49,230.72) and Reimbursements ($2,200) |
| Name | | _____ | |
| 499 Atlantic Hwy | | | |
| Waldoboro, ME 04572 | | _____ | |
| | | _____ | |
| **Relationship to debtor** | | _____ | |
| Chief Executive Officer | | | |

| Debtor | American Unagi, Inc. | Case number (if known) 25-10180 |
|---|---|---|
| | Name | |

| Name and address of recipient | | |
|---|---|---|
| 30.2 | | _____ _____ |
| | Name | _____ |
| | | _____ |
| | | _____ |
| Relationship to debtor | | _____ |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _____ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _____ |

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/14/2025
MM / DD / YYYY

✖ /s/ Sara Rademaker                    Printed name  Sara Rademaker

Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Authorized Party

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

| Debtor Name | American Unagi, Inc. | Case number (if known) | 25-10180 |

## Continuation Sheet for Official Form 207

**20) Off-premises storage**

**Ice Cube**                          **451 Currant Road, Fall River, MA 02720**

**Americold**                         **165 Read St, Portland, ME 04103**

**Ruprecht-Kilcoy Global Foods**      **1301 Allanson Rd, Mundelein, IL 60060**

| Payments or Transfer to creditors within 90 days before filing | | |
|---|---|---|
| One Group dba Thomas Gregory Associates | 44,368.42 | Insurance |
| Ripcord Consulting Llc | 33,000.00 | Services |
| fedex | 30,583.24 | Shipping |
| Bernstein Shur Sawyer & Nelseon PA | 30,000.00 | Services |
| William Raukete | 24248 | Services - Eel broker |
| Maine Oxy | 19,142.81 | Vendor |
| Central Maine Power | 16,833.56 | Services |
| Viridian Law | 14,649.05 | Services |
| Interstate Septic Systems Inc | 12,160.00 | Services |
| HARCROS CHEMICALS INC | 11,318.53 | Vendor |
| Wipfli LLP | 9,805.00 | Services |
| Nationwide Insurance | 8,842.40 | Insurance |
| Total: | 254,951.01 | |