| | | |
|---|---|---|
| A&L Laboratory<br>22 Manchester Road<br>Unit 2<br>Derry, NH 03038 | Aca Freight Forwarding Inc.<br>324 Bryant Ave<br>Bronx, NY 10474 | Alpha Chemical Services Inc.<br>46 Morton Street<br>Stoughton, MA 02072 |
| Americold Logistics<br>10 Glenlake Parkway<br>Suite 600, South Tower<br>Atlanta, GA 30328 | Araho Transfer<br>7 Fid Kennedy Ave<br>Boston, MA 02210 | Aspara Research LLC<br>445 Hamilton Ave<br>Suite 1102<br>White Plains, NY 10601-1832 |
| Beaver Enterprises Inc.<br>204 Park Street<br>Rockland, ME 04841 | Berkshire Refrigerated Warehousing, LLC<br>4550 S Packers Ave<br>Chicago, IL 60609 | Capital One<br>1680 Capital One Drive<br>McLean, VA 22102 |
| Central Maine Power<br>P.O. Box 847810<br>Boston, MA 02284-7810 | Clark Interim LLC<br>101 Fieldstone Estates Road<br>York, ME 03909 | Coastal Enterprises, Inc.<br>30 Federal Street<br>Suite 100<br>Brunswick, ME 04011 |
| David Stein and Elizabeth March<br>728 Tremont Street<br>Boston, MA 02119 | David Swain Associates Inc.<br>6 Lyberty Way<br>Suite 101<br>Westford, MA 01886 | Dead River Company<br>P.O. Box 467<br>Scarborough, ME 04070-0467 |
| Delaware Secretary of State<br>401 Federal St<br>Suite 300<br>Dover, DE 19901 | EMEC North America Corp.<br>5 Cheryl Ln<br>Boonton Township, NJ 07005 | ERGOS Technology Partners, Inc.<br>6110 Clarkson Ln<br>Houston, TX 77055 |
| Eurofins Environment Testing Northeast LLC<br>f/k/a Maine Environmental Laboratory<br>1 Main STreet<br>Yarmouth, ME | Finance Authority of Maine<br>5 Community Drive<br>Augusta, ME 04332-0949 | FFE Transportation Services Inc.<br>P.O. Box 847576<br>Dallas, TX 75284-7576 |
| G & H Wood Products<br>110 North 2nd Street<br>Olean, NY 14760 | Gartley & Dorsky Engineering Surveying<br>59 Union Street<br>Unit 1<br>Camden, ME 04843 | General Alum New England Corp<br>34 Kidder Point Road<br>Searsport, ME 04974 |
| Glen Melvin<br>P.O. Box 969<br>Waldoboro, ME 04572 | Gorham Savings Bank<br>10 Wentworth Drive<br>Gorham, ME 04038 | HARCROS CHEMICALS INC.<br>P.O. Box 74583<br>Chicago, IL 60696 |
| Humana Insurance<br>P.O. Box 4600<br>Carol Stream, IL 60197 | Ice Cube Logistics LLC-FR1<br>481 Currant Road<br>Fall River, MA  02720 | Indian Township Enterprises, LLC<br>8 Kennebasis St<br>Princeton, ME 04668 |

| | | |
|---|---|---|
| Interstate Septic Systems Inc.<br>10 Gordon Drive<br>Rockland, ME   04841 | Internal Revenue Service<br>Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jamie Robbins<br>16 Russell Lane<br>Warren, ME 04864 |
| John W. Taylor<br>11 Pond Road<br>Newcastle, ME 04553 | Joseph Drago Consulting<br>1071 Washington Street<br>Bath   ME   04530 | Jumo Process Control Inc.<br>6724 Joy Road<br>East Syracuse, NY   13057 |
| Katahdin Analytical Services LLC<br>P.O. Box 540<br>Scarborough, ME   04070 | Kennebec River Biosciences, Inc.<br>P.O. Box 93<br>Bangor ME   04402 | Lou Dana<br>71 Otuhk Road<br>Indian Township, ME 04668 |
| Maine Community Bank<br>P.O. Box 558<br>Westbrook, ME 04098 | Maine Oxy<br>100 Washington Street N<br>Auburn, ME 04210 | Maine Revenue Services<br>51 Commerce Drive<br>Augusta, ME 04333 |
| Maine Printing and Embroidery<br>456 Camden Road<br>Warren, ME 04864 | Memic<br>P.O. Box 6900<br>Lewiston, ME   04243-6900 | Mid-Coast Energy Systems Inc.<br>33 Midcoast Road<br>P.O. Box 1118<br>Damariscotta, ME 04543 |
| Modern Pest Services LLC<br>100 Pleasant Street<br>Brunswick   ME   04011 | Mook Sea Farm Inc.<br>321 State Route<br>Walpole   ME   04573 | Nationwide Insurance<br>P.O. Box 856824<br>Minneapolis   MN   55485 |
| Nextgen Hanson LLC<br>7 Sherburn Ln<br>Falmouth, ME 04105 | O'Hara Corporation<br>120 Tillson Ave<br>Suite 100<br>Rockland, ME 04841 | Office of the U.S. Attorney<br>537 Congress Street<br>Suite 300<br>Portland, ME 04101-3490 |
| One Group d/b/a Thomas Gregory Associates Insurance Brokers<br>201 Edgewater Drive 293<br>Wakefield, MA 01880 | PackEdge<br>955 Portland Road<br>Saco   ME   04072-9675 | Pavan Enterprises, LLC d/b/a Altezza Advisors<br>Kendall St. Laurent<br>133 Audubon Road<br>Warwick, RI 02888 |
| ReVision Community Impact Partners LLC<br>758 Westbrook Street<br>South Portland, ME 04106 | Richard McGoldrick<br>100 Silver Street<br>Portland, ME 04101 | Ripcord Consulting LLC<br>8 Fredric Way<br>Hinesburg   VT   05461 |
| Roberts Chemical Co. Inc.<br>330-B Victor Road<br>Attleboro   MA   02703 | Ruprecht-Kilcoy Global Foods<br>1301 Allanson Road<br>Mundelein, IL 60060 | RuralWorks Impact Partners 1, L.P.<br>Attn: Ski Wyer<br>1155 Cider Mill Road<br>Cornwall, VT 05753 |

| | | |
|---|---|---|
| Rustin Taylor<br>P.O. Box 582<br>Mount Desert, ME 04660 | Sara Rademaker<br>186 One Pie Road<br>Waldoboro, ME 04572 | Small Enterprise Growth Fund d/b/a Maine Venture Fund<br>P.O. Box 63<br>Newport, ME 04953 |
| Stephen M. Stroud<br>P.O. Box 598<br>Northeast Harbor, ME 04662 | Tablecloth Inc.<br>1325 Pacific Highway<br>#1005<br>San Diego    CA    92101 | Tony Davis<br>P.O. Box 130<br>Princeton, ME 04668 |
| Town of Waldoboro<br>1600 Atlantic Hwy<br>P.O. Box J<br>Waldoboro, ME 04572 | Travis Atwood<br>P.O. Box 511<br>Bucksport, ME 04416 | Uline<br>Attn: Accounts Receivable<br>P.O. Box 88741<br>Chicago    IL    60680-1741 |
| Viridian Law<br>204 Main Street<br>Ellsworth, ME 04605 | Waldoboro Business Park<br>One Pie Lane<br>Waldoboro, ME 04572 | Water Quality & Compliance Services, Inc.<br>47 Gardiner Road<br>Wiscasset    ME    04578 |
| Wells Fargo<br>P.O. Box 51174<br>Los Angeles    CA    90051-5475 | Wipfli LLP<br>30 Long Creek<br>Suite 100<br>Brunswick, ME 04011 | |