**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>**AMERICAN UNAGI, INC.,** [1]<br><br>Debtor, | Chapter 11<br><br>Case No. 25-10180-MAF |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

PLEASE TAKE NOTICE that the undersigned enters his appearance as counsel on behalf of the Official Committee of Unsecured Creditors of American Unagi, Inc. (the "Debtor") and requests, pursuant to sections 352(a) and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"); Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and this Court's local rules that all notices given or required to be given and all papers served or required to be served be directed to the undersigned at the address set forth below.

PLEASE TAKE FURTHER NOTICE that nothing herein is intended to be or should be construed as a waiver of any right, including, without limitation: (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) to trial by jury (as applicable), (iii) to have the District Court withdraw the reference (if appropriate), or (iv) to seek an order of abstention pursuant to 28 USC 1334(c).

*[the remainder of this page is intentionally left blank]*

---

[1]   The last four digits of American Unagi, Inc's federal taxpayer identification number are 5308, and its principal place of business is 186 One Pie Road, Waldoboro, Maine 04572.

25171474.v1

Dated:   October 15 2025          Respectfully submitted,

*/s/ Kyle D. Smith*
Kyle D. Smith
DENTONS BINGHAM GREENEBAUM LLP
One City Center; Suite 11100
Portland, ME, 04101
Phone: (207) 619-0919
Email: kyle.d.smith@dentons.com

*Counsel for the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I, Kyle D. Smith, an individual eighteen years of age or older, hereby certify that on the date set forth below, I caused the foregoing document to be served on all parties receiving notice and service in this case through the Court's CM/ECF electronic filing service, which served the same on the parties receiving notice via the CM/ECF system.

Dated: October 15, 2025        */s/ Kyle D. Smith*
                               Kyle D. Smith

25171474.v1