*Relief Requested Without a Hearing*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

| | |
|---|---|
| IN RE: | Bankruptcy Case #25-10180 |
| **AMERICAN UNAGI, INC.,** | Chapter 11 |
| Debtor. | |

### AGREED MOTION TO EXTEND TIME TO RESPOND TO DEBTOR'S MOTION FOR ORDER ESTABLISHING PROCEDURES FOR INTERIM MONTHLY COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS

The United States Trustee (the "UST") hereby moves with consent to extend the deadline for filing a response to the Debtor's *Motion for Order Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals* (the "**Interim Comp Motion**") [ECF No. 20], stating:

1. On October 2, 2025, American Unagi, Inc. (the "Debtor") filed the Interim Comp Motion, and a proposed order (the "Proposed Order").

2. The deadline for responding to the Interim Comp Motion is October 16, 2025. The Court set a hearing to consider the Interim Comp Motion for October 28, 2025.

3. In light of the several motions heard on a shortened time frame, and the hearing earlier today, the UST has not had the opportunity to address with Debtor's counsel certain requested changes to the terms of the Proposed Order.

4. The UST requests that the Court grant the UST through and including October 22, 2025, to respond to the Interim Comp Motion or to submit a revised consensual order.

5. The Debtor through counsel consents and agrees to the requested extension.

WHEREFORE, the United States Trustee respectfully requests that this Court extend the deadline for the UST to respond to the Interim Comp Motion through and including October 22, 2025, and grant such other and further relief as is just and equitable.

>Respectfully submitted,
>
>WILLIAM K. HARRINGTON
>United States Trustee for Region One
>
>By:  /s/ *Sandra Nicholls*
>Sandra Nicholls
>Acting Assistant U.S. Trustee
>Office of the U.S. Trustee
>U.S. Courthouse
>One Exchange Terrace, Suite 431
>Providence, RI  02903
>401-528-5553
>sandra.nicholls@usdoj.gov

Dated:  October 16, 2025

### Certificate of Service

I hereby certify that on October 16, 2025 I electronically filed the Agreed Motion to Extend Time in the above captioned case with the Clerk of the Bankruptcy Court for the District of Maine using the CM/ECF System.  The following participants are scheduled to receive notice electronically through the CM/ECF System:

- D. Sam Anderson    sanderson@bernsteinshur.com, sbaker@bernsteinshur.com; kflynn@bernsteinshur.com
- Ann Marie Dirsa    ann.marie.dirsa@usdoj.gov
- Jeremy R. Fischer    jfischer@dwmlaw.com, chunter@dwmlaw.com; mveilleux@dwmlaw.com
- Kellie W. Fisher    kfisher@dwmlaw.com, chunter@dwmlaw.com
- Andrew Helman    andrew.helman@dentons.com, tiffany.babcock@dentons.com; samantha.hayes@dentons.com
- Office of U.S. Trustee    ustpregion01.po.ecf@usdoj.gov
- Adam R. Prescott    aprescott@bernsteinshur.com, sbaker@bernsteinshur.com; kflynn@bernsteinshur.com
- Kyle D. Smith    kyle.d.smith@dentons.com, samantha.hayes@dentons.com
- Andrew W. Sparks    asparks@ddlaw.com, ssullivan@ddlaw.com

> /s/ *Sandra Nicholls*
>Sandra Nicholls