**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN UNAGI, INC., | Case No. 25-10180 |
| Debtor.[1] | |

**CERTIFICATE OF SERVICE**

I, Katherine Flynn, being over the age of eighteen and an employee of Bernstein, Shur, Sawyer & Nelson, P.A., in Portland, Maine, hereby certify that on October 28, 2025, I served via email the *Order: (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services; (II) Approving the Form of Adequate Assurance Proposed by the Debtor; and (III) Establishing Procedures for Resolving Certain Disputes Regarding Utilities* [Docket No. 111] ("**Utilities Order**") upon the service parties set forth in the attachment hereto.

Dated: October 28, 2025                  */s/ Katherine Flynn*
                                         Katherine Flynn
                                         BERNSTEIN, SHUR, SAWYER & NELSON, P.A.
                                         100 Middle Street
                                         P.O. Box 9729
                                         Portland, ME 04104-5029
                                         Tel: (207) 774-1200

---

[1] The last four digits of American Unagi, Inc.'s federal taxpayer identification number are 5308, and its principal place of business is 186 One Pie Road, Waldoboro, Maine 04572.

## SERVICE LIST

**The Utility Order was served upon the following parties via electronic mail on October 28, 2025:**

| NAME | SERVICE CONTACT (EMAIL or FAX) | DATE OF SERVICE |
|---|---|---|
| Central Maine Power | CMPBankruptcy@cmpco.com; collections@cmpco.com; | 10/28/2025 |
| Dead River Company | heidi.broker@deadriver.com; | 10/28/2025 |
| ReVision Community Impact Partners LLC | hello@revisionenergy.com; nminzy@revisionenergy.com; | 10/28/2025 |