**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>AMERICAN UNAGI, INC.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 25-10180 |

**SUPPLEMENTAL DECLARATION OF ADAM R. PRESCOTT, ESQ. IN SUPPORT OF APPLICATION OF THE DEBTOR FOR ORDER AUTHORIZING THE EMPLOYMENT OF BERNSTEIN, SHUR, SAWYER & NELSON, P.A. AS COUNSEL TO THE DEBTOR EFFECTIVE AS OF THE PETITION DATE**

I, Adam R. Prescott, declare (this "**Declaration**"), pursuant to § 1746 of title 28 of the United States Code, as follows:

1. I am a shareholder with the law firm of Bernstein, Shur, Sawyer & Nelson, P.A. ("**BSSN**"). I am authorized to make this Declaration on BSSN's behalf.

2. I submit this supplemental Declaration in support of the *Application of the Debtor for Order Pursuant to §§ 327 and 328 of the Bankruptcy Code Authorizing Employment of Bernstein, Shur, Sawyer & Nelson, P.A. as Counsel to the Debtor Effective as of the Petition Date* [Docket No. 19] (the "**Application**").

3. Attached hereto as **Exhibit 1** is a supplemental list of searched parties.

4. The following are additional disclosures on behalf of BSSN in support of the Application:

    a. ReVision Energy, Inc. (and certain affiliates, including ReVision Solar LLC) is a former client of BSSN on matters unrelated to the Debtor or this case.

    b. Dead River Company is a former client of BSSN on matters unrelated to the Debtor or this case.

---

[1] The last four digits of American Unagi, Inc.'s federal taxpayer identification number are 5308, and its principal place of business is 186 One Pie Road, Waldoboro, Maine 04572.

      c. WellsFargo Bank, N.A. is a former client of BSSN (as local counsel) on a financing transaction unrelated to the Debtor or this case. In addition, other WellsFargo affiliates not involved in this case are former clients of BSSN on matters unrelated to the Debtor or this case.

5. On behalf of BSSN, I acknowledge the continuing duty to exercise due diligence, and to monitor the reported revenue from those current and former clients disclosed above that may be creditors of the Debtor, and to notify this Court if any of the above information changes.

The foregoing is true and correct to the best of my knowledge and belief.

Dated:  October 31, 2025          */s/ Adam R. Prescott*
                                          Adam R. Prescott

**Exhibit 1**

**Searched Parties**

Cummins Sales and Service
Dead River Company
Delaware Secretary of State
Maine Garum Company
ReVision Energy
WellsFargo Bank, N.A.