**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>**AMERICAN UNAGI, INC.,**<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 25-10180 |

**ORDER GRANTING CONSENTED MOTION TO EXTEND**
**THE DEADLINE FOR THE OFFICIAL COMMITTEE**
**OF UNSECURED CREDITORS TO FILE A CHALLENGE**

Upon consideration of the *Consented Motion to Extend the Deadline for the Official Committee of Unsecured Creditors to File a Challenge* [Dkt. No. 119] (the "Motion"),[2] and after deliberation and sufficient cause appearing therefor, and with the consent of FAME, it is hereby **ORDERED** that:

1. The Motion is **GRANTED** as set forth herein.

2. The deadline set in paragraph 11 of the Final DIP Order for the Committee to commence a Challenge to the findings and stipulations set forth in paragraph L of the Final DIP Order solely related to FAME's liens on the Debtor's personal property is hereby extended to **December 10, 2025**.

3. This order shall become final in 14 days unless an interested party sooner objects, in which case the matter shall be set for hearing and considered by the court as if this order had not been entered.

---

[1] The last four digits of American Unagi, Inc.'s federal taxpayer identification number are 5308, and its principal place of business is 186 One Pie Road, Waldoboro, Maine 04572.

[2] Capitalized terms used in this Order but not otherwise defined shall have the meanings ascribed to such terms in the Motion.

Date: November 6, 2025

_____
Michael A. Fagone
United States Bankruptcy Judge
District of Maine