UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>AMERICAN UNAGI, INC.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 25-10180 |

**ORDER GRANTING DEBTOR'S CONSENTED-TO MOTION TO ENLARGE BID DEADLINE AND RELATED DEADLINES, AND TO CONTINUE SALE HEARING**

Upon the *Debtor's Consented-To Motion to Enlarge Bid Deadline and Related Deadlines, and to Continue Sale Hearing* [Dkt. No. 128] (the "**Motion**") filed by the Debtor,[2] and after deliberation and sufficient cause appearing therefor, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The Motion is **GRANTED** as set forth herein.

2. The deadlines in the Bid Procedures Order are modified as follows:

| Deadline | New Deadline / Date |
|---|---|
| Bid Deadline | December 5, 2025 |
| Auction | December 9, 2025, at 10:00 AM |
| Deadline for Debtor to File "Notice of No Auction" (if no Auction is Conducted) | December 9, 2025, at 4:00 PM |
| Deadline for Debtor to file Notice Designating Successful Bid(s) and Backup Bid(s) | December 9, 2025, at 11:59 PM |
| Deadline for Debtor to file Notice of No Successful Bid (if no Successful Bid is designated) | December 9, 2025, at 11:59 PM |
| Deadline for Objections to Contract Assumption | December 12, 2025 |
| Deadline for Sale Objections | December 12, 2025 |
| Sale Hearing | December 16, 2025, at 1:00 PM |
| Deadline to Close Transaction | December 19, 2025 |

---

[1] The last four digits of American Unagi, Inc.'s federal taxpayer identification number are 5308, and its principal place of business is 186 One Pie Road, Waldoboro, Maine 04572.
[2] Capitalized terms used, but not otherwise defined herein, shall have the meaning ascribed to such terms in the Motion.

3. Within two (2) business days of entry of this Order, the Debtor shall serve a copy of this Order on all parties in interest. In addition, the Debtor shall immediately cause a copy of this Order to be placed in the data room. The Debtor shall file a certificate of service within three (3) business days of entry of this Order.

4. This Order shall become final in fourteen (14) days unless a party in interest sooner objects, in which case the matter shall be set for hearing and considered by the Court as if this Order had not been entered.

Dated: November 17, 2025

_____
Michael A. Fagone
United States Bankruptcy Judge
District of Maine