**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>AMERICAN UNAGI, INC.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 25-10180 |

**ORDER GRANTING THE APPLICATION OF THE DEBTOR FOR ORDER
AUTHORIZING THE EMPLOYMENT OF BERNSTEIN, SHUR,
SAWYER & NELSON, P.A. AS COUNSEL TO THE DEBTOR
EFFECTIVE AS OF THE PETITION DATE**

Upon consideration of the *Application of the Debtor for Order Pursuant to §§ 327 and 328 of the Bankruptcy Code Authorizing Employment of Bernstein, Shur, Sawyer & Nelson, P.A. as Counsel to the Debtor Effective as of the Petition Date* [Dkt. No. 19] (the "**BSSN Application**"), and upon consideration of the Prescott Declaration[2] attached thereto and filed therewith, and it satisfactorily appearing that BSSN is disinterested and does not represent or hold any interest adverse to the Debtor or the estate in the matters upon which BSSN is to be engaged, and having found that the employment of BSSN will be in the best interest of the Debtor and the Debtor's estate, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The BSSN Application is **GRANTED** as set forth herein.

2. The Debtor is authorized to employ BSSN under § 327 of the Bankruptcy Code on terms set forth in the BSSN Application and Prescott Declaration, and BSSN is authorized to perform the services set forth in the BSSN Application and Prescott Declaration on behalf of the Debtor.

---

[1] The last four digits of American Unagi, Inc.'s federal taxpayer identification number are 5308, and its principal place of business is 186 One Pie Road, Waldoboro, Maine 04572.
[2] Capitalized terms used, but not defined herein, shall have the meanings ascribed to such terms in the BSSN Application.

3. The retention of BSSN shall be and hereby is deemed effective as of the Petition Date.

4. All payments of professional fees and reimbursement of expenses to BSSN are subject to Court approval based on application to the Court and submission of contemporaneous time records, pursuant to the Bankruptcy Code, Bankruptcy Rules, and the Local Rules, or in accordance with any further order of this Court (including any interim compensation procedures that may be approved in this case), including any professional fees paid to BSSN under any approved cash collateral budget (meaning any payments made to BSSN under a cash collateral budget shall be held in escrow by BSSN pending further Court order allowing payment of compensation to BSSN, including payment permitted pursuant to any Court-approved interim compensation procedures in this case).

5. Service of the BSSN Application, the Prescott Declaration, and the proposed order was sufficient notice to parties under the circumstances.

6. This Court retains jurisdiction to interpret and enforce the terms of this Order.

Date: November 18, 2025

Michael A. Fagone
United States Bankruptcy Judge
District of Maine