UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>American Unagi, Inc.,<br><br>Debtor | Chapter 11<br>Case No. 25-10180 |

### ORDER SETTING EXPEDITED HEARING

On November 19, 2025, the debtor American Unagi, Inc., filed a Consented-To Motion (A) To Continue Cash Collateral and Borrowing Authority; (B) Extend Certain Committee Challenge Rights; and (C) For Expedited Relief [Dkt. No. 134] (the "Motion"). The Motion is granted, in part, as follows:

On December 4, 2025, at 1:00 p.m., the Court will conduct an expedited non-evidentiary hearing at the United States Bankruptcy Court, 202 Harlow Street, Bangor, Maine. At that hearing, the Court will consider whether to grant the remaining requests for relief in the Motion. Parties may participate in the hearing in person in the Bangor Courtroom, by video from the Portland Courtroom, or by telephone.

Objections, if any, to the remainder of the relief sought by the Motion must be filed on or before December 2, 2025. Untimely objections or other responses may not be considered.

By no later than 4:00 p.m. on November 25, 2025, the debtor must serve this order and the motion (including the proposed order with budget), along with notice of the hearing and objection deadline, on all parties identified in Federal Rule of Bankruptcy Procedure 4001(b)(1)(C), (c)(1)(C) and Local Rule 4001-2(b). *See also* Fed. R. Bankr. P. 4001(b)(2)(B), (c)(2)(B). Service must be accomplished by electronic mail, facsimile, or other means

1

reasonably calculated to provide prompt notice. The debtor must file a certificate of such service no later than 12:00 p.m. on November 26, 2025.

Dated: November 24, 2025

*/s/ Michael A. Fagone*

Michael A. Fagone
United States Bankruptcy Judge
District of Maine