**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE**

| | |
|---|---|
| In re: <br><br> AMERICAN UNAGI, INC., <br><br> Debtor.[1] | Chapter 11 <br><br> Case No. 25-10180 |

**ORDER GRANTING DEBTOR'S MOTION (A) TO CONTINUE CASH COLLATERAL USE AND ENLARGE BORROWING AUTHORITY; (B) EXTEND CERTAIN COMMITTEE CHALLENGE RIGHTS; AND
<u>(C) FOR EXPEDITED RELIEF</u>**

Upon the *Debtor's Motion (A) to Continue Cash Collateral Use and Enlarge Borrowing Authority and (B) Extend Certain Committee Challenge Rights* [Dkt. No. ___] (the "**Motion**") filed by the Debtor,[2] and after deliberation and sufficient cause appearing therefor, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The Motion is **GRANTED** as set forth herein.

2. The Final DIP Order is hereby modified as follows:

   a. The Debtor's authorization to use Cash Collateral under the Final DIP Order is extended through and including January 9, 2026, in accordance with the budget attached hereto as **Exhibit A** (the "**Budget**");

   b. The Debtor is authorized to borrow under the DIP Loan up to an additional principal amount of **$146,000** in accordance with the Budget pursuant to the terms and conditions of the Final DIP Order and the DIP Loan Documents;

   c. The Sale Milestones in Paragraph 7(g) of the Final DIP Order are modified

---

[1] The last four digits of American Unagi, Inc.'s federal taxpayer identification number are 5308, and its principal place of business is 186 One Pie Road, Waldoboro, Maine 04572.
[2] Capitalized terms used, but not otherwise defined herein, shall have the meaning ascribed to such terms in the Motion.

as follows: (i) the Debtor shall conduct an auction under the Bid Procedures on or before December 29, 2025; (ii) the Bankruptcy Court shall have entered an order approving and authorizing the Sale Transaction (as defined in the RSA) no later than January 8, 2026; and (iii) the Sale Transaction has closed no later than January 12, 2026; and

    d. Paragraph 8 of the Final DIP Order is modified to state that the Carve Out for counsel to the Committee shall be up to the maximum amount of **$30,000.00**, provided that the additional **$10,000.00** shall be payable solely from sale proceeds, not the proceeds of the DIP Loan.

3. The deadline set in paragraph 11 of the Final DIP Order, and as further extended by Order of the Court [Dkt. No. 122], for the Committee to commence a Challenge to the findings and stipulations set forth in paragraph L of the Final DIP Order solely related to FAME's liens on the Debtor's personal property is hereby extended to January 16, 2026.

4. Except as to the relief in Paragraphs 2 and 3 of this Order, nothing herein shall modify any other provision of the Final DIP Order.

5. This Order shall be effective immediately upon its entry on the docket.

Dated: _____

                                                Michael A. Fagone
                                                United States Bankruptcy Judge
                                                District of Maine

**Exhibit A**

**American Unagi - UPDATED BUDGET EXTENSION**
Cash Forecast
November 17, 2025

| | Extended Budget 51 | Extended Budget 52 | Extended Budget 53 | Extended Budget 54 |
|---|---|---|---|---|
| *Fiscal Week Number* | WEEK 15 | WEEK 16 | WEEK 17 | WEEK 18 |
| *Week Number* | 2025-51 | 2025-52 | 2025-53 | 2025-54 |
| *Fiscal Period* | 19-Dec | 26-Dec | 2-Jan | 9-Jan |
| *For Week Ending Friday:* | | | | |
| **Beginning Cash Balance** | 27,460.67 | 20,779.47 | 19,550.97 | 4,990.97 |

**Cash Outflows:**

**Key Payments**

| | | | | |
|---|---|---|---|---|
| Feed (purchasing locally by the pallet) | | | | 18,000 |
| Roberts Chemicals, Alpha Chemicals, Harcrocs Chemicals | | 3,000 | 4,000 | |
| Centrail Maine Power Regular Bill | | | 20,000 | |
| Central Maine Power Deposit, Water & Sewer | 500 | | | |
| Dead River (Fuel - pay as we go) | 2,000 | 2,000 | 2,000 | 2,000 |
| Maine Oxy (Oxogen; usage and rental) | 7,000 | | 5,000 | 7,000 |
| Revision Community Impact Partners (Solar) | | 10,000 | | |
| Interstate (Pump out of waste from the fish - approx. every other week) | 1,710 | | 1,710 | 1,710 |
| Water Quality Compliance & Maine Environmental Labs | | 450 | | |
| Americold Logistics/Ice Cube (Freezer Storage) | 1,200 | 500 | 500 | 500 |
| Packedge (packaging for forzen product) | 600 | 600 | 600 | 600 |
| Town of Waldoboro (Property Taxes) | | | | |
| Waldoboro Business Park (Property Lease) | | | 2,500 | |
| Memic (Workers Compensation) | | | | 3,491 |
| Nationwide (Commerical Property, Commerical Package, Commerical Umbrella) | 4,421 | | | |
| One Group (Mortality Insurance) | | 20,929 | | |
| Anthem/Humana (Health Insurance) | 2,000 | | | 2,500 |
| Payroll, all inclusive | 20,000 | | 20,000 | |
| Mook Seafarm (Transport Truck) - May require to transport to a customer | 500 | 500 | 500 | 500 |
| Ocean Express (Transport Truck) - May require to transport to a customer | 500 | 500 | 500 | 500 |
| FFE (Transport Truck) - May require to transport to a customer, budgetted at zero, as n | 500 | 500 | 500 | 500 |
| Araho (Transport Truck) | | | | |
| Ripcord Consulting - Contract CFO (Hourly Billing, Weekly Invoices) Estimate | 10,500 | | 10,500 | |
| Viridian Legal (Sale, Investors, Employment, Other General Matters) | | | | |
| Sales Commissions (For live or bait sales of eel) | 3,500 | | | 3,500 |
| Fisherman Payments | | | | |
| **Total Key Payments** | 54,931 | 38,979 | 68,310 | 40,801 |
| | | | | |
| Bankruptcy - Chapter 11 Estimated Costs - Legal | | | | |
| Credit Committee Legal Counsel | | | | |
| Bankruptcy - US Trustee Fees | | | | |
| Broker or Investment Banker for Sale of Business | | | | |
| **Bankruuptcy & Broker Sale Costs** | - | - | - | - |
| | | | | |
| Credit Card moving to ACH/Checks - includes Pump out of waste for fish, subscriptions | 3,250 | 5,500 | 5,500 | 19,750 |
| **General Supplies & Subscriptions** | 3,250 | 5,500 | 5,500 | 19,750 |
| **Subtotal Cash Outflows** | 58,181 | 44,479 | 73,810 | 60,551 |

| Available Cash Before Receipts | (30,721) | (23,699) | (54,259) | (55,560) |
|---|---|---|---|---|

**Cash Inflows:**

| | | | | |
|---|---|---|---|---|
| Accounts Receivable Collections | - | - | - | - |
| Sales (Normal Course of Business) - Conservative, have been averaging appri | 16,500 | 8,250 | 8,250 | 16,500 |
| Holiday Sales Push (Due Upon Receipt) | 10,000 | 10,000 | 10,000 | |
| Adjustments | | | | |
| **Subtotal Cash Inflows** | 26,500 | 18,250 | 18,250 | 16,500 |

| | | | | | | |
|---|---|---|---|---|---|---|
| *Beginning line of credit balance* | 541,000 | 566,000 | 591,000 | 632,000 | | |
| + Debt Draw | 25,000 | 25,000 | 41,000 | 40,000 | $ | 672,000 |
| - Debt Paydown | - | - | - | - | | |
| *Ending line of credit balance ($4M Max)* | 566,000 | 591,000 | 632,000 | 672,000 | | |

| Ending Cash Balance | 20,779 | 19,551 | 4,991 | 940 |
|---|---|---|---|---|

Notes:

The "Adjustments" of $55,401 reflects the removal of a $40,000 payment to Bernstein—which will be paid post-sale—as well as the inclusion of and adjustment of $15,401 to ensure actual cash activity is included.

| | | |
|---|---|---|
| Original DIP | $ | 526,000 |
| New DIP | $ | 672,000 |
| Add'l Required | $ | 146,000 |