**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>AMERICAN UNAGI, INC.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 25-10180 |

**ORDER GRANTING DEBTOR'S CONSENTED-TO MOTION (A) TO CONTINUE CASH COLLATERAL AND BORROWING AUTHORITY; AND (B) EXTEND CERTAIN COMMITTEE CHALLENGE RIGHTS**

Upon the *Debtor's Consented-To Motion (A) to Continue Cash Collateral and Borrowing Authority and (B) Extend Certain Committee Challenge Rights* [Dkt. No. 134] (the "**Motion**") filed by the Debtor,[2] and after deliberation and sufficient cause appearing therefor, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The Motion is **GRANTED** as set forth herein.

2. The Debtor's authorization to use Cash Collateral and borrower under the Final DIP Order is hereby extended through and including December 19, 2025, in accordance with the budget attached hereto as **Exhibit A**.

3. The deadline set in paragraph 11 of the Final DIP Order, and as further extended by order of the Court [Dkt. No. 122], for the Committee to commence a Challenge to the findings and stipulations set forth in paragraph L of the Final DIP Order solely related to FAME's liens on the Debtor's personal property is hereby extended to January 2, 2026.

4. Except as to the extended period through December 19, 2025, the continued budget at **Exhibit A**, and the extended deadline for the Committee to commence a Challenge, nothing

---

[1] The last four digits of American Unagi, Inc.'s federal taxpayer identification number are 5308, and its principal place of business is 186 One Pie Road, Waldoboro, Maine 04572.
[2] Capitalized terms used, but not otherwise defined herein, shall have the meaning ascribed to such terms in the Motion.

herein shall modify any other provision in the Final DIP Order.

    5.    This Order shall be effective immediately upon its entry on the docket.

Dated: December 4, 2025

_____
Michael A. Fagone
United States Bankruptcy Judge
District of Maine

**Exhibit A**

| American Unagi - UPDATED BUDGET EXTENSION | Extended Budget | Extended Budget |
|---|---|---|
| *Fiscal Week Number* | | |
| *Week Number* | WEEK 14 | WEEK 15 |
| *Fiscal Period* | 2025-50 | 2025-51 |
| *For Week Ending Friday:* | 12-Dec | 19-Dec |
| **Beginning Cash Balance** | 80,423.65 | 39,762.30 |

**Cash Outflows:**

| **Key Payments** | | |
|---|---|---|
| Feed (purchasing locally by the pallet) | | 18,000 |
| Roberts Chemicals, Alpha Chemicals, Harcrocs Chemicals | 4,000 | |
| Centrail Maine Power Regular Bill | 17,208 | |
| Central Maine Power Deposit, Water & Sewer | 1,500 | 500 |
| Dead River (Fuel) | 500 | 500 |
| Maine Oxy (Oxogen; usage and rental) | 5,000 | 7,000 |
| Revision Community Impact Partners (Solar) | 10,152 | |
| Interstate (Pump out of waste from the fish - approx. every other week) | 1,710 | 1,710 |
| Water Quality Compliance & Maine Environmental Labs | | |
| Americold Logistics/Ice Cube (Freezer Storage) | | 1,200 |
| Packedge (packaging for forzen product) | 600 | 600 |
| Town of Waldoboro (Property Taxes) | | |
| Waldoboro Business Park (Property Lease) | | |
| Memic (Workers Compensation) | 3,491 | |
| Nationwide (Commerical Property, Commerical Package, Commerical Umbrella) | | 4,421 |
| One Group (Mortality Insurance) | | |
| Anthem/Humana (Health Insurance) | | 2,000 |
| Payroll, all inclusive | | 20,000 |
| Mook Seafarm (Transport Truck) - May require to transport to a customer | 500 | 500 |
| Ocean Express (Transport Truck) - May require to transport to a customer | 500 | 500 |
| FFE (Transport Truck) - May require to transport to a customer, budgetted at zero, as needed. | | 500 |
| Araho (Transport Truck) | | |
| Ripcord Consulting - Contract CFO (Hourly Billing, Weekly Invoices) Estimate | - | 10,500 |
| Viridian Legal (Sale, Investors, Employment, Other General Matters) | | |
| Sales Commissions (For live or bait sales of eel) | 3,500 | 3,500 |
| Fisherman Payments | | |
| **Total Key Payments** | 48,661 | 71,431 |
| | | |
| Bankruptcy - Chapter 11 - Berstein Shur | | |
| Bankruptcy - Creditors' Committee | 10,000 | |
| Bankruptcy - US Trustee Fees | | |
| Broker or Investment Banker for Sale of Business | | |
| **Bankruuptcy & Broker Sale Costs** | 10,000 | - |
| | | |
| Credit Card moving to ACH/Checks - includes Pump out of waste for fish, subscriptions to ship | 18,500 | 3,500 |
| **General Supplies & Subscriptions** | 18,500 | 3,500 |
| **Subtotal Cash Outflows** | 77,161 | 74,931 |

| Available Cash Before Receipts | 3,262 | (35,169) |
|---|---|---|
| **Cash Inflows:** | | |
| Accounts Receivable Collections | - | - |
| Sales (Normal Course of Business) - Conservative, have been averaging appriximate | 16,500 | 16,500 |
| Holiday Sales Push (Due Upon Receipt) | 20,000 | 20,000 |
| Adjustments | | |
| **Subtotal Cash Inflows** | 36,500 | 36,500 |

| *Beginning line of credit balance* | 526,000 | 526,000 | |
|---|---|---|---|
| + Debt Draw | | | $ 526,000 |
| - Debt Paydown | - | - | |
| *Ending line of credit balance ($4M Max)* | 526,000 | 526,000 | |
| Ending Cash Balance | 39,762 | 1,331 | |

Notes:
The "Adjustments" of $64,702 reflects deferral of a previously budgeted $40,000 payment to Bernstein Shur—which will be paid from sale proceeds and remains subject to the "Carve Out"—as well as the inclusion of starting cash of $80,424 in the extended budget, which incorporates actual cash activity through 11/18/2025.