**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>AMERICAN UNAGI, INC.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 25-10180 |

### NOTICE OF SUCCESSFUL BIDDER AND SUCCESSFUL BID

**PLEASE TAKE NOTICE** that in accordance with the *Order (A) Approving Bid Procedures, (B) Scheduling Auction and Sale Hearing, (C) Approving Form and Manner of Notice Thereof, and (D) Approving Procedures for Assumption and Assignment of Contracts and Leases; and (E) Granting Related Relief* [Docket No. 95] (as modified by subsequent Orders) (the "**Bid Procedures Order**"), American Unagi, Inc. (the "**Debtor**") conducted the Auction[2] on December 29, 2025.

**PLEASE TAKE FURTHER NOTICE** that at the Auction, the Debtor designated Maine Community Bank as the Successful Bidder with a Successful Bid in the form of a credit bid in the amount of $1,000,000.00 and pursuant to a forthcoming asset purchase agreement between the Debtor and Maine Community Bank substantially in the form filed at Docket No. 78.[3]

Dated:   December 29, 2025

Respectfully submitted,
**BERNSTEIN, SHUR, SAWYER & NELSON, P.A.**

*/s/ Adam R. Prescott*
D. Sam Anderson
Adam R. Prescott
100 Middle Street, PO Box 9729
Portland, Maine 04104
Telephone: (207) 774-1200
sanderson@bernsteinshur.com
aprescott@bernsteinshur.com

*Counsel to the Debtor and Debtor in Possession*

---

[1] The last four digits of American Unagi, Inc.'s federal taxpayer identification number are 5308, and its principal place of business is 186 One Pie Road, Waldoboro, Maine 04572.

[2] Capitalized terms used, but not defined herein, shall have the meaning ascribed to such terms in the Bid Procedures Order.

[3] Prior to the Bid Deadline, the Debtor received one additional bid, from NovaEel, Inc. In its business judgment, due to various concerns with the NovaEel, Inc. bid (including the lack of agreement from the secured lenders to permit assumption of their debts as proposed by NovaEel, Inc.), the Debtor is not designating NovaEel, Inc. as the Backup Bidder at this time.