**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>**AMERICAN UNAGI, INC.,**<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 25-10180 |

# CERTIFICATE OF SERVICE

I, Laura T. Unfricht, being over the age of eighteen and an employee of Bernstein, Shur, Sawyer & Nelson, P.A., in Portland, Maine, hereby certify that on, December 29, 2025, the *Notice of Successful Bidder and Successful Bid* (the "**Notice**") was filed via the Court's CM/ECF electronic filing system ("**CM/ECF**"), which sent notice to all parties receiving notification through the CM/ECF.

I further certify that on December 29, 2025, the Notice was served upon the parties set forth in the attachment hereto via electronic mail or facsimile.

I further certify that on December 30, 2025, the Notice was mailed via U.S. First Class Mail upon the service parties set forth in the attachment hereto.

Dated: December 31, 2025        */s/ Laura T. Unfricht*
                                Laura T. Unfricht
                                BERNSTEIN, SHUR, SAWYER & NELSON, P.A.
                                100 Middle Street
                                P.O. Box 9729
                                Portland, ME 04104-5029
                                Tel: (207) 774-1200

---

[1] The last four digits of American Unagi, Inc.'s federal taxpayer identification numbers for the debtors are 5308. The principal place of business for the debtors is 186 One Pie Road, Waldoboro, Maine 04572.

## SERVICE LIST

**The Notice of Successful Bidder and Successful Bid was served upon the following parties via electronic mail or facsimile on December 29, 2025:**

| NAME | SERVICE CONTACT (EMAIL or FAX) | DATE OF SERVICE |
|---|---|---|
| Maine Revenue Service | compliancebk.mrs@maine.gov; john.burke@maine.gov; | 12/29/2025 |
| Office of the U.S. Attorney | 2077803304@fax.bssn.com; | 12/29/2025 |
| Internal Revenue Service | 18553839723@fax.bssn.com; scott.miller@irs.gov; | 12/29/2025 |
| Maine Community Bank | ksuchecki@maine.bank; asparks@ddlaw.com; | 12/29/2025 |
| Finance Authority of Maine | croney@famemaine.com; kkunesh@famemaine.com; jfischer@dwmlaw.com; kfisher@dwmlaw.com; | 12/29/2025 |
| Office of the U.S. Trustee: Ann Marie Dirsa, Esq. | Ann.marie.dirsa@usdoj.gov; | 12/29/2025 |
| A&L Laboratory | rlabranche@granitestateanalytical.com; | 12/29/2025 |
| Aca Freight Forwarding Inc. | aforaca321@aol.com; | 12/29/2025 |
| Americold Logistics | info@americold.com; cashapplications@americold.com; | 12/29/2025 |
| Araho Transfer | billing@arahotransfer.com; | 12/29/2025 |
| Capital One | bankruptcy.operations@capitalone.com; | 12/29/2025 |
| Central Maine Power | CMPBankruptcy@cmpco.com; collections@cmpco.com; | 12/29/2025 |
| Clark Interim LLC | clarkinterim@gmail.com; | 12/29/2025 |
| Coastal Enterprises | amy.leshure@ceimaine.org; | 12/29/2025 |
| Dave Swain Associates Inc. | 9783928431@fax.bssn.com; | 12/29/2025 |
| David Stein and Elizabeth March | davidestein@comcast.net; | 12/29/2025 |
| Dead River Company | heidi.broker@deadriver.com; | 12/29/2025 |
| DFI, LLC | daviesestuart@gmail.com; | 12/29/2025 |
| EMEC North America Corp. | order.us@emecpumps.com; | 12/29/2025 |
| Eric D. Lister, Trustee of the Eric D. Lister Amended and Restated Living Trust | kiassoc@aol.com; | 12/29/2025 |
| Eurofins Environment Testing Northeast LLC f/k/a Maine Environmental Laboratory | info@mel-lab.com; | 12/29/2025 |

| | | |
|---|---|---|
| Frank Simon II | frank@frankandlibby.com; | 12/29/2025 |
| General Alum New England Corp | customerservice@gacchemical.com; | 12/29/2025 |
| HARCROS CHEMICALS INC. | dbmail@harcros.com; ar@harcros.com; | 12/29/2025 |
| Karl Nicholas | kjnicholas81@gmail.com; | 12/29/2025 |
| Jack Downing | jdowning84@gmail.com; | 12/29/2025 |
| Jamie Robbins | 5086paint@gmail.com; | 12/29/2025 |
| John W. Taylor | 048taylorj@gmail.com; | 12/29/2025 |
| Lance Geidel | smgeidel@tds.net; | 12/29/2025 |
| Lou Dana | loudana2@gmail.com; | 12/29/2025 |
| Matthew Dana | kukec.dana@gmail.com; | 12/29/2025 |
| Rustin Taylor | rustintaylor955@gmail.com; | 12/29/2025 |
| Shelly Geidel | smgeidel@tds.net; | 12/29/2025 |
| Suzanne Smith | smsscorpio49@gmail.com; | 12/29/2025 |
| Travis Atwood | wadeatwood420@yahoo.com; | 12/29/2025 |
| Ice Cube Logistics LlC-FR1 | rosemarie@icecubecoldstorage.com; | 12/29/2025 |
| John Gavin Watson | gwatson03@snet.net; | 12/29/2025 |
| June Sleeper | june.sleeper@gmail.com; | 12/29/2025 |
| Katahdin Analytical Services LLC | accounting@katahdinlab.com; | 12/29/2025 |
| Maine Oxy | auburnstore@maineoxy.com; | 12/29/2025 |
| Maine Printing and Embroidery | 2maineprinting@gmail.com; | 12/29/2025 |
| Mark S Dvorozniak, Trustee of the Mark S. Dvorozniak Trust | marksdvorozniak@gmail.com; | 12/29/2025 |
| Mid-Coast Energy Systems, Inc. | info@midcoastenergysystems.com; | 12/29/2025 |
| Mook Sea Farm Inc. | accounting@mookseafarm.com; | 12/29/2025 |
| One Group d/b/a Thomas Gregory Associates | mciccolo@onegroup.com; | 12/29/2025 |
| PackEdge | eatkins@packedgeinc.com; orders@packedgeinc.com; | 12/29/2025 |
| Pavan Enterprises, LLC | pavantracey@gmail.com; kpst.laurent@gmail.com; | 12/29/2025 |
| ReVision Community Impact Partners LLC | hello@revisionenergy.com; nminzy@revisionenergy.com; | 12/29/2025 |
| Richard McGoldrick | ktwohig@cpm207.com; | 12/29/2025 |
| Ripcord Consulting LLC | ashley.wainer@ripcord.consulting; | 12/29/2025 |
| Roberts Chemical Co. Inc. | 5082222752@fax.bssn.com; | 12/29/2025 |
| Robert G. Hirsch & Kathleen Hirsh | rghirsch@roadrunner.com; | 12/29/2025 |
| Robert T. Kelley | rkelley@virtualagora.com; | 12/29/2025 |
| RuralWorks Impact Partners 1, L.P. | skip@ruralworkspartners.com; | 12/29/2025 |
| Ruprecht - Kilcoy Global Foods | lstork@kilcoyglobalfoods.com; | 12/29/2025 |

| | | |
|---|---|---|
| Sandra Stone | sstone456@gmail.com; | 12/29/2025 |
| Sara Rademaker | sara@americanunagi.com; | 12/29/2025 |
| Stephen M. Stroud | stephenstroud@me.com; stephenstroud@mac.com; | 12/29/2025 |
| Tablecloth Inc. | ar@tablecloth.io; | 12/29/2025 |
| Town of Waldoboro | taxcollector@waldoboromaine.org; 2078326061@fax.bssn.com; | 12/29/2025 |
| Uline | info@uline.com; | 12/29/2025 |
| Victoria Sorobasin | vsocobasin22@gmail.com; | 12/29/2025 |
| Viridian Law | Jbaroletti@viridian.law; | 12/29/2025 |
| Water Quality & Compliance Services, Inc. | info@waterqualityme.com; | 12/29/2025 |
| Wipfli LLP | christian.smith@wipfli.com; | 12/29/2025 |
| Counsel on behalf of the Official Committee of Unsecured Creditors | Andrew.helman@dentons.com; kyle.d.smith@dentons.com; | 12/29/2025 |

**The Notice of Successful Bidder and Successful Bid was served upon the following parties via U.S. First Class Mail on December 30, 2025.**

See attached matrix.

| | | |
|---|---|---|
| A&L Laboratory<br>22 Manchester Road<br>Unit 2<br>Derry, NH 03038 | Aca Freight Forwarding Inc.<br>324 Bryant Ave<br>Bronx, NY 10474 | Alpha Chemical Services Inc.<br>46 Morton Street<br>Stoughton, MA 02072 |
| Americold Logistics<br>10 Glenlake Parkway<br>Suite 600, South Tower<br>Atlanta, GA 30328 | Araho Transfer<br>7 Fid Kennedy Ave<br>Boston, MA 02210 | Aspara Research LLC<br>445 Hamilton Ave<br>Suite 1102<br>White Plains, NY 10601-1832 |
| Barbara Lamont<br>45 Eastern Promenade, 3J<br>Portland, ME 04101 | Charlie Walsh<br>22 Knox Street, Apt 1<br>Thomaston, ME 04861 | Christopher Bradley<br>P.O. Box 274<br>Belgrade Lakes, ME 04918 |
| Beaver Enterprises Inc.<br>204 Park Street<br>Rockland, ME 04841 | Berkshire Refrigerated Warehousing, LLC<br>4550 S Packers Ave<br>Chicago, IL 60609 | Capital One<br>1680 Capital One Drive<br>McLean, VA 22102 |
| Central Maine Power<br>P.O. Box 847810<br>Boston, MA 02284-7810 | Clark Interim LLC<br>101 Fieldstone Estates Road<br>York, ME 03909 | Coastal Enterprises, Inc.<br>30 Federal Street<br>Suite 100<br>Brunswick, ME 04011 |
| Chris Herring<br>1679 Friendship Rd<br>Waldoboro, ME 04572 | Comerica Bank & Trust NA<br>TT Stephen Stroud for Descendants<br>P.O. Box 598<br>Northeast Harbor, ME 04662 | Dale Newell<br>P.O. Box 534<br>Princeton, ME 04668 |
| Cummins Sales and Service<br>10 Gibson Rd<br>Scarborough, ME 04074 | Dead River Company<br>2 Industrial Parkway<br>Brunswick, ME 04011 | Delaware Secretary of State<br>John G. Townsend Bldg<br>401 Federal St, Suite 3<br>Dover, DE 19901 |
| David Stein and Elizabeth March<br>728 Tremont Street<br>Boston, MA 02119 | David Swain Associates Inc.<br>6 Lyberty Way<br>Suite 101<br>Westford, MA 01886 | Dead River Company<br>P.O. Box 467<br>Scarborough, ME 04070-0467 |
| Delaware Secretary of State<br>401 Federal St<br>Suite 300<br>Dover, DE 19901 | EMEC North America Corp.<br>5 Cheryl Ln<br>Boonton Township, NJ 07005 | ERGOS Technology Partners, Inc.<br>6110 Clarkson Ln<br>Houston, TX 77055 |
| Dentons Bingham Greenebaum LLP<br>ATTN: Kyle D. Smith, Esq.<br>One City Center, Suite 11100<br>Portland, ME 04101 | | |

| | | |
|---|---|---|
| DFI, LLC<br>14 Squirrel Hill Rd<br>Wayland, MA 01778 | Dirigo Angel Fund<br>11 Debeck St<br>Suite B<br>Holden, ME 04429 | Drew Sawyer<br>38 Hillcrest Rd<br>Belmont, MA 02478 |
| Drummond Woodsum<br>ATTN: Jeremy R. Fischer, Esq.<br>84 Marginal Way, Suite 600<br>Portland, ME 04101-2480 | Drummond Woodsum<br>ATTN: Kellie W. Fisher, Esq.<br>84 Marginal Way, Suite 600<br>Portland, ME 04101-2480 | Dentons Bingham Greenebaum LLP<br>ATTN: Andrew C. Helman, Esq.<br>One City Center, Suite 11100<br>Portland, ME 04101 |
| Edward and Elizabeth Rademaker<br>5128 Lakerit Lane<br>Fort Wayne, IN 46804 | Eric D. Lister<br>40 Eastern Promenade<br>Portland, ME 04101 | Elizabeth C. Saltonstall<br>7 Lexington Ln<br>Rockport, ME 04856 |
| Eurofins Environment Testing NE LLC<br>f/k/a Maine Environmental Laboratory<br>1 Main Street<br>Yarmouth, ME 04096 | Finance Authority of Maine<br>5 Community Drive<br>Augusta, ME 04332-0949 | FFE Transportation Services Inc.<br>P.O. Box 847576<br>Dallas, TX 75284-7576 |
| FFE Transportation Services Inc.<br>3400 Stonewall Street<br>Lancaster, TX 75134 | Interstate Septic Systems Inc.<br>10 Gordon Drive<br>Rockland, ME 04841 | Kennebec River Biosciences Inc.<br>41 Main Street<br>Richmond, ME 04357 |
| Fortunat Mueller<br>220 Gray Rd<br>North Yarmouth, ME 04097 | Frank Simon II<br>319 Crabtree Rd<br>Hope, ME 04847 | Geraldine Canning<br>22 Austin St<br>Portland, ME 04103 |
| G & H Wood Products<br>110 North 2nd Street<br>Olean, NY 14760 | Gartley & Dorsky Engineering Surveying<br>59 Union Street<br>Unit 1<br>Camden, ME 04843 | General Alum New England Corp<br>34 Kidder Point Road<br>Searsport, ME 04974 |
| Glen Melvin<br>P.O. Box 969<br>Waldoboro, ME 04572 | Gorham Savings Bank<br>10 Wentworth Drive<br>Gorham, ME 04038 | HARCROS CHEMICALS INC.<br>P.O. Box 74583<br>Chicago, IL 60696 |
| Heidi Hood Sappier<br>31 Lakeside Place<br>Princeton, ME 04668 | Jack Downing<br>P.O. Box 633<br>Princeton, ME 04668 | James B. Wyeth<br>701 Smithbridge Rd<br>Wilmington, DE 19807 |
| Humana Insurance<br>P.O. Box 4600<br>Carol Stream, IL 60197 | Ice Cube Logistics LLC-FR1<br>481 Currant Road<br>Fall River      MA      02720 | Indian Township Enterprises, LLC<br>8 Kennebasis St<br>Princeton, ME 04668 |

Ice Cube, Logistics, LLC-FR1
451 Currant Road
Fall River, MA 02720

RuralWorks Impact Partners 1, L.P.
115 Cider Mill Road
Middlebury, VT 05753

Interstate Septic Systems Inc.
10 Gordon Drive
Rockland, ME   04841

Internal Revenue Service
Attn: Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Jamie Robbins
16 Russell Lane
Warren, ME 04864

John Gavin Watson
70 Crescent Dr
Ridgefield, CT 06871

June Sleeper
97 Kezar Heights
Bridgton, ME 04062

Katherine Pope
43 Waites Landing
Falmouth, ME 04105

John W. Taylor
11 Pond Road
Newcastle, ME 04553

Joseph Drago Consulting
1071 Washington Street
Bath, ME 04530

Jumo Process Control Inc.
6724 Joy Road
East Syracuse , NY 13057

Katahdin Analytical Services LLC
P.O. Box 540
Scarborough, ME 04070

Kennebec River Biosciences, Inc.
P.O. Box 93
Bangor, ME 04402

Lou Dana
71 Otuhk Road
Indian Township, ME 04668

Kathleen Marciano
P.O. Box 1003
Damariscotta, ME 04543

Karl Nicholas
P.O. Box 672
Princeton, ME 04668

Lance Geidel
795 Mercer Rd
Norridgewock, ME 04957

Maine Community Bank
P.O. Box 558
Westbrook, ME 04098

Maine Oxy
100 Washington Street N
Auburn, ME 04210

Maine Revenue Services
51 Commerce Drive
Augusta, ME 04333

Maine Environmental Lab Inc.
1 Main Street
Yarmouth, ME 04096

Maine Garum Company
79 Bassick Rd
South Thomaston, ME 04858-3306

Robert G. Hirsch & Kathleen Hirsch, Joint Tenants
10 Gibson Rd
Scarborough, ME 04074

Maine Printing and Embroidery
456 Camden Road
Warren, ME 04864

Memic
P.O. Box 6900
Lewiston, ME 04243-6900

Mid-Coast Energy Systems Inc.
33 Midcoast Road
P.O. Box 1118
Damariscotta, ME 04543

Maine Technology Institute
8 Venture Ave
Brunswick, ME 04011

Margaret Bradley
P.O. Box 274
Belgrade Lakes, ME 04918

Mark S. Dvorozniak
6 Webster Farm Rd
Cape Elizabeth, ME 04107

Mark S. Dvorozniak, Trustee of the Mark S. Dvorozniak Trust
6 Webster Farm Rd
Cape Elizabeth, ME 04107

ReVision Energy
758 Westbrook Street
South Portland, ME 04106-1929

RuralWorks Impact Partners 1, L.P.
c/o Glenn Wyerr
802 Nicolette Mall
Minneapolis, MN 55402

Matthew Dana
P.O. Box 533
Princeton, ME 04668

Michael and Mal Diana Gero
35 Prince Street
Jamaica Plain, MA 02130

Parramatta, LLC
2165 Bayberry Ln
Westfield, NJ 07090

Modern Pest Services LLC
100 Pleasant Street
Brunswick, ME 04011

Mook Sea Farm Inc.
321 State Route
Walpole, ME   04573

Nationwide Insurance
P.O. Box 856824
Minneapolis, MN 55485

Nextgen Hanson LLC
7 Sherburn Ln
Falmouth, ME 04105

O'Hara Corporation
120 Tillson Ave
Suite 100
Rockland, ME 04841

Office of the U.S. Attorney
537 Congress Street
Suite 300
Portland, ME 04101-3490

One Group d/b/a Thomas Gregory Associates Insurance Brokers
201 Edgewater Drive 293
Wakefield, MA 01880

PackEdge
955 Portland Road
Saco, ME 04072-9675

Pavan Enterprises, LLC d/b/a Altezza Advisors
Kendall St. Laurent
133 Audubon Road
Warwick, RI 02888

ReVision Community Impact Partners LLC
758 Westbrook Street
South Portland, ME 04106

Richard McGoldrick
100 Silver Street
Portland, ME 04101

Ripcord Consulting LLC
8 Fredric Way
Hinesburg, VT   05461

Robert G. Hirsch and Kathleen Hirsch
19 Knowlton Ave
Owls Head, ME 04854

Robert H. Gordon
215 Broadway Ave
Wilmette, IL 60091

Robert T. Kelley
P.O. Box 285
Port Clyde, ME 04855

Roberts Chemical Co. Inc.
330-B Victor Road
Attleboro, MA   02703

Ruprecht-Kilcoy Global Foods
1301 Allanson Road
Mundelein, IL 60060

RuralWorks Impact Partners 1, L.P.
Attn: Ski Wyer
1155 Cider Mill Road
Cornwall, VT 05753

Rustin Taylor
P.O. Box 582
Mount Desert, ME 04660

Sara Rademaker
186 One Pie Road
Waldoboro, ME 04572

Small Enterprise Growth Fund d/b/a Maine Venture Fund
P.O. Box 63
Newport, ME 04953

Sandra Stone
16 Sea Cove Rd
Cumberland Foreside, ME 04110

Sara Rademaker
499 Atlantic Hwy
Waldoboro, ME 04572

Shelly Geidel
795 Mercer Rd
Norridgewock, ME 04957

| | | |
|---|---|---|
| Shoshanna Mueller<br>220 Gray Rd<br>North Yarmouth, ME 04097 | Stanley Chao<br>6818 Alta Vista Dr<br>Rancho Palos Verde, CA 90275 | Suzanne Smith<br>264 Sproul Hill Rd<br>Bristol, ME 04539 |
| Stephen M. Stroud<br>P.O. Box 598<br>Northeast Harbor, ME 04662 | Tablecloth Inc.<br>1325 Pacific Highway<br>#1005<br>San Diego, CA  92101 | Tony Davis<br>P.O. Box 130<br>Princeton, ME 04668 |
| Town of Waldoboro<br>1600 Atlantic Hwy<br>P.O. Box J<br>Waldoboro, ME 04572 | Tony K. Dana<br>P.O. Box 130<br>7 Ash Circle<br>Indian Township, ME 04668-0130 | Wells Fargo<br>P.O. Box 070241<br>Philadelphia, PA 19176-0241 |
| Victoria Socobasin<br>43 Jesse's Way<br>Princeton, ME 04668 | Travis Atwood<br>P.O. Box 511<br>Bucksport, ME 04416 | Uline<br>Attn: Accounts Receivable<br>P.O. Box 88741<br>Chicago, IL     60680-1741 |
| Viridian Law<br>204 Main Street<br>Ellsworth, ME 04605 | Wabanaki Unagi, LLC<br>P.O. Box 8<br>Princeton, ME 04668 | Water Quality & Compliance Services, Inc.<br>47 Gardiner Road<br>Wiscasset, ME   04578 |
| Wells Fargo<br>P.O. Box 51174<br>Los Angeles, CA  90051-5475 | Waldoboro Business Park<br>One Pie Lane<br>Waldoboro, ME 04572 | Drummond & Drummond, LLP<br>ATTN: Andrew Sparks, Esq.<br>One Monument Way<br>Portland, ME 04101 |
| | Wipfli LLP<br>30 Long Creek<br>Suite 100<br>  Brunswick, ME 04011 | |