**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>AMERICAN UNAGI, INC.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 25-10180 |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Laura T. Unfricht, being over the age of eighteen and an employee of Bernstein, Shur, Sawyer & Nelson, P.A., in Portland, Maine, hereby certify that on, December 31, 2025, the *Notice of Successful Bidder and Successful Bid* (the "**Notice**") was filed via the Court's CM/ECF electronic filing system ("**CM/ECF**"), which sent notice to all parties receiving notification through the CM/ECF.

I further certify that on December 31, 2025, the Notice was served via U.S. First Class Mail upon Capital One, N.A. at the following address:

> Capital One, N.A.
> by AIS InfoSource LP as agent
> 4515 N Santa Fe Ave
> Oklahoma City, OK 73118

Dated: December 31, 2025

*/s/ Laura T. Unfricht*
Laura T. Unfricht
BERNSTEIN, SHUR, SAWYER & NELSON, P.A.
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029
Tel: (207) 774-1200

---

[1] The last four digits of American Unagi, Inc.'s federal taxpayer identification numbers for the debtors are 5308. The principal place of business for the debtors is 186 One Pie Road, Waldoboro, Maine 04572.