# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>AMERICAN UNAGI, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-10180 |

## AMENDED APPEARANCE AND REQUEST FOR NOTICE

Please enter the appearance of the following counsel on behalf of the Finance Authority of Maine:

Jeremy R. Fischer
**PRETI FLAHERTY**
One City Center, P.O. Box 9546
Portland, ME 04112-9546
(207) 791-3000
jfischer@preti.com

The undersigned hereby requests copies of all notices, papers and orders required to be given or served in accordance with the Federal Rules of Bankruptcy Procedure and, in addition, copies of all pleadings, notices of any applications, motions, petitions, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, electronically, telegram, telex or otherwise, filed by any party in the above-captioned proceeding.

Dated: January 14, 2026

*/s/ Jeremy R. Fischer*
Jeremy R. Fischer
**PRETI FLAHERTY**
One City Center, P.O. Box 9546
Portland, ME 04112-9546
(207) 791-3000
jfischer@preti.com

*Counsel to for Finance Authority of Maine*

25217071.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served the foregoing document via this Court's CM/ECF system on all parties requesting CM/ECF notice in this bankruptcy proceeding.

Dated: January 14, 2026         */s/ Jeremy R. Fischer*

25217071.1