**EXHIBIT B**
**(Biographies)**

DENTONS

# Andrew C. Helman
Partner



Partner

Portland
D +1 207 619 0919

Boston

andrew.helman@dentons.com

## Overview

Andrew Helman is a partner in the Restructuring, Insolvency and Bankruptcy practice group at Dentons and the Portland Office Managing Partner. He focuses his practice on bankruptcy and insolvency matters and works with all types of businesses, including those in the health care and cannabis sectors, to help them restructure and protect their assets.

Andrew has served as lead counsel to debtors, trustees, secured parties and others in chapter 11 cases, including having served as independent counsel to a state attorney general in several chapter 11 cases in New England and Delaware. He has particular experience as lead counsel representing rural hospitals in chapter 11 cases and has successfully confirmed chapter 11 plans that have allowed rural hospitals to continue operating with restructured balance sheets.

Andrew frequently writes articles for national insolvency publications and teaches seminars on bankruptcy and fraudulent transfer law. In addition, he is co-chair of the American Bankruptcy Institute's Health Care Committee and was a recipient of the American Bankruptcy Institute's 40 Under 40 Award in 2019. He was also selected as one of 40 attorneys nationally to participate in the National Conference of Bankruptcy Judges' 2016 NextGen Program. He is ranked by Chambers for bankruptcy and restructuring, and has been included in *The Best Lawyers in America* for Bankruptcy and Creditor Debtor Rights / Insolvency and Reorganization Law since 2021.

## Experience

### Recent Debtor Representations

- **Marianas Properties, LLC:** Lead counsel representing the debtor, the owner of Pacific Star Resort & Spa, in a chapter 11 case. The debtor and two non-debtor affiliates are co-obligors on a significant loan to Bank of Guam, and the case was filed to resolve these issues for the debtor. *In re Marianas Properties, LLC*, Case No. 24-13 (Guam).
- **Asia Pacific Financial Management Group Inc.:** Lead counsel representing the debtor, a broker-dealer and registered representative advisor, in its reorganization under subchapter V of chapter 11. The debtor as

resolved significant disputes with its largest creditor in advance of plan confirmation. *In re Asia Pacific Financial Management Group, Inc.*, Case No. 23-5 (Guam).

- **Curitec LLC:** Represented the debtor, a direct medical equipment provider, in a successful reorganization case under chapter 11. This case was a true reorganization, which paid all creditors in full at confirmation and allowed equity to retain control. The case was commenced in response to a complete cessation of payments by Medicare. In less than a month after the filing, Dentons negotiated a resolution that restored the majority of payments, advancing important arguments about bankruptcy court jurisdiction, the automatic stay, and Medicare jurisdiction. Medicare asserted a claim for more than $32 million, but the parties reached a favorable settlement paying less than $10 million. Bankruptcy Judge Christopher Lopez, in confirming the plan, said that he was "honored" to be the bankruptcy judge on such a case, that the result was "incredible" and a "testament to hard work." *In re Curitec LLC*, Case No. 23-90108 (Bankr. S.D.Tex.).

- **Green Roads Inc:** Lead counsel negotiating and obtaining approval of debtor-in-possession financing to assist the debtor in the start of its chapter 11 case. *In re Green Roads, Inc*., Case No. 23-11738 (Bankr. S.D. Fla.).

- **Red Properties LLC:** Lead counsel representing a real estate development company in its successful case under subchapter v of chapter 11. The case resulted in a confirmed plan selling assets to a buyer and permitting the debtor to reorganize around remaining assets. *In re Red Properties LLC*, Case No. 22-20014 (Bankr. D. Me.).

- **First Guaranty Mortgage Corporation:** Represented First Guaranty Mortgage Corporation in the preparation and filing of its chapter 11 case. *In First Guaranty Mortgage Corporation*, Case No. 22-10584 (Bankr. D. Del.).

- **The ROTM Lofts, LLC:** Lead counsel in the successful reorganization of a company that owns and operates a historic tax credit project in a case under subchapter V of chapter 11. The case permitted the debtor to retain its primary asset with restructured debt and a reduced balance sheet. *In re The ROTM Lofts, LLC*, Case No. 20-20469 (Bankr. D. Me.).

- **Springfield Hospital Inc.:** Lead counsel representing Springfield Hospital, Inc., in its successful chapter 11 case. The company confirmed a chapter 11 plan reorganizing its debts and is continuing to provide health care services today. *In re Springfield Hospital, Inc*., Case No. 19-10283 (Bankr. D. Vt.).

- **Penobscot Valley Hospital:** Lead counsel for Penobscot Valley Hospital, which confirmed a chapter 11 plan that has restructured the company's balance sheet, after operational improvements, which together has positioned the company to continue to provide health care services for years to come. *In re Penobscot Valley Hospital,* Case No. 19-10034 (Bankr. D. Me.).

- **Calais Regional Hospital:** Lead counsel to Calais Regional Hospital, a rural hospital on the Canadian border, in a successful case resulting in continued hospital services through a sale of assets to another local hospital that is able to consolidate management functions and reduce cost. *In re Calais Regional Hospital,* Case No. 19-10491 (Bankr. D. Me.).

## Recent Creditor Committee Representations

- **Official Committee of Unsecured Creditors of Pottsville Operations, LLC:** Lead counsel representing the Official Committee of Unsecured Creditors of Pottsville Operations, LLC, in 19 jointly administered cases of skilled nursing facilities with more than 3,000 beds in Pennsylvania. To date, Dentons work has ensured general unsecured creditors are protected through more favorable marketing processes for two different groups of assets. Additional work is underway. *In re Pottsville Operations, LLC*, Case No. 24-70418 (Bankr. W.D. P.A.).

- **Official Committee of Unsecured Creditors of Heywood Healthcare, Inc.:** Lead counsel representing the Official Committee of Unsecured Creditors of Heywood Healthcare, Inc., in the jointly administered chapter 11 cases of Heywood Healthcare, Inc., and its affiliates, including two community hospitals in Massachusetts. Dentons played a pivotal role in helping the parties reach a global settlement that is expected to provide

general unsecured creditors recoveries of between 20% and 30%. *In re Heywood Healthcare, Inc.*, Case No. 23-40817 (Bankr. D. Mass.).

- **Official Committee of Unsecured Creditors of U.S. Credit, Inc.:** Lead counsel representing the Official Committee of Unsecured Creditors of U.S. Credit, Inc. in the chapter 11 case of U.S. Credit, Inc., a financial services company. *In re U.S. Credit, Inc.*, Case No. 24-10058 (Bankr. D. Mass.).
- **Official Committee of Unsecured Creditors of Vantage Travel Service, Inc:** Lead counsel representing the Official Committee of Unsecured Creditors of Vantage Travel Service, Inc., in the chapter 11 case of a travel company. The case involves more than $108 million claims of customers who paid for trips that were not provided. *In re Vantage Travel Service, Inc.,* Case No. 23-11060 (Bankr. D. Mass.).
- **Official Committee of Unsecured Creditors of Fairport Baptist Homes, et al.:** Lead counsel representing the Official Committee of Unsecured Creditors of Fairport Baptist Homes et al. The debtor companies own and operate a 142-bed skilled nursing facility, independent living, and other businesses related to senior care. *In re Fairport Baptist Homes, et al*., Case No. 22-20220 (Bankr. W.D. N.Y.).
- **Official Committee of Unsecured Creditors of Community Eco Power, LLC, et al.:** Lead counsel representing the Official Committee of Unsecured Creditors of Community Eco Power, LLC, et al. The Committee successfully reopened an auction, which led to a sale for significantly more than originally proposed. Official Committee of Unsecured Creditors of Community Eco Power, LLC, et al. *In re Community Eco Power, LLC, et al.,* Case No. 21-30234 (Bankr. D. Mass.).
- **Official Committee of Unsecured Creditors of Alto Maipo SpA:** Represent the Official Committee of Unsecured Creditors of Alto Maipo SpA in a case resulting in full recovery for unsecured creditors under a confirmed chapter 11 plan. *In re Alto Maipo SpA*, Case No. 21-11508 (Bankr. D. Del.).

## Other Recent Representations

- **Community Memorial Hospital:** Represent a court-appointed receiver in the liquidation and wind-down of the hospital, which is owned and operated by the Mark-Milford-Hicksville Joint Township Hospital District in a case pending in Ohio state court.
- **Former owner/lender:** Represent the former owner and lender of the debtor in enforcement of a claim based on seller financing. *In Island Employee Cooperative, Inc*., Case No. 21-10253 (Bankr. D. Me.).
- **State of New Hampshire, et al:** Independent counsel representing the State of New Hampshire and various agencies, including the Attorney General's Office, Department of Health and Human Services, and Department of Revenue, in chapter 11 cases in health care and other cases. *In re Stored Solar Enterprises, Series LLC,* Case No. 22-10191 (Bankr. D. Me.); *In re LRGHealthcare,* Case No. 20-10892 (Bankr. D.N.H.); *The Prospect-Woodward Home*, Case No. 21-10523 (Bankr. D. N.H.); *In re Gorham Paper and Tissue, LLC*, Case No. 20-12814 (Bankr. D. Del.).

# Recognition

- **Chambers USA Guide Recognizes Dentons With Excellent 2025 Rankings**
- **Dentons recognized by Best Lawyers in America® in 2025 rankings**
- **Chambers USA recognizes Dentons with significant new lawyer, practice rankings**
- **Dentons recognized by Best Lawyers in America® in 2024 rankings**

## Honors and Awards

- *Turnaround Management Association's* 2025 Non-Profit Company Turnaround/Transaction of the Year Award on behalf of Heywood Healthcare
- Listed as a Recognized Lawyer in Restructuring (including Bankruptcy): Corporate by *The Legal 500 US,*

2025

- Named, *Best Lawyers in America,* Bankruptcy and Creditor Debtor Rights / Insolvency and Reorganization Law, 2021-2025; Litigation - Bankruptcy, 2024, 2025
- Ranked, Maine, *Chambers USA*, Bankruptcy and Restructuring, 2019-2025
- Honoree, 40 Under 40, American Bankruptcy Institute, 2019
- National Conference of Bankruptcy Judges' Next Generation Program, 2016
- Selected for inclusion in the 2015-2020 issues of *Super Lawyers Rising Stars (*Maine)

## In the Media

- Quoted in "**Maine law firms are looking to a new generation of managing partners**," Mainebiz, November 18, 2024
- "**Flexibility, client connections are common themes in law office build-outs**," Mainebiz, November 18, 2024
- **"New Restaurant Relief Fund Threatens to Stiff Bankrupt Companies**," *Bloomberg Law,* May 18, 2021
- "**Other possible bidders emerge in LRGHealthcare bankruptcy**," *New Hampshire Business Review*, November 18, 2020
- "**Judges expect 'tsunami' of bankruptcies** ," The Guam Daily Post, October 30, 2020
- "**Federal court, attorneys collaborate for a bankruptcy seminar**", *The Guam Daily Post*, October 20, 2020
- "**Where are all the bankruptcies experts predicted?**" *Portland Press Herald*, September 8, 2020
- "**Virus bill leaves bankruptcy firms in limbo without SBA directions**," *Bloomberg Law*, August 3, 2020
- "**Calais Regional Hospital wants out of bankruptcy long enough to get PPP loan**," Channel 8WAGM/Channel 16 WWPI, July 29, 2020
- "**Calais hospital wants to temporarily exit bankruptcy so it can qualify for PPP loan**," *Bangor Daily News*, July 29, 2020
- "**Calais hospital struggles to find bank to help it apply for emergency stimulus loan**," *Bangor Daily News*, May 13, 2020
- "**Judge rules Springfield Hospital can apply for SBA loan**," *VTDigger*, May 7, 2020
- "**Springfield Hospital sues government for access to Paycheck Protection Program**," *Valley News*, May 5, 2020
- "**Courts grapple with bankruptcy companies' loan access** ," *Bloomberg Law*, May 4, 2020
- "**2 bankruptcy Maine hospitals warn they could close if they don't receive stimulus funds** ," Channel 13 WGME, April 29, 2020
- "**Small hospitals stumble over rules for federal coronavirus loans**," *Wall Street Journal*, April 22, 2020
- "**Rural hospitals unsure coronavirus aid is coming**," *Wall Street Journal*, April 9, 2020
- "**Coronavirus crisis puts bankruptcy hospitals back in demand**," *Wall Street Journal*, April 6, 2020
- "**Rural hospitals: the challenges Maine's hospitals face in delivering care to rural communities** ," Maine Public Radio, December 18, 2019
- "**Court grants Lincoln hospital right to pay wages and bills during Ch. 11**

**proceedings**," *Mainebiz* January 31, 2019

- "**Lincoln hospital will keep operating despite $10m in debts**," *Bangor Daily News*, January 31, 2019

# Insights

- Co-author, "**Crisis in Rural, Community Hospitals Requires Shifts in Strategy,**" *Bloomberglaw.com*, March 5, 2021.
- "**How to navigate Congress's changes to the bankruptcy code** ," Mainebiz, April 15, 2020.
- "**How to prepare for short-term business disruption**," Mainebiz, March 20, 2020.
- Co-author, "**When Blockchain Meets Article 9 And Bankruptcy,**" *Law360.com*, February 9, 2018.
- Co-author, "**Binding The Government In Healthcare Restructurings: What Notice Is Required?**," American Bankruptcy Institute, Bankruptcy Litigation Committee Newsletter (Jan. 2018).
- Co-author, "**Life After Jevic: And End To Priority-Skipping Distributions?**," Vol. XXXVI American Bankruptcy Institute Journal No. 9 (Sept. 2017).
- Co-author, "**Psst, Can You Keep a Secret? Unperfected "Secret" Liens as a Preference Defense**," Vol. XXXVI American Bankruptcy Institute Journal No. 6 (June 2017).
- Co-author, "**Trademarks and Bankruptcy: Mission to Harmonize Continues**," Vol. XXXVI American Bankruptcy Institute Journal No. 4 (April 2017).
- "**An Emerging Split of Authority: Does Actual Notice of a Security Interest Still Cut Off An Account Debtor's Setoff Rights Under UCC § 9-404(a)(2)?** ," Fall 2016 ABA Commercial Law Newsletter (Nov. 15, 2016).
- "**Dueling Bankruptcies Prove that Rejection Beats Assumption**," Vol. XXXV American Bankruptcy Institute Journal No. 9 (Sept. 2016).
- Co-author, "**The Missing Page of the Playbook: "Blocking Directors" Cannot Be Relieved of Fiduciary Duty**," Vol. XXXV American Bankruptcy Institute Journal No. 8 (Aug. 2016).
- Co-author, "**You Take It: Force-Vesting under a Chapter 13 Plan**," Vol. XXXV American Bankruptcy Institute Journal No. 4 (April 2016).
- Co-author, "**Tools-of-the-Trade Exemption Includes Digital Files as Documents**," XXXV American Bankruptcy Institute Journal No. 3 (Mar. 2016).
- Co-author, "**Bankruptcy Court: Religious Court's Edict Violated the Automatic Stay** ," XXXV American Bankruptcy Institute Journal No. 1 (Jan. 2016).
- "**Debtor Owns Social Media Accounts Created by Its Former Principal**," XXXIV American Bankruptcy Institute Journal No. 7 (July 2015).
- Chapter author, "Protecting Against Insolvency," The Health Plans Contracting Handbook: A Guide for Payers and Providers, American Health Law Association (8th ed. 2021).
- "**Racism, Juries, and Justice: Addressing Post-Verdict Juror Testimony of Racial Prejudice During Deliberations,**" 62 Me. L. Rev. 327 (2010).
- "**Putting Equity Back in Reverse Mortgages: Helping Seniors Retire With Dignity,**" 19:2 Me. Pol. Rev. 56 (2010).
- "**Putting Equity Back in Reverse Mortgages: How State Legislatures Can Bring Fairness to Home Equity Conversion Mortgages**," 12 Elder's Advisor 415 (2011).

- "**Judicial Performance and Policy Implications in Moore v. Abbott,**" 61 Me. L. Rev. 587 (2009).

# Activities and Affiliations

## Presentations

- Presenter, "**Doing Business Overseas: Key Trends and Common Pitfalls,**" Association of Corporate Counsel Webinar, October 26, 2023
- Roundtable Panelist on Expert Webcast: Future of US Healthcare, October 20, 2022
- *From Green to Red: What Insolvency Professionals Need to Know About Cannabis,* American Bankruptcy Institute's Northeast Bankruptcy Conference & Northeast Consumer Forum, July 16, 2022 (discussed issues that arise when the growing state-sanctioned cannabis trade intersects with the insolvency world, in both commercial and consumer settings).
- *Debt Finance and Lender Enforcement Issues for Cannabis Borrowers,* 2022 New England Cannabis Convention, March 18, 2022 (financing opportunities for cannabis business owners in light of federal and state cannabis regulations).
- *Plenary Session | Industry Spotlight & 2022 Economic Outlook: Will Your Next Case Be Feasible?* American Bankruptcy Institute (December 10, 2021) (presented banking and insurance industry outlook for 2022).
- *Post-Pandemic Performance And Margin Strategies,* New England Society For Healthcare Strategy (November 18, 2021) (panel discussion regarding performance improvement and strategies for financially distressed organization).
- *Trends And Transactions In Healthcare And Physician Group M&A,* Expert Webcast (fall 2021) (panel discussion on health care and physician group M&A as impacted by Covid-19).
- *Reactor Panel: Where Have The Restructurings Gone?* American Bankruptcy Institute (October 25, 2021) (moderated a panel discussion on the status of health care restructurings during Covid-19 at ABI's dedicated program for distressed health care).
- *Navigating Change: Driving With One Flickering Headlight On A Dark Road In Maine,* Maine Health Care Association (October 20, 2021) (presentation to owners and operators of long-term care and senior living facilities regarding debt restructuring)
- *Health Care Restructuring And Insolvency In The Age Of Covid-19,* American Health Law Association (July 7, 2021) (panel discussion on restructuring options for health care providers in the age of Covid-19).
- *Great Debates: Resolve, Arbitration Of Disputes In Bankruptcy Should Be Allowed (And Encouraged)?* American Bankruptcy Institute (April 22, 2021) (debate at ABI's Annual Spring Meeting on enforceability of arbitration provisions in bankruptcy cases).
- *Restructuring Options for Rural Hospitals and Nursing Care Facilities,* Expert Webcast (April 15, 2021) (panel discussion on restructuring, financing, M&A and strategic options available to rural hospitals and nursing care facilities to pivot and continue operations in the "New Normal").
- *Healthcare Insolvency in the Age of COVID-19*, presented by the Boston Bar Association (March 4, 2021) (panel discussion on of key issues in health care insolvency cases and new developments from emerging case law).
- *Pitfalls of the PPP: The Impact of COVID-19 on the World of Financial Workouts,* 2021 South Carolina Bar Convention, Corporate, Banking, and Securities Law Seminar (January 22, 2021).
- *Economic Impacts of Covid-19*, sponsored by the Guam Bar Association (October 30, 2020).
- *ABI Talks*, 2020 Midwestern Virtual Bankruptcy Institute, American Bankruptcy Institute (October 29, 2020)

(presented a talk on health care restructuring).

- *Bankruptcy Issues Related to PPP Loans and Other Pandemic Governmental Lending Programs*, insolvency2020, presented by the American Bankruptcy Institute (October 13, 2020) (panel discussion on bankruptcy matters pertaining to the Paycheck Protection Program and related matters).
- *Business Survival Strategies For The Now And The Future*, Maine Society of CPAs (April 23, 2020) (webinar presenting an educational program for CPAs who are likely to have clients in need of business advice in light of Covid-19).
- *A Roadmap To Tough Choices: Financial Advice During Covid-19*, presentation in partnership with the City of Sommerville, Mass. (forthcoming April 22) (webinar presentation for businesses on survival techniques during periods of financial distress).
- *Protect Your Cash And Explore Government Financing Opportunities*, (March 26, 2020) (webinar presentation with local financial advisor to clients of both firms on survival techniques during a period of economic instability).
- *The Gotchas That Getcha: Selected Loan Documentation Issues Part III*, Association of Commercial Finance Attorneys (May 19, 2019) (presented on potential insolvency impacts from climate change).
- *Stayin' Alive . . . Debt Restructuring for Critical Access Hospitals* , American Bankruptcy Institute, abiLIVE webinar series (May 2, 2019).
- *Recreational Marijuana Business Law in Maine*, National Business Institute (Dec. 11 & 13, 2018) (presented on insolvency issues for cannabis businesses).
- *Litigating New Financial Industry Issues in Bankruptcy: Cryptocurrency, Blockchain, and Other Breaking News*, American Bankruptcy Institute, Winter Leadership Conference (Dec. 6-8, 2018).
- *Bitcoin: Tax And Commercial Law Implications*, Maine Society of CPAs (Sept. 6, 2018).
- *Beyond the Surface of Venue: Real World Bankruptcy Practice in 2018*, National Conference of Bankruptcy Judges (Oct. 30, 2018) (recorded program for webcast).
- *Bitcoin Financing: UCC, Regulatory and Hedging Concerns*, Strafford (April 10, 2018 and rebroadcast with live Q&A June 6, 2018).
- *The Uniform Voidable Transaction Act (UVTA): An Overview Of Changes*, National Business Institute (Mar. 5, 2018).
- *Debt Restructuring And Asset Sales For Health Care Businesses*, Maine Health Care Association (Oct. 2017).

## Memberships

- Member, American Bankruptcy Institute
- Co-Chair, American Bankruptcy Institute Health Care Insolvency Committee (2018-2022)
- Member, Maine State Bar Association
- Member, Jewish Community Relations Council of Southern Maine (2017-2021)
- Member, Boston Bar Association
  - Bankruptcy Section Finance Co-Chair (August 2022-2023)

# Areas of focus

### Practices

- **Restructuring, Insolvency and Bankruptcy**
- **Commercial Litigation**
- **Out-of-Court Restructurings and Work-outs**
- **Debtor Representation**
- **Creditor and Equity Committee Representation**

### Industry sectors

- **Distressed Health Care**
- **Private Equity**
- **Cannabis**

### Region

- **United States**

## Education

- University of Maine, JD, *summa cum laude*
- University of Massachusetts, BA, *cum laude*

## Admissions and qualifications

- Maine
- Massachusetts
- US Bankruptcy Appellate Panel for the First Circuit
- US Court of Appeals for the First Circuit
- US Court of Appeals for the Second Circuit
- US District Court for the District of Maine
- US District Court for the District of Vermont

## Languages

- English

DENTONS

# Kyle D. Smith
## Managing Associate



Managing Associate

Portland
D +1 207 553 8368

kyle.d.smith@dentons.com

# Overview

Kyle D. Smith is a managing associate in the Restructuring, Insolvency and Bankruptcy practice group in Dentons' Portland office. Kyle has experience representing debtors, committees, secured creditors and other parties-in-interest in chapter 11 and chapter 7 cases. His work with clients includes a focus on bankruptcy-related litigation and dispute resolution, with experience in chapter 11 reorganizations, asset sales and acquisitions, and debt restructuring outside of court and via state law proceedings.

Prior to joining Dentons, Kyle was a bankruptcy associate at a large Maine law firm, and was an associate at a New York City law firm that focuses on representing creditors' committees in large chapter 11 reorganizations. While at the University of Michigan Law School, Kyle served as a judicial intern in the United States District Court for the District of Massachusetts.

# Experience

- **Asia Pacific Financial Management Group Inc.:** Lead counsel representing the debtor, a broker-dealer and registered representative advisor, in its reorganization under subchapter V of chapter 11. The debtor as resolved significant disputes with its largest creditor in advance of plan confirmation. *In re Asia Pacific Financial Management Group, Inc*., Case No. 23-5 (Guam).
- **Official Committee of Unsecured Creditors of Heywood Healthcare, Inc.:** Lead counsel representing the Official Committee of Unsecured Creditors of Heywood Healthcare, Inc., in the jointly administered chapter 11 cases of Heywood Healthcare, Inc., and its affiliates, including two community hospitals in Massachusetts. *In re Heywood Healthcare, Inc*., Case No. 23-40817 (Bankr. D. Mass.).
- **Official Committee of Unsecured Creditors of Fairport Baptist Homes, et al.:** Lead counsel representing the Official Committee of Unsecured Creditors of Fairport Baptist Homes et al. The debtor companies own and operate a 142-bed skilled nursing facility, independent living, and other businesses related to senior care. *In re Fairport Baptist Homes, et al.,* Case No. 22-20220 (Bankr. W.D. N.Y.).
- ***In re Inmet Mining, LLC,*** Chapter 11 Case No. 23-70113-grs, United States Bankruptcy Court for the Eastern District of Kentucky. Represented the Official Committee of Unsecured Creditors. The Debtor was a

coal mining company with locations in Kentucky and Virginia with over $100 million in debt. The Committee negotiated resolution of a challenge to the Debtor's secured lender which guaranteed a recovery to unsecured creditors, then the Committee worked with the Debtor on two asset sales under section 363 of the Bankruptcy Code, and drafted a joint plan of liquidation with the Debtor which was confirmed with the support of unsecured creditors.

- ***In re Green Roads, Inc.*****,** Chapter 11 Case No. 23-11738-SMG, United States Bankruptcy Court for the Southern District of Florida. Currently represents the Debtor, a CBD company, which recently closed on an expedited sale process for substantially all of the Debtor's assets as a going-concern under section 363 of the Bankruptcy Code.

# Recognition

## Honors and Awards

- Selected to *New England Super Lawyers* Rising Stars list, 2023

# Activities and Affiliations

- American Bankruptcy Institute
    - Practice Co-Chair, Emerging Leaders Program for the American Bankruptcy Institute 2024 Northeast Bankruptcy Conference

- Maine State Bar Association

## Community Involvement and Pro Bono

- Successfully represented a Maine family in an eviction action, and won a preliminary injunction and secured a monetary settlement based on warranty of habitability claims.
- Assisted in the representation of a Chinese political refugee in connection with filing an affirmative asylum application in the United States.

## Presentations

- Moderator, "Suring Lessons: How to Prepare for the Next Restructuring Wave," American Bankruptcy Northeast Conference Emerging Leaders Luncheon and Program, July 9, 2024

# Areas of focus

## Practices

- **Restructuring, Insolvency and Bankruptcy**
- **Debtor Representation**

# Education

- University of Michigan Law School, 2019, JD
- Connecticut College, 2014, BA, Government, cum laude

# Admissions and qualifications

- Maine
- New York
- US Bankruptcy Court for the District of Maine
- US District Court for the District of Maine

DENTONS

# Troy Lawrence
Associate



Associate

Portland
D +1 207 544 6490

troy.lawrence@dentons.com

## Overview

Troy Lawrence is a member of Dentons' Restructuring, Insolvency and Bankruptcy practice, representing debtors, committees, trustees, secured creditors and other parties-in-interest in chapter 11 and chapter 7 cases.

Troy's bankruptcy experience includes serving as law clerk for the US Bankruptcy Court, Middle District of Florida. He also clerked for the Nevada Court of Appeals and Nevada's Fourth Judicial District Court prior to clerking for the bankruptcy court.

## Experience

- Bank: Represented bank in defense of second-lien stripping action in chapter 7 bankruptcy.
- Lender: Defended lender in retroactive annulment of automatic stay action in Nevada.

## Recognition

### Honors and Awards

- Maine State Bar Association Pro Bono Student Award, 2020
- Maine Association for Public Interest Law Fellowship, 2019

## Activities and Affiliations

- Central Florida Bankruptcy Law Association, 2022-2023

### Community Involvement and Pro Bono

- Cumberland Legal Aid Clinic Volunteer, 2017-2020

# Areas of focus

## Practices

- **Restructuring, Insolvency and Bankruptcy**
- **Debtor Representation**
- **Creditor and Equity Committee Representation**

# Education

- University of Maine School of Law, 2020, JD
- University of Maine, 2016, BA

# Admissions and qualifications

- Arizona
- California
- Florida
- Hawai`i
- Maine
- Massachusetts
- Nevada
- New York
- US District Court for the District of Arizona
- US District Court for the District of Hawai`i
- US District Court for the District of Nevada