**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **AMERICAN UNAGI, INC.,** [1] | **Case No. 25-10180-MAF** |
| **Debtor,** | |

**ORDER GRANTING FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF DENTONS AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF OCTOBER 15, 2025 THROUGH JANUARY 15, 2026**

This matter having come before the Court on the *Final Application for Compensation and Reimbursement of Expenses of Dentons as Counsel to the Official Committee of Unsecured Creditors for the Period of October 15, 2025 through January 15, 2026* [Dkt. No. ___] (the "Application"),[2] and after proper notice to all creditors and other parties in interest, the Court having independently reviewed the Application, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The Application is **GRANTED**.

2. Pursuant to section 330 of the Bankruptcy Code, Dentons is allowed compensation, on a final basis, for services to the Committee during the Compensation Period in the aggregate amount of **$60,000.00**.

3. The Debtor is authorized and directed to pay to Dentons the fees and expenses allowed herein. To the extent funding for such payments has not yet been advanced by Maine Community Bank the Debtor, Maine Community Bank is directed to pay such funds directly to

---

[1] The last four digits of American Unagi, Inc's federal taxpayer identification number are 5308, and its principal place of business is 186 One Pie Road, Waldoboro, Maine 04572.

[2] Capitalized terms used and not defined herein shall have the meanings ascribed to such terms in the Application.

1

25362791.v3

Dentons within fourteen calendar days of this Order becoming final.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Date: _____

Hon. Michael A. Fagone
United States Bankruptcy Judge
District of Maine

25362791.v3