# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>AMERICAN UNAGI, INC.,[1]<br><br>    Debtor. | Chapter 11<br><br>Case No. 25-10180 |

## NOTICE OF HEARING

      PLEASE TAKE NOTICE THAT on January 16, 2026, Dentons,[2] in its capacity as counsel for the Official Committee of Unsecured Creditors (the "Committee") of American Unagi, Inc., (the "Debtor"), filed its *First and Final Application for Compensation and Reimbursement of Expenses of Dentons as Counsel to the Official Committee of Unsecured Creditors for the Period of October 15, 2025 through January 15, 2026* (the "Application").

      Through the Application, Dentons seeks entry of an order authorizing the Debtor to pay Dentons compensation, on a final basis, for professional services to the Committee in the aggregate amount of **$60,000.00**, from October 15, 2025 to January 15, 2026 (the "Compensation Period"). This is Dentons' first and final fee application for the above-captioned case.

      A hearing on the relief sought in the Application will take place at the United States Bankruptcy Court, 202 Harlow Street, Bangor, Maine, on **January 29, 2026, at 1:00 p.m.** (the "Hearing"). Any party wishing to participate in the Hearing may do so (a) in person in the courtroom in Bangor; (b) by video from the United States Bankruptcy Court located at 537 Congress Street, Portland, Maine, or (c) by telephone pursuant to the Court's Administrative Procedures for Telephonic Participation set forth in Appendix B to the Court's Local Rules. If you intend to participate in the Hearing via telephone, you are required to register with CourtCall at 1-866-582-6878.

      **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

      If you do not want the Court to grant the Application, then no later than **January 28, 2026** (the "Objection Deadline") you must file a written response to the Application with the Bankruptcy Court. You or your attorney may file your response via the CM/ECF electronic filing system. If you are not able to access the CM/ECF filing system, your response should be filed on or before

---

[1]     The last four digits of American Unagi, Inc's federal taxpayer identification number are 5308, and its principal place of business is 186 One Pie Road, Waldoboro, Maine 04572.

[2]     The term "Dentons" includes attorneys from Dentons Bingham Greenebaum LLP ("DBG"), and all member firms of the Dentons Group, a Swiss verein.

the Objection Deadline with the Court at the following address:

Monica M. Bigley, Clerk of Court
United States Bankruptcy Court for the District of Maine
202 Harlow Street, 3rd Floor
Bangor, ME 04401

Further, your response should be served upon Dentons at the following address:

Andrew C. Helman
Dentons Bingham Greenebaum LLP.
One City Center, Suite 11100
Portland, ME 04101

     If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief in the Motion being granted and may enter an order granting the requested relief without further notice or hearing.

| | |
|---|---|
| Date: January 16, 2026 | */s/ Kyle D. Smith*_____<br>Kyle D. Smith<br>DENTONS BINGHAM GREENEBAUM LLP<br>One City Center, Suite 11100<br>Portland, Maine  04101<br>(207) 810-4955<br>kyle.d.smith@dentons.com |