**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **AMERICAN UNAGI, INC.,** [1] | **Case No. 25-10180** |
| **Debtor.** | |

# CERTIFICATE OF SERVICE

I, Kyle D. Smith, being over the age of eighteen and an employee at Dentons, certify that on January 16, 2026, I caused the *Notice of Hearing on the First and Final Application for Compensation and Reimbursement of Expenses of Dentons as Counsel to the Official Committee of Unsecured Creditors for the Period of October 15, 2025 through January 15, 2026* (the "Notice") [Dkt. No. 189-4] to be filed on the Court's CM/ECF system, which provided notice to all parties requesting CM/ECF notice in this case.

I further certify that on January 16, 2026, I caused the Notice to be served upon the parties set forth in the attachment hereto via e-mail.

I further certify that on January 16, 2026, I caused the Notice to be served upon the parties set forth in the attachment hereto US First Class Mail.

Date: January 20, 2026

*/s/ Kyle D. Smith*
Kyle D. Smith
DENTONS BINGHAM GREENEBAUM LLP
One City Center, Suite 11100
Portland, Maine 04101
(207) 810-4955
kyle.d.smith@dentons.com

[1] The last four digits of American Unagi, Inc's federal taxpayer identification number are 5308, and its principal place of business is 186 One Pie Road, Waldoboro, Maine 04572.

**SERVICE LIST**

**The Notice was served on the following parties via email on January 16, 2026:**

| PARTIES | E-MAIL |
|---|---|
| Maine Revenue Service | compliancebk.mrs@maine.gov; john.burke@maine.gov; |
| Internal Revenue Service | scott.miller@irs.gov; |
| Maine Community Bank | ksuchecki@maine.bank; asparks@ddlaw.com; |
| Finance Authority of Maine | croney@famemaine.com; kkunesh@famemaine.com; jfischerpreti.com; |
| Office of the U.S. Trustee | Ann.marie.dirsa@usdoj.gov; sandra.nicholls@usdoj.gov; |
| American Unagi, Inc. | aprescott@bernsteinshur.com; sanderson@bernsteinshur.com |
| A&L Laboratory | rlabranche@granitestateanalytical.com; |
| Aca Freight Forwarding Inc. | aforaca321@aol.com; |
| Americold Logistics | info@americold.com; cashapplications@americold.com; |
| Capital One | bankruptcy.operations@capitalone.com; |
| Central Maine Power | CMPBankruptcy@cmpco.com; collections@cmpco.com; |
| Clark Interim LLC | clarkinterim@gmail.com; |
| Coastal Enterprises | amy.leshure@ceimaine.org; |
| David Stein and Elizabeth March | davidestein@comcast.net; david@davidestein.com |
| Dead River Company | heidi.broker@deadriver.com; |
| DFI, LLC | daviesestuart@gmail.com; |
| EMEC North America Corp. | order.us@emecpumps.com; |
| Eric D. Lister, Trustee of the Eric D. Lister Amended and Restated Living Trust | kiassoc@aol.com; |
| Frank Simon II | frank@frankandlibby.com; |
| General Alum New England Corp | customerservice@gacchemical.com; |
| HARCROS CHEMICALS INC. | dbmail@harcros.com; ar@harcros.com; |
| Karl Nicholas | kjnicholas81@gmail.com; |
| Jack Downing | jdowning84@gmail.com; |
| Jamie Robbins | 5086paint@gmail.com; |
| John W. Taylor | 048taylorj@gmail.com; |
| Lance Geidel | smgeidel@tds.net; |
| Matthew Dana | kukec.dana@gmail.com; |
| Rustin Taylor | rustintaylor955@gmail.com; |
| Shelly Geidel | smgeidel@tds.net; |

| | |
|---|---|
| Suzanne Smith | smsscorpio49@gmail.com; |
| Travis Atwood | wadeatwood420@yahoo.com; |
| Ice Cube Logistics LlC-FR1 | rosemarie@icecubecoldstorage.com; |
| John Gavin Watson | gwatson03@snet.net; |
| June Sleeper | june.sleeper@gmail.com; |
| Katahdin Analytical Services LLC | accounting@katahdinlab.com;<br>hannah.gilman@sgs.com |
| Maine Oxy | auburnstore@maineoxy.com;<br>asochia@maineoxy.com; |
| Maine Printing and Embroidery | 2maineprinting@gmail.com; |
| Mark S Dvorozniak, Trustee of the Mark S. Dvorozniak Trust | marksdvorozniak@gmail.com; |
| Mid-Coast Energy Systems, Inc. | info@midcoastenergysystems.com; |
| Mook Sea Farm Inc. | accounting@mookseafarm.com; |
| One Group d/b/a Thomas Gregory Associates | mciccolo@onegroup.com; |
| PackEdge | eatkins@packedgeinc.com;<br>orders@packedgeinc.com; |
| Pavan Enterprises, LLC | pavantracey@gmail.com;<br>kpst.laurent@gmail.com; |
| ReVision Community Impact Partners LLC | hello@revisionenergy.com;<br>nminzy@revisionenergy.com; |
| Richard McGoldrick | ktwohig@cpm207.com; |
| Ripcord Consulting LLC | ashley.wainer@ripcord.consulting; |
| Robert G. Hirsch & Kathleen Hirsh | rghirsch@roadrunner.com; |
| Robert T. Kelley | rkelley@virtualagora.com; |
| RuralWorks Impact Partners 1, L.P. | melissa@conduitcapitalus.com;<br>alexis.dishman@crfusa.com; |
| Ruprecht - Kilcoy Global Foods | lstork@kilcoyglobalfoods.com; |
| Sandra Stone | sstone456@gmail.com; |
| Sara Rademaker | sara@americanunagi.com; |
| Stephen M. Stroud | stephenstroud@me.com;<br>stephenstroud@mac.com; |
| Tablecloth Inc. | ar@tablecloth.io; |
| Town of Waldoboro | taxcollector@waldoboromaine.org; |
| Victoria Sorobasin | vsocobasin22@gmail.com; |
| Viridian Law | Jbaroletti@viridian.law; |
| Water Quality & Compliance Services, Inc. | info@waterqualityme.com; |
| Wipfli LLP | christian.smith@wipfli.com; |

**The Notice was serviced upon the following parties via U.S. First Class Mail on January 16, 2026:**

See attached mailing matrix.

Label Matrix for local noticing
0100-1
Case 25-10180
District of Maine
Bangor
Fri Jan 16 11:56:44 EST 2026

American Unagi, Inc.
186 One Pie Road
Waldoboro, ME 04572

202 Harlow Street
Bangor, ME 04401-4901

A&L Laboratory
22 Manchester Road
Unit 2
Derry, NH 03038-3055

Aca Freight Forwarding Inc.
324 Bryant Ave
Bronx, NY 10474-7113

Alpha Chemical Services Inc.
46 Morton Street
Stoughton, MA 02072-2829

Americold Logistics
10 Glenlake Parkway
Suite 600, South Tower
Atlanta, GA 30328-7250

Araho Transfer
7 Fid Kennedy Ave
Boston, MA 02210-2351

Aspara Research LLC
445 Hamilton Ave
Suite 1102
White Plains, NY 10601-1832

Barbara Lamont
45 Eastern Promenade
3J
Portland, ME 04101-4815

Beaver Enterprises Inc.
204 Park Street
Rockland, ME 04841

Berkshire Refrigerated Warehousing, LLC
4550 S Packers Ave
Chicago, IL 60609-3318

Capital One
1680 Capital One Drive
McLean, VA 22102-3407

Capital One, N.A.
by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Central Maine Power
P.O. Box 847810
Boston, MA 02284-7810

Charlie Walsh
22 Knox Street
Apt 1
Thomaston, ME 04861-3711

Chris Herring
1679 Friendship Rd
Waldoboro, ME 04572-6325

Christopher Bradley
P.O. Box 274
Belgrade Lakes, ME 04918-0274

Clark Interim LLC
101 Fieldstone Estates Road
York, ME 03909-5823

Coastal Enterprises, Inc.
30 Federal Street
Suite 100
Brunswick, ME 04011-1510

Comerica Bank & Trust NA
TT Stephen Stroud for Descendants
P.O. Box 598
Northeast Harbor, ME 04662-0598

Cummins Sales and Service
10 Gibson Rd
Scarborough, ME 04074-9307

DFI, LLC
14 Squirrel Hill Rd
Wayland, MA 01778-1709

Dale Newell
P.O. Box 534
Princeton, ME 04668-0534

Dale Newell I
PO Box 534
Princeton, ME 04668-0534

David Stein and Elizabeth March
728 Tremont Street
Boston, MA 02118-3416

David Swain Associates Inc.
6 Lyberty Way
Suite 101
Westford, MA 01886-3642

Dead River Company
2 Industrial Parkway
Brunswick, ME 04011-7316

Dead River Company
P.O. Box 467
Scarborough, ME04070-0467

Delaware Secretary of State
401 Federal St
Suite 300
Dover, DE 19901-3639

Delaware Secretary of State
John G. Townsend Bldg.
401 Federal St, Suite 3
Dover, DE 19901-3639

Dirigo Angel Fund
11 Debeck St
Suite B
Holden, ME 04429-7182

Drew Sawyer
38 Hillcrest Rd
Belmont, MA 02478-2954

EMEC North America Corp.
5 Cheryl Ln
Boonton Township, NJ 07005-9005

(p)ERGOS TECHNOLOGY PARTNERS INC
ATTN ACCOUNTING
6110 CLARKSON LN
HOUSTON TX 77055-5404

Edward and Elizabeth Rademaker
5128 Lakerit Lane
Fort Wayne, IN 46804

Elizabeth C. Saltonstall
7 Lexington Ln
Rockport, ME 04856-4027

Elliot Boyle
P.O. Box 425
Damariscotta, ME 04543-0425

Eric D. Lister
40 Eastern Promenade
Portland, ME 04101-4837

Eurofins Environment Testing Northeast LLC f
1 Main STreet
Yarmouth, ME 04096-6716

FFE Transportation Services Inc.
3400 Stonewall Street
Lancaster, TX 75134-1536

FFE Transportation Services Inc.
P.O. Box 847576
Dallas, TX 75284-7576

Finance Authority of Maine
5 Community Drive
Augusta, ME 04330-8088

Fortunat Mueller
220 Gray Rd
North Yarmouth, ME 04097-6018

Frank Simon II
319 Crabtree Rd
Hope, ME 04847-3204

G & H Wood Products
110 North 2nd Street
Olean, NY 14760-2502

Gartley & Dorsky Engineering & Surveying, In
59 Union Street
Unit 1
Camden, ME 04843-2034

Gartley & Dorsky Engineering Surveying
59 Union Street
Unit 1
Camden, ME 04843-2034

General Alum New England Corp
34 Kidder Point Road
Searsport, ME 04974-3111

Geraldine Canning
22 Austin St
Portland, ME 04103-4515

Glen Melvin
P.O. Box 969
Waldoboro, ME 04572

Gorham Savings Bank
10 Wentworth Drive
Gorham, ME 04038-1146

HARCROS CHEMICALS INC.
P.O. Box 74583
Chicago, IL 60696-8583

Heidi Hood Sappier
31 Lakeside Place
Princeton, ME 04668-3428

Heidi Hood-Sappier
31 Lakeside Place
Princeton, ME, ME 04668-3428

Humana Insurance
P.O. Box 4600
Carol Stream, IL 60197-4600

Ice Cube Logistics LLC-FR1
481 Currant Road
Fall River, MA 02720-4712

Ice Cube, Logistics, LLC-FR1
451 Currant Road
Fall River, MA 02720-4712

Indian Township Enterprises, LLC
8 Kennebasis St
Princeton, ME 04668

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Interstate Septic Systems Inc.
10 Gordon Drive
Rockland, ME 04841-2167

Jack Downing
P.O. Box 633
Princeton, ME 04668-0633

James B. Wyeth
701 Smithbridge Rd
Wilmington, DE 19807-1325

Jamie Robbins
16 Russell Lane
Warren, ME 04864-4565

John Gavin Watson
70 Crescent Dr
Ridgefield, CT 06877-1618

John W. Taylor
11 Pond Road
Newcastle, ME 04553-3301

Joseph Drago Consulting
1071 Washington Street
Bath, ME 04530-2742

Jumo Process Control Inc.
6724 Joy Road
East Syracuse, NY 13057-1110

June Sleeper
97 Kezar Heights
Bridgton, ME 04009-3054

Karl Nicholas
P.O. Box 672
Princeton, ME 04668-0672

Katahdin Analytical Services LLC
P.O. Box 540
Scarborough, ME 04070-0540

Katherine Pope
43 Waites Landing
Falmouth, ME 04105-1931

Kathleen Marciano
P.O. Box 1003
Damariscotta, ME 04543-1003

Kennebec River Biosciences Inc.
41 Main Street
Richmond, ME 04357-1108

Kennebec River Biosciences, Inc.
P.O. Box 93
Bangor, ME 04402-0093

Lance Geidel
795 Mercer Rd
Norridgewock, ME 04957-4026

Lou Dana
71 Otuhk Road
Indian Township, ME 04668-7003

Louis Dana II
71 Otuhk Lane
Indian Township, ME 04668-7003

MATTHEW DANA
PO BOX 533
PRINCETON, ME 04668-0533

Maine Community Bank
P.O. Box 558
Westbrook, ME 04098-0558

Maine Environmental Lab Inc.
1 Main Street
Yarmouth, ME 04096-6716

Maine Environmental Laboratory LLC
1 Main Stret
Yarmouth, ME 04096-6716

Maine Garum Company
79 Bassick Rd
South Thomaston, ME 04858-3306

Maine Oxy
100 Washington Street N
Auburn, ME 04210-4863

Maine Printing and Embroidery
456 Camden Road
Warren, ME 04864-4275

Maine Revenue Services
51 Commerce Drive
Augusta, ME 04333-0001

Maine Technology Institute
8 Venture Ave
Brunswick, ME 04011-5037

Margaret Bradley
P.O. Box 274
Belgrade Lakes, ME 04918-0274

Mark S. Dvorozniak
6 Webster Farm Rd
Cape Elizabeth, ME 04107-2644

Mark S. Dvorozniak, Trustee of the Mark S.
Dvorozniak Trust - 1995
6 Webster Farm Rd
Cape Elizabeth, ME 04107-2644

(p)MEMIC
261 COMMERCIAL STREET
PORTLAND ME 04101-4622

Michael and Mal Diana Gero
35 Prince Street
Jamaica Plain, MA 02130-2725

Mid-Coast Energy Systems Inc.
33 Midcoast Road
P.O. Box 1118
Damariscotta, ME 04543-1118

Modern Pest Services LLC
100 Pleasant Street
Brunswick, ME 04011-2207

Mook Sea Farm Inc.
321 State Route
Walpole, ME 04573

Nationwide Insurance
P.O. Box 856824
Minneapolis, MN 55485-6824

Nextgen Hanson LLC
7 Sherburn Ln
Falmouth, ME 04105-1439

O'Hara Corporation
120 Tillson Ave
Suite 100
Rockland, ME 04841-3450

Office of U.S. Trustee
537 Congress Street, Suite 300
Portland, ME 04101-3490

Office of the U.S. Attorney
537 Congress Street
Suite 300
Portland, ME 04101-3490

One Group d/b/a Thomas Gregory Associates In
201 Edgewater Drive 293
Wakefield, MA 01880-6252

PackEdge
955 Portland Road
Saco, ME 04072-9675

Parramatta, LLC
2165 Bayberry Ln
Westfield, NJ 07090-4786

Pavan Enterprises, LLC d/b/a Altezza Advisor
Kendall St. Laurent
133 Audubon Road
Warwick, RI 02888-4433

ReVision Community Impact Partners LLC
758 Westbrook Street
South Portland, ME 04106-1929

ReVision Energy
758 Westbrook Street
South Portland, ME 04106-1929

Richard McGoldrick
100 Silver Street
Portland, ME 04101-4133

Ripcord Consulting LLC
8 Fredric Way
Hinesburg, VT 05461-4430

Robert G. Hirsch & Kathleen Hirsch, joint te
29 Knowlton Ave
Owls Head, ME 04854-3201

Robert G. Hirsch and Kathleen Hirsch
19 Knowlton Ave
Owls Head, ME 04854

Robert H. Gordon
215 Broadway Ave
Wilmette, IL 60091-3464

Robert T. Kelley
P.O. Box 285
Port Clyde, ME 04855-0285

Roberts Chemical Co. Inc.
330-B Victor Road
Attleboro, MA 02703-6294

Ruprecht-Kilcoy Global Foods
1301 Allanson Road
Mundelein, IL 60060-3835

RuralWorks Impact Partners 1, L.P.
115 Cider Mill Road
Middlebury, VT 05753

RuralWorks Impact Partners 1, L.P.
Attn: Ski Wyer
1155 Cider Mill Road
Cornwall, VT 05753-4405

RuralWorks Impact Partners 1, L.P.
c/o Glenn Wyer
802 Nicolette Mall
Minneapolis, MN 55402

Rustin Taylor
P.O. Box 582
Mount Desert, ME 04660-0582

Sandra Stone
16 Sea Cove Rd
Cumberland Foreside, ME 04110-1414

Sara Rademaker
186 One Pie Road
Waldoboro, ME 04572

Sara Rademaker
499 Atlantic Hwy
Waldoboro, ME 04572-6020

Shelly Geidel
795 Mercer Rd
Norridgewock, ME 04957-4026

Shoshanna Mueller
220 Gray Rd
North Yarmouth, ME 04097-6018

Small Enterprise Growth Fund d/b/a Maine Ven
P.O. Box 63
Newport, ME 04953-0063

Stanley Chao
6818 Alta Vista Dr
Rancho Palos Verde, CA 90275-5604

Stephen M. Stroud
P.O. Box 598
Northeast Harbor, ME 04662-0598

Suzanne Smith
264 Sproul Hill Rd
Bristol, ME 04539-3245

Tablecloth Inc.
1325 Pacific Highway
#1005
San Diego, CA 92101-2583

Tony Davis
P.O. Box 130
Princeton, ME 04668-0130

Tony K. Dana
PO Box 130
7 Ash Circle
Indian Township, ME 04668-0130

Town of Waldoboro
1600 Atlantic Hwy
P.O. Box J
Waldoboro, ME 04572-0911

Travis Atwood
P.O. Box 511
Bucksport, ME 04416-0511

Uline
Attn: Accounts Receivable
P.O. Box 88741
Chicago, IL 60680-1741

Victoria Socobasin
43 Jesse's Way
Princeton, ME 04668

Viridian Law
204 Main Street
Ellsworth, ME 04605-1994

Wabanaki Unagi, LLC
P.O. Box 8
Princeton, ME 04668-0008

Waldoboro Business Park
One Pie Lane
Waldoboro, ME 04572

Water Quality & Compliance Services, Inc.
47 Gardiner Road
Wiscasset, ME 04578-4046

Wells Fargo
P.O. Box 51174
Los Angeles, CA 90051-5474

Wells Fargo
PO Box 070241
Philadelphia, PA 19176-0241

Wells Fargo Bank, N.A.
PO Box 10438 MAC F8235-02F
Des Moines, IA 50306-0438

Wipfli LLP
30 Long Creek
Suite 100
Brunswick, ME 04011-9464

Adam R. Prescott Esq.
Bernstein Shur Sawyer & Nelson, PA
100 Middle Street
PO Box 9729
Portland, ME 04104-5029

D. Sam Anderson Esq.
Bernstein Shur Sawyer & Nelson
100 Middle St., West Tower
Portland, ME 04101-4166

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

ERGOS Technology Partners, Inc.
6110 Clarkson Ln
Houston, TX 77055

Memic
P.O. Box 6900
Lewiston, ME 04243-6900

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Finance Authority of Maine

(u)Maine Community Bank

(u)Mid-Coast Energy Systems, Inc.

(u)Official Committee of Unsecured Creditors

(d)John W. Taylor
11 Pond Road
Newcastle, ME 04553-3301

(d)Matthew Dana
P.O. Box 533
Princeton, ME 04668-0533

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 143 |
| Bypassed recipients | 6 |
| Total | 149 |