## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>AMERICAN UNAGI, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 25-10180 |

## ORDER DISMISSING CHAPTER 11 CASE

Upon the *Motion for Entry of an Order Dismissing the Debtor's Chapter 11 Case* [Dkt. No. 186] (the "**Motion**") filed by the above-captioned debtor and debtor-in-possession (the "**Debtor**") in the Chapter 11 Case[2] for entry of an order dismissing the Chapter 11 Case; and this Court having reviewed the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtor's notice of the Motion and opportunity for a hearing on the Motion were sufficient under the circumstances and no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The Motion is **GRANTED** as set forth herein.

2. The Chapter 11 Case of the Debtor is dismissed effective immediately.

---

[1] The last four digits of American Unagi, Inc.'s federal taxpayer identification number are 5308, and its principal place of business is 186 One Pie Road, Waldoboro, Maine 04572.

[2] Capitalized terms used, but not otherwise defined herein, shall have the meaning ascribed to such terms in the Motion.

Date: January 29, 2026

_____
Michael A. Fagone
United States Bankruptcy Judge
District of Maine

2